THE HONORABLE_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEA MAR COMMUNITY HEALTH CENTERS,<br><br>Plaintiff,<br><br>v.<br><br>ACCREDITATION COUNCIL FOR GRADUATE MEDICAL EDUCATION,<br><br>Defendant. | Case No. 2:24-cv-896<br><br>**DECLARATION OF ADRIANNA M. SIMONELLI IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

Adrianna M. Simonelli declares:

1. I am an attorney at the law firm Perkins Coie LLP and counsel for plaintiff Sea Mar Community Health Centers ("Sea Mar") in this action. I make this declaration based on personal knowledge about which I am competent to testify.

2. Attached as **Exhibit 1** is a true and correct screen capture of the landing page of seamar.org, located at URL https://www.seamar.org, which was captured at my direction on June 20, 2024.

3. Attached as **Exhibit 2** is a true and correct screen capture of the "About Us" page of seamar.org, located at URL https://www.seamar.org/history.html, which was captured at my direction on June 20, 2024.

DECL. OF ADRIANNA M. SIMONELLI ISO PLT.'S MOT. FOR TRO & PRELIM. INJ. – 1
(No. 2:24-cv-896)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

167854782

4. Attached as **Exhibit 3** is a true and correct copy of the Medicare Learning Network ("MLN") Booklet titled "Federally Qualified Heath Center" dated January 2024, retrieved at my direction and accessible at URL https://www.cms.gov/files/document/mln006397-federally-qualified-health-center.pdf.

5. Attached as **Exhibit 4** is a true and correct copy of the Health Resources & Services Administration ("HRSA") web page titled "Teaching Health Center Graduate Medical Education (THCGME) Program", located at URL https://bhw.hrsa.gov/funding/apply-grant/teaching-health-center-graduate-medical-education, which was captured at my direction on June 20, 2024.

6. Attached as **Exhibit 5** is a true and correct screen capture of the "Overview" page of acgme.org, located at URL https://www.acgme.org/about/overview, which was captured at my direction on June 20, 2024.

7. Attached as **Exhibit 6** is a true and correct screen capture of the American Osteopathic Association's June 30, 2020 news release titled: "AOA, ACGME and AACOM Usher in New Era of Single Accreditation for Graduate Medical Education" located at URL https://osteopathic.org/2020/06/30/aoa-acgme-and-aacom-usher-in-new-era-of-single-accreditation-for-graduate-medical-education-2/, which was captured at my direction on June 20, 2024.

8. Attached as **Exhibit 7** is a true and correct copy of the Department of Health & Human Services letter to Sea Mar dated December 7, 2022.

9. Attached as **Exhibit 8** is a true and correct copy of the Health Resources & Services Administration ("HRSA") web page titled "Teaching Health Center Graduate Medical Education (THCGME) Academic Year 2023-2024 Awardees", located at URL https://bhw.hrsa.gov/funding/apply-grant/teaching-health-center-graduate-medical-education/ay2023-2024-awardees, which was captured at my direction on June 20, 2024.

DECL. OF ADRIANNA M. SIMONELLI ISO PLT.'S MOT.
FOR TRO & PRELIM. INJ. – 2
(No. 2:24-cv-896)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

10. Attached as **Exhibit 9** is a true and correct copy of the Accreditation Council for Graduate Medical Education ("ACGME") Program History Summary regarding Sea Mar.

11. Attached as **Exhibit 10** is a true and correct copy of a letter sent by the ACGME to Dr. Ramos Jimenez (of Sea Mar) dated October 5, 2023.

12. Attached as **Exhibit 11** is a true and correct copy of a letter sent by the ACGME to Dr. Ramos Jimenez (of Sea Mar) dated December 5, 2023.

13. Attached as **Exhibit 12** is a true and correct copy of the site visit schedule sent by ACGME to Sea Mar.

14. Attached as **Exhibit 13** is a true and correct copy of the ACGME web page titled "Accreditation Field Representatives", located at URL https://www.acgme.org/about/board-and-staff/field-representatives/, which was captured at my direction on June 21, 2024.

15. Attached as **Exhibit 14** is a true and correct copy of a letter sent by the ACGME to Dr. Ramos Jimenez (of Sea Mar) dated January 23, 2024.

16. Attached as **Exhibit 15** is a true and correct copy of an email sent by the ACGME to Dr. Ricardo Jimenez (and other Sea Mar employees) dated April 21, 2024.

17. Attached as **Exhibit 16** is a true and correct copy of a letter sent by the ACGME to Dr. Ramos Jimenez (of Sea Mar) dated April 26, 2024.

