THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEA MAR COMMUNITY HEALTH CENTERS,<br><br>        Plaintiff,<br><br>   v.<br><br>ACCREDITATION COUNCIL FOR GRADUATE MEDICAL EDUCATION,<br><br>        Defendant. | Case No. C24-896 JNW<br><br>**MOTION TO SEAL PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>September 16, 2024 |

Pursuant to Local Rules W.D. Wash. LCR 5(g), Plaintiff Sea Mar Community Health Centers ("Sea Mar") respectfully moves to seal its First Amended Complaint (the "FAC").

The FAC includes discussions of and references to materials produced by Defendant Accreditation Council for Graduate Medical Education ("ACGME") in discovery and designated by ACGME as "Confidential." Under the terms of the Stipulated Protective Order entered by the parties and approved by the Court, the FAC is therefore subject to the process outlined in LCR 5(g). *See* Dkt. No. 38 at 4. ACGME prefers at this time that the FAC be filed under seal pursuant to LCR 5(g). As discussed below, Sea Mar believes that the sealing of the FAC is neither warranted under the circumstances nor in the public interest, and that the Court's presumption of public access should ultimately control here.

MOT. TO SEAL FIRST AM. COMPL. – 1
(No. C24-896 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

As background, on August 23, 2024, counsel for Sea Mar contacted counsel for ACGME, informing them of the FAC's discussions of and references to Confidential materials and seeking ACGME's position on the need to seal the FAC. Sea Mar subsequently provided ACGME with a near-final draft of the FAC to review on August 25, ahead of the parties' conferral. In response to ACGME's request for additional information, on August 26, Sea Mar furnished ACGME with the Bates numbers of the Confidential materials discussed and referenced in the FAC and a copy of the FAC highlighting (and thus proposing for redaction) those discussions and references.

On August 26, counsel for Sea Mar (David B. Robbins, Cara V. Wallace, and Jonathan P. Hawley) met and conferred with counsel for ACGME (Vanessa Soriano Power, Nathan E. Shafroth, and Majid Waheed) via videoconference pursuant to LCR 5(g)(3)(A). Sea Mar communicated its position that the FAC should *not* be sealed, given (1) the "strong presumption of public access to the court's files," Local Rules W.D. Wash. LCR 5(g); (2) the public's significant interest in the state's family medicine residency programs, particularly those in underserved areas, *see, e.g.*, S.S.H.B. 1485 § 1, 64th Leg., 2015 Reg. Sess. (Wash.) (recognizing and remediating "family medicine physicians in shortage areas in the state")—and, by extension, ACGME's accreditation of those programs; and (3) that the sealed FAC does not contain the information that ACGME previously sought to redact from its production—namely, "residents' and faculty members' names and other identifying details," Dkt. No. 33 at 18–19. ACGME stated its preference at this time that Sea Mar file a redacted copy of the FAC on the public docket and the unredacted FAC under seal. Sea Mar has accordingly filed the unredacted FAC under seal and, pursuant to LCR 5(g)(3)(B), leaves it to ACGME to justify the seal in its response.

For the foregoing reasons, Sea Mar moves to seal the FAC included with this motion. Consistent with LCR 5(g)(5)(A), Sea Mar is also filing a redacted FAC on the public docket.

MOT. TO SEAL FIRST AM. COMPL. – 2
(No. C24-896 JNW)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| | | | |
|---|---|---|---|
| 1 | Dated: August 26, 2024 | By: | *s/ David B. Robbins* |
| 2 | | | David B. Robbins, WSBA No. 13628 |
| | | | Matthew P. Gordon, WSBA No. 41128 |
| 3 | | | Cara V. Wallace, WSBA No. 50111 |
| 4 | | | Jonathan P. Hawley, WSBA No. 56297 |
| | | | Juliana L. Bennington, WSBA No. 60357 |
| 5 | | | **PERKINS COIE LLP** |
| | | | 1201 Third Avenue, Suite 4900 |
| 6 | | | Seattle, Washington 98101-3099 |
| 7 | | | Telephone: +1.206.359.8000 |
| | | | Facsimile: +1.206.359.9000 |
| 8 | | | DRobbins@perkinscoie.com |
| | | | MGordon@perkinscoie.com |
| 9 | | | CWallace@perkinscoie.com |
| | | | JHawley@perkinscoie.com |
| 10 | | | JBennington@perkinscoie.com |

Adrianna M. Simonelli, WSBA No. 58472
**PERKINS COIE LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000
Facsimile: +1.503.727.2222
ASimonelli@perkinscoie.com

*Attorneys for Plaintiff*
*Sea Mar Community Health Centers*

MOT. TO SEAL FIRST AM. COMPL. – 3
(No. C24-896 JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, on August 26, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: August 26, 2024

*s/ David B. Robbins*
David B. Robbins

CERTIFICATE OF SERVICE
(No. C24-896 JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000