THE HONORABLE JAMAL N. WHTEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SEA MAR COMMUNITY HEALTH CENTERS,<br><br>    Plaintiff,<br><br>v.<br><br>ACCREDITATION COUNCIL FOR GRADUATE MEDICAL EDUCATION,<br><br>    Defendant. | Case No. 2:24-CV-00896-JNW<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES ON MOTION TO SEAL AMENDED COMPLAINT**<br><br>**CLERK'S ACTION REQUIRED** |

Before the Court is Defendant the Accreditation Council for Graduate Medical Education's ("the ACGME") Unopposed Motion to Extend Deadlines on Motion to Seal Amended Complaint ("the Motion"). The Court has considered the Motion and it is **ORDERED** that the Motion is **GRANTED**.

1. Sea Mar's Motion to Seal First Amended Complaint (Dkt. 41) is taken off calendar.

2. The ACGME's response to the Motion to Seal is extended to three (3) weeks after either: (a) the filing of Sea Mar's Second Amended Complaint; or (b) notification from Sea Mar that it will not be filing a Second Amended Complaint.

3. Upon determination of the new note date for the Motion to Seal First Amended Complaint, Sea Mar will file a Notice of Re-Noting Motion.

ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES
ON MOTION TO SEAL AMENDED COMPLAINT - 1
NO. 2:24-CV-00896-JWN

124788262.1 0083213-00001

**STOEL RIVES LLP**
**ATTORNEYS**
**600 University Street, Suite 3600, Seattle, WA  98101**
**Telephone 206.624.0900**

Dated this 11th day of September 2024.

*[signature]*

Jamal N. Whitehead
United States District Judge

*Presented by:*

STOEL RIVES LLP

*s/ Vanessa Soriano Power*
Vanessa Soriano Power, WSBA No. 30777
vanessa.power@stoel.com
Jenna M. Poligo, WSBA No. 54466
jenna.poligo@stoel.com
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  206.624.0900
Facsimile:  206.386.7500

COVINGTON & BURLING LLP

*s/ Nathan E. Shafroth*
Nathan E. Shafroth (*pro hac vice*)
nshafroth@cov.com
W. Douglas Sprague (*pro hac vice*)
dsprague@cov.com
Majid Waheed (*pro hac vice*)
mwaheed@cov.com
415 Misson Street, Suite 5400
San Francisco, CA 94105
Telephone: 415.591.6000

Nicholas G. Miller (*pro hac vice*)
nmiller@cov.com
620 Eighth Ave.
New York, NY 10018
Telephone:  212.841.1000

*Attorneys for Defendant ACGME*

ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES
ON MOTION TO SEAL AMENDED COMPLAINT - 2
NO. 2:24-CV-00896-JWN