THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEA MAR COMMUNITY HEALTH CENTERS,<br><br>          Plaintiff,<br><br>     v.<br><br>ACCREDITATION COUNCIL FOR GRADUATE MEDICAL EDUCATION,<br><br>          Defendant. | Case No. C24-896 JNW<br><br>**JOINT NOTICE OF AGREEMENT TO AMEND PLEADING** |

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rules W.D. Wash. LCR 15(b), Plaintiff Sea Mar Community Health Centers ("Sea Mar") and Defendant Accreditation Council for Graduate Medical Education consent to the filing of Sea Mar's Second Amended Complaint (the "SAC").

In accordance with LCR 15(b), Sea Mar attaches as Exhibit A a redlined version of the SAC showing how it differs from Sea Mar's First Amended Complaint. *See* Dkt. No. 43. The SAC in final format (i.e., without redlining) will be filed and served concurrently with this joint notice.[*]

---

[*] Under the terms of the Stipulated Protective Order entered by the parties and approved by the Court, the SAC is subject to the process outlined in LCR 5(g). *See* Dkt. No. 38 at 4. The unredacted SAC will therefore be filed under seal, with a redacted version filed on the public docket. In the interest of efficiency, the redlined version of the SAC attached to this joint notice reflects the redaction applied to the publicly filed SAC. If the Court prefers, Sea Mar will also file an unredacted redline under seal.

JOINT NOTICE OF AGREEMENT TO
AMEND PLEADING – 1
(No. C24-896 JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| | | |
|---|---|---|
| 1 | Dated: January 9, 2025 | By: *s/ David B. Robbins* |
| 2 | | David B. Robbins, WSBA No. 13628 |
| | | Matthew P. Gordon, WSBA No. 41128 |
| 3 | | Cara V. Wallace, WSBA No. 50111 |
| 4 | | Jonathan P. Hawley, WSBA No. 56297 |
| | | Juliana L. Bennington, WSBA No. 60357 |
| 5 | | **PERKINS COIE LLP** |
| | | 1201 Third Avenue, Suite 4900 |
| 6 | | Seattle, Washington 98101-3099 |
| 7 | | Telephone: +1.206.359.8000 |
| | | Facsimile: +1.206.359.9000 |
| 8 | | DRobbins@perkinscoie.com |
| | | MGordon@perkinscoie.com |
| 9 | | CWallace@perkinscoie.com |
| | | JHawley@perkinscoie.com |
| 10 | | JBennington@perkinscoie.com |
| 11 | | Adrianna Simonelli, WSBA No. 58472 |
| 12 | | **PERKINS COIE LLP** |
| | | 1120 N.W. Couch Street, Tenth Floor |
| 13 | | Portland, Oregon 97209-4128 |
| | | Telephone: +1.503.727.2000 |
| 14 | | Facsimile: +1.503.727.2222 |
| | | ASimonelli@perkinscoie.com |
| 15 | | |
| 16 | | *Attorneys for Plaintiff* |
| | | *Sea Mar Community Health Centers* |

JOINT NOTICE OF AGREEMENT TO
AMEND PLEADING – 2
(No. C24-896 JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STOEL RIVES LLP
*s/ Vanessa Soriano Power*
Vanessa Soriano Power, WSBA No. 30777
vanessa.power@stoel.com
Jenna M. Poligo, WSBA No. 54466
jenna.poligo@stoel.com
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  206.624.0900
Facsimile:  206.386.7500

COVINGTON & BURLING LLP
*s/ Nathan E. Shafroth*
Nathan E. Shafroth (*pro hac vice*)
nshafroth@cov.com
W. Douglas Sprague (*pro hac vice*)
dsprague@cov.com
Majid Waheed (*pro hac vice*)
mwaheed@cov.com
415 Misson Street, Suite 5400
San Francisco, CA 94105
Telephone: 415.591.6000

Nicholas G. Miller (*pro hac vice*)
nmiller@cov.com
620 Eighth Ave.
New York, NY 10018
Telephone:  212.841.1000

*Attorneys for Defendant ACGME*

JOINT NOTICE OF AGREEMENT TO
AMEND PLEADING – 3
(No. C24-896 JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that, on January 9, 2025, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: January 9, 2025

*s/ David B. Robbins*
David B. Robbins

CERTIFICATE OF SERVICE
(No. C24-896 JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000