UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEA MAR COMMUNITY HEALTH CENTERS,<br><br>Plaintiff,<br><br>v.<br><br>ACCREDITATION COUNCIL FOR GRADUATE MEDICAL EDUCATION,<br><br>Defendant. | CASE NO. 2:24-cv-896<br><br>ORDER |

The Court raises this matter on its own accord. On August 5, 2024, Defendant Accreditation Council for Graduate Medical Education ("the Council") moved to dismiss Plaintiff Sea Mar Community Health Centers's ("Sea Mar") complaint for failure to state a claim. Dkt. No. 39. Since then, Sea Mar has filed a First Amended Complaint, Dkt. No. 42, and a Second Amended Complaint, Dkt. No. 48.

Generally, "an amended complaint supersedes the original complaint and renders it without legal effect." *Lacey v. Maricopa Cnty.*, 693 F.3d 896, 927 (9th Cir. 2012). "'Courts often apply this rule to motions to dismiss a complaint that has since

**ORDER** - 1

been superseded and deny such motions as moot.'" *Dahlstrom v. Life Care Centers of Am., Inc.*, No. 2:21-CV-01465-JHC, 2022 WL 7631419, at *1 (W.D. Wash. Oct. 13, 2022) (quoting *Bisson v. Bank of Am., N.A.*, No. C12-0995-JLR, 2012 WL 5866309, at *1 (W.D. Wash. Nov. 16, 2012)). Sea Mar's Second Amended Complaint supersedes the original complaint and is now the operative complaint here.

Accordingly, the Court STRIKES as moot the Council's pending motion to dismiss. Dkt. No. 39. The Council may refile its motion to dismiss, but only if it is directed at the Second Amended Complaint.

Dated this 16th day of January, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2