THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SEA MAR COMMUNITY HEALTH CENTERS,<br><br>Plaintiff,<br><br>v.<br><br>ACCREDITATION COUNCIL FOR GRADUATE MEDICAL EDUCATION,<br><br>Defendant. | Case No. 2:24-CV-00896-JNW<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER SECOND AMENDED COMPLAINT**<br><br>**CLERK'S ACTION REQUIRED** |

Before the Court is Defendant the Accreditation Council for Graduate Medical Education's ("the ACGME") Unopposed Motion to Extend Deadline to Answer the Second Amended Complaint ("the Motion"). The Motion is **GRANTED**.  It is **ORDERED**:

1. The ACGME's answer to Plaintiff Sea Mar Community Health Centers' Second Amended Complaint is extended to October 24, 2025.

SO ORDERED this 9th day of October 2025.

_____
The Honorable Jamal N. Whitehead
United States District Court Judge

ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE
TO ANSWER SECOND AMENDED COMPLAINT - 1
NO. 2:24-CV-00896-JNW

150693697.1 0083213-00001

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*