1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT [SEATTLE] [TACOMA]

| | |
|---|---|
| SEA MAR COMMUNITY HEALTH CENTERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ACCREDITATION COUNCIL FOR GRADUATE MEDICAL EDUCATION,<br><br>　　　　　Defendant. | CASE NO. 2:24-cv-896<br><br>ORDER SETTING TRIAL DATE AND RELATED DATES |

**SCHEDULING DEADLINES**

Having reviewed the parties' Joint Status Report and Discovery Plan, the Court sets the following trial and related dates:

| EVENT | DATE |
|---|---|
| JURY TRIAL begins | September 21, 2026 |
| Length of trial | 7 days |
| Deadline for joining additional parties | December 30, 2025 |
| Deadline for filing amended pleadings | February 23, 2026 |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | February 23, 2026 |

ORDER SETTING TRIAL & RELATED DATES - 1

| EVENT | DATE |
|---|---|
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | within 30 days after the other party's expert disclosure |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | March 25, 2026 |
| Discovery completed by | April 24, 2026 |
| All dispositive motions and motions challenging expert witness testimony (i.e., *Daubert* motions) must be filed by (*see* LCR 7(d)) | May 25, 2026 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | July 23, 2026 |
| All motions in limine must be filed by (*see* LCR 7(d)) | August 12, 2026 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | August 31, 2026 |
| Agreed pretrial order due | August 31, 2026 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | September 7, 2026 |
| Pretrial conference | September 14, 2026 |

The Local Civil Rules set all other deadlines. Except as provided for in Judge Whitehead's Chambers Procedures, the dates listed in this order and set by the Local Civil Rules are firm and cannot be changed by agreement between the parties. The Court may alter the dispositive motions deadline and the dates that follow, but only if good cause is shown. Failure to complete discovery within the time allowed does not establish good cause. If any of the dates identified in this

ORDER SETTING TRIAL & RELATED DATES - 2

Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event must be performed on the next business day.

If the scheduled trial date creates an irreconcilable conflict, counsel must email Grant Cogswell, Courtroom Deputy, at grant_cogswell@wawd.uscourts.gov within 10 days of the date of this Order, explaining the exact nature of the conflict. Failure to do so will be treated as a waiver. Counsel and pro se parties must be prepared to begin trial on the date scheduled but should understand that trial may have to await the completion of other cases (e.g., criminal cases).

## PROCEDURAL MATTERS

All counsel and pro se parties must be familiar with and follow the District's Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, and General Orders, which can be found on the Court's website at https://www.wawd.uscourts.gov/. All counsel and pro se parties must also follow Judge Whitehead's Chambers Procedures, which are available at https://www.wawd.uscourts.gov/judges/whitehead-procedures.

## SETTLEMENT

If this case settles, the parties must notify Mr. Cogswell as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

Dated this 4th day of November, 2025.

Jamal N. Whitehead
United States District Judge

ORDER SETTING TRIAL & RELATED DATES - 3