THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEA MAR COMMUNITY HEALTH CENTERS,<br><br>            Plaintiff,<br><br>    v.<br><br>ACCREDITATION COUNCIL FOR GRADUATE MEDICAL EDUCATION,<br><br>            Defendant. | Case No. C24-896 JNW<br><br>**SEA MAR'S REPLY IN SUPPORT OF MOTION TO INCREASE TRIAL LENGTH**<br><br>NOTE ON MOTION CALENDAR: FEBRUARY 3, 2026 |

Sea Mar recognizes that dispositive motions practice might affect the scope of trial in this matter. But it also recognizes that proactively scheduling additional trial days tends to be more feasible than trying to find additional time on the eve of trial, and its approach to this issue acknowledges the Court's substantial caseload and scheduling obligations. ACGME dismisses these as "vague, unsubstantiated burdens," Dkt. 80 at 2, but Sea Mar sees them as self-evident: The Court maintains a busy calendar (as does, one assumes, counsel for ACGME) and finding extra trial days or even rescheduling trial at the pretrial conference scheduled for September 14, 2026—just one week before trial is set to commence, *see* Dkt. 75 at 1–2—would pose significant logistical complications that Sea Mar now seeks to avoid.

At best, ACGME's response ignores the practical considerations animating Sea Mar's motion. At worst, ACGME is seeking to deny Sea Mar an opportunity to fully address the merits

REPLY IN SUPP. OF MOT. TO INCREASE
TRIAL LENGTH
(No. C24-896 JNW)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

of its remaining claims—which includes examination of why the forty-seven citations leading to withdrawal of the Program's accreditation were meritless, insufficiently investigated, or plainly pretextual and how the process ACGME afforded Sea Mar was unfair and in derogation of ACGME's public and contractual commitments to accredit the Program and other residency programs with integrity, fairness, equity, transparency, and accountability.*

In short, Sea Mar submits that it is appropriate for the Court to act on this request before it becomes too late to feasibly make scheduling alterations without substantial and prejudicial delay.

* * *

The undersigned certifies that this reply contains 375 words, in compliance with the Local Civil Rules.

---

* To be clear, contrary to ACGME's assertions, *see* Dkt. 80 at 4–5, Sea Mar's compliance with ACGME's substantive guidelines is relevant to whether the forty-seven citations had merit and, in turn, whether the policies and procedures ACGME afforded were adequate and lawful. That the scope of this case is broader than ACGME now suggests is confirmed by its discovery requests, which go beyond even the forty-seven citations to inquire about the Program's history and performance over the past five years. If ACGME maintains that such issues are relevant to Sea Mar's pending claims, then Sea Mar in turn maintains that seven trial days are insufficient to adjudicate them—and that this proactive request to increase the length of trial is appropriate.

REPLY IN SUPP. OF MOT. TO INCREASE
TRIAL LENGTH – 2
(No. C24-896 JNW)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| | | |
|---|---|---|
| 1 | Dated: February 3, 2026 | By: *s/ David B. Robbins* |

David B. Robbins, WSBA No. 13628
Matthew P. Gordon, WSBA No. 41128
Cara V. Wallace, WSBA No. 50111
Jonathan P. Hawley, WSBA No. 56297
Juliana L. Bennington, WSBA No. 60357
**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
DRobbins@perkinscoie.com
MGordon@perkinscoie.com
CWallace@perkinscoie.com
JHawley@perkinscoie.com
JBennington@perkinscoie.com

*Attorneys for Plaintiff*
*Sea Mar Community Health Centers*

REPLY IN SUPP. OF MOT. TO INCREASE
TRIAL LENGTH – 3
(No. C24-896 JNW)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000