THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEA MAR COMMUNITY HEALTH CENTERS,

Plaintiff,

v.

ACCREDITATION COUNCIL FOR GRADUATE MEDICAL EDUCATION,

Defendant.

Case No. C24-896 JNW

**ORDER GRANTING SEA MAR'S MOTION TO INCREASE TRIAL LENGTH**

Having considered the motion to increase trial length filed by Plaintiff Sea Mar Community Health Centers ("Sea Mar"), the Court finds that good cause exists to increase the length of the jury trial scheduled to begin on September 21, 2026, from seven days to fifteen days. Sea Mar's motion is therefore **GRANTED**.

**IT IS SO ORDERED:**

The Court's order setting the trial date and related dates in this matter, Dkt. 75, is amended to increase the length of trial from seven days to fifteen days.

**SO ORDERED** this 11th day of March, 2026.

_____
United States District Judge

ORDER (No. C24-896
JNW)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Presented by:

*s/ David B. Robbins*
David B. Robbins, WSBA No. 13628
Matthew P. Gordon, WSBA No. 41128
Cara V. Wallace, WSBA No. 50111
Jonathan P. Hawley, WSBA No. 56297
Juliana L. Bennington, WSBA No. 60357
**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
DRobbins@perkinscoie.com
MGordon@perkinscoie.com
CWallace@perkinscoie.com
JHawley@perkinscoie.com
JBennington@perkinscoie.com

*Attorneys for Plaintiff*
*Sea Mar Community Health Centers*

ORDER – 2 (No. C24-896
JNW)

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on January 13, 2026, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: January 13, 2026

*s/ David B. Robbins*
David B. Robbins

CERTIFICATE OF SERVICE
(No. C24-896 JNW)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000