THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

SEA MAR COMMUNITY HEALTH CENTERS,

Plaintiff,

v.

ACCREDITATION COUNCIL FOR GRADUATE MEDICAL EDUCATION,

Defendant.

Case No. 2:24-CV-00896-JNW

**ORDER AMENDING CASE SCHEDULE**

Before the Court is the Stipulated Motion to Amend the Case Schedule (the "Motion"). The Court, having considered the Motion and finding good cause, amends the Case Schedule as follows:

| Event | Current | Amended |
|---|---|---|
| All motions related to discovery must be filed by (*see* LCR 7(d)) | March 25, 2026 | June 24, 2026 |
| Discovery completed by | April 24, 2026 | July 24, 2026 |
| All dispositive motions and motions challenging expert witness testimony (i.e., *Daubert* motions) must be filed by (*see* LCR (d)) | May 25, 2026 | August 24, 2026 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | July 23, 2026 | October 23, 2026 |
| All motions in limine must be filed by (*see* LCR 7(d)) | August 12, 2026 | November 13, 2026 |

ORDER AMENDING CASE SCHEDULE - 1
NO. 2:24-CV-00896-JNW

| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | August 31, 2026 | December 1, 2026 |
| --- | --- | --- |
| Agreed pretrial order due | August 31, 2026 | December 1, 2026 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | September 7, 2026 | December 8, 2026 |
| Pretrial conference | September 14, 2026 | December 15, 2026 |
| Jury Trial (15 court days) | September 21, 2026 | January 25, 2027 |

SO ORDERED this 26th day of March, 2026.

The Honorable Jamal N. Whitehead
United States District Court Judge

ORDER DENYING SEA MAR'S MOTION TO INCREASE TRIAL LENGTH - 2
NO. 2:24-CV-00896-JWN