THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEA MAR COMMUNITY HEALTH CENTERS,

        Plaintiff,

    v.

ACCREDITATION COUNCIL FOR GRADUATE MEDICAL EDUCATION,

        Defendant.

Case No. C24-896 JNW

**DECLARATION OF CONRAD A. SPROUL IN OPPOSITION TO DEFENDANT ACGME'S MOTION TO COMPEL**

I, Conrad A. Sproul, hereby declare as follows:

1. I am over the age of eighteen and competent to make this declaration. I am an attorney with the law firm Perkins Coie LLP and counsel for Plaintiff Sea Mar Community Health Centers ("Sea Mar") in the above-captioned matter. I make this declaration based on personal knowledge about which I am competent to testify.

2. This declaration is submitted in opposition to the motion to compel filed by Defendant Accreditation Council for Graduate Medical Education ("ACGME").

3. Attached as **Exhibit 1** is an excerpt of a true and correct copy of a document produced in this action by ACGME, identified by Bates number SEAMAR-ACGME-0001379.

4. Attached as **Exhibit 2** is an excerpt of a true and correct copy of a document produced in this action by Sea Mar, identified by Bates number SEAMAR_0000002. The

DECL. OF CONRAD A. SPROUL
(No. C24-896 JNW)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

excerpted section is the Declaration of Tyler Lawrence in Sea Mar's appeal submission to ACGME.

5.      Attached as **Exhibit 3** is an excerpt of a true and correct copy of the transcript of the deposition of Dr. Josepha Cheong, dated May 11, 2026.

6.      Attached as **Exhibit 4** is an excerpt of a true and correct copy of the transcript of the deposition of Dr. Tanya Anim, dated May 13, 2026.

7.      Attached as **Exhibit 5** is an excerpt of a true and correct copy of a document produced in this action by ACGME, identified by Bates number SEAMAR-ACGME-0001596.

8.      Attached as **Exhibit 6** is an excerpt of a true and correct copy of the transcript of the deposition of Dr. Louito Edje, dated May 22, 2026.

9.      Attached as **Exhibit 7** is an excerpt of a true and correct copy of a document produced in this action by ACGME, identified by Bates number SEAMAR-ACGME-0015936.

10.     Attached as **Exhibit 8** is a true and correct copy of the disclosure of search parameters that Sea Mar served on ACGME on March 6, 2026.

11.     It is difficult to quantify the precise cost of Sea Mar's document collection, processing, review, and production efforts to date. However, I estimate it to be at least $120,000. I came to that estimate using the following method:

a.      To respond to ACGME's First and Second Sets of RFPs, Sea Mar first collected and loaded extensive custodial data (about 640 GB) into the Relativity database tool. Loading that data into Relativity, at a rate of $50 per GB, cost about $32,000.

b.      The ESI searches that Sea Mar initially ran in response to ACGME's First and Second Sets of RFPs captured 13,985 documents.

c.      The additional ESI searches that Sea Mar agreed to run in its May 13 Letter to ACGME (Exhibit 11) captured 5,481 additional documents.

DECL. OF CONRAD A. SPROUL – 2
(No. C24-896 JNW)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

d.    ESI search results were initially reviewed by a team consisting of four review attorneys (billing rate $100 per hour) and two practice attorneys (billing rate $350 per hour). The blended billing rate for the full team is therefore $183.33 per hour.

e.    With a total of 19,466 documents, being reviewed at an estimated rate of 45 documents per hour, the first-level review cost approximately $79,306.

f.    Next, 10% of the ESI search results were quality-controlled by a team of two practice attorneys (billing rate $350 per hour) to ensure correct responsiveness, confidentiality, and privilege designations. For 1,947 documents, at an estimated rate of 55 documents per hour, this cost approximately $12,390.

g.    The sum of the above costs is $123,696.

h.    The cost estimate above is highly conservative, as it does not include monthly Relativity data hosting fees or the costs of collection, technician time, paralegal time, and core attorney team supervision. Personally, I spent at least 25 hours collecting documents, coordinating with technicians, developing search terms, writing review guidelines, training the review team, managing the review team, reviewing escalated documents, and finalizing production sets.

i.    The cost estimate above also does not include time spent locating and producing specific documents in response to ACGME's requests. For example, on June 10, 2026, Sea Mar produced 533 documents in response to the specific requests in ACGME's letter dated April 21 (Exhibit 10). I spent at least 5 hours identifying those documents and preparing them for production.

12.    If required to collect and review documents from additional custodians, or from a broader time period, Sea Mar would incur similar costs.

DECL. OF CONRAD A. SPROUL – 3
(No. C24-896 JNW)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

*       *       *

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 23rd day of June, 2026, at Seattle, Washington.

*s/ Conrad A. Sproul*
Conrad A. Sproul

DECL. OF CONRAD A. SPROUL – 4
(No. C24-896 JNW)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000