18. Attached as **Exhibit 17** is a true and correct copy of the ACGME's Policies and Procedures dated October 18, 2023, retrieved at my direction and accessible at URL https://www.acgme.org/globalassets/ab_acgmepoliciesprocedures.pdf.

19. Attached as **Exhibit 18** is a true and correct copy of the ACGME Program Requirements for Graduate Medical Education in Family Medicine dated July 1, 2023, retrieved at my direction and accessible at URL https://www.acgme.org/globalassets/pfassets/programrequirements/120_familymedicine_2023.pdf.

DECL. OF ADRIANNA M. SIMONELLI ISO PLT.'S MOT.
FOR TRO & PRELIM. INJ. – 3
(No. 2:24-cv-896)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

20. Attached as **Exhibit 19** is a true and correct screen capture of the "Fees" page of acgme.org, located at URL https://www.acgme.org/about/policies-and-related-materials/fees/#:~:text=All%20accredited%20Sponsoring%20Institutions%20are,January%201%20of%20each%20year.&text=The%20fee%20for%20an%20appeal,or%20recognition%20decision%20is%20%2410%2C000, which was captured at my direction on June 21, 2024.

21. Attached as **Exhibit 20** is a true and correct copy of a letter sent by David B. Robbins to ACGME dated May 10, 2024.

22. Attached as **Exhibit 21** is a true and correct copy of a letter sent by the ACGME to Dr. Ramos Jimenez dated May 13, 2024.

23. Attached as **Exhibit 22** is a true and correct copy of a letter sent by David B. Robbins to ACGME dated May 17, 2024.

24. Attached as **Exhibit 23** is a true and correct copy of a letter sent by Tami Walters (of the ACGME) to David B. Robbins dated May 23, 2024.

25. Attached as **Exhibit 24** is a true and correct copy of a letter sent by David B. Robbins to Tami Walters (of the ACGME) dated May 29, 2024.

26. Attached as **Exhibit 25** is a true and correct copy of a letter sent by Tami Walters (of the ACGME) to David B. Robbins dated May 31, 2024.

27. Attached as **Exhibit 26** is a true and correct copy of the ACGME's Site Visit Report regarding their February 20, 2024, site visit to Sea Mar.

28. Attached as **Exhibit 27** is a true and correct copy of a letter sent by Tami Walters (of the ACGME) to Dr. Ramos Jimenez dated June 4, 2024.

29. Attached as **Exhibit 28** is a true and correct copy of a letter sent by David B. Robbins to Tami Walters (of the ACGME) dated June 14, 2024.

30. Attached as **Exhibit 29** is a true and correct copy of a letter sent by Tami Walters (of the ACGME) to David B. Robbins dated June 14, 2024.

DECL. OF ADRIANNA M. SIMONELLI ISO PLT.'S MOT.
FOR TRO & PRELIM. INJ. – 4
(No. 2:24-cv-896)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

EXECUTED this 21st day of June, 2024, at Portland, Oregon.

                                        *s/ Adrianna M. Simonelli*
                                        Adrianna M. Simonelli

DECL. OF ADRIANNA M. SIMONELLI ISO PLT.'S MOT.
FOR TRO & PRELIM. INJ. – 5
(No. 2:24-cv-896)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on June 21, 2024, I caused the following to be served the foregoing DECLARATION OF ADRIANNA M. SIMONELLI IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION by the method(s) indicated:

| | |
|---|---|
| Douglas Carlson<br>**DOUGLAS CARLSON LLC**<br>c/o Accreditation Council for Graduate Medical Education<br>401 North Michigan Avenue, Suite 2000<br>Chicago, IL 60611<br>Tel.: (312) 241-1166<br>Email: carlson@dougcarlsonlaw.com<br><br>*Attorney for Accreditation Council for Graduate Medical Education* | ___ Via hand delivery<br>___ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>_X_ Via Email<br>___ Other: _____ |
| Vanessa Soriano Power<br>**STOEL RIVES LLP**<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>Email: vanessa.power@stoel.com<br><br>Nathan Shafroth<br>Doug Sprague<br>**COVINGTON & BURLING LLP**<br>415 Mission St., Ste. 5400<br>San Francisco, CA 94105<br>Email: nshafroth@cov.com<br>Email: dsprague@cov.com<br><br>*Attorneys for Accreditation Council for Graduate Medical Education* | ___ Via hand delivery<br>___ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>_X_ Via Email<br>___ Other: _____ |

DATED this 21st day of June, 2024.

*s/ Matthew P. Gordon*
Matthew P. Gordon

CERTIFICATE OF SERVICE
(No. 2:24-cv-896)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000