# EXHIBIT 2

# TAB D

## Declaration of Tyler Lawrence, Ph.D

**Page 218**

Confidential

SEAMAR_0000219

| BOARD OF APPEALS HEARING<br><br>FOR FAMILY MEDICINE<br><br>SEA MAR COMMUNITY HEALTH CENTERS FAMILY MEDICINE RESIDENCY PROGRAM<br><br>MARYSVILLE, WA<br><br>FRIDAY, AUGUST 2, 2024 | DECLARATION OF TYLER LAWRENCE, Ph.D., IN SUPPORT OF SEA MAR COMMUNITY HEALTH CENTERS' APPEAL OF ADVERSE ACCREDITATION DECISION |
| --- | --- |

I, Tyler Lawrence, Ph.D., declare and state as follows:

1.     The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2.     I make this declaration in support of Sea Mar Community Health Centers' ("Sea Mar") appeal of the Accreditation Council for Graduate Medical Education's ("ACGME") decision to withdraw the accreditation of Sea Mar's Marysville Family Medicine Residency Program ("Sea Mar FMRP" or the "Program").

3.     I am employed by Sea Mar and currently hold the title of Associate Program Director and Medical Education Officer, a role in which I participate in administering the Program as well as provide oversight to other training programs within Sea Mar. I, on Sea Mar's behalf, personally prepared for and participated in the ACGME site visit of the Program and the aftermath of that process, which resulted in ACGME withdrawing the Program's accreditation effective June 30, 2024.

168037944

**Page 219**

SEAMAR_0000220

4.      Sea Mar is a federally qualified health center that provides community health services largely to rural and other medically underserved populations in Washington state. It was founded in 1978. As a community-based organization, it provides comprehensive health, human, housing, educational, and cultural services to diverse communities. Sea Mar's mission statement, which applies to its FMRP, memorializes its commitment to "[p]roviding continuity of care through our interdisciplinary approach that meets the needs of our communities" and "providing educational and professional growth opportunities in the multilingual/multicultural delivery of health and social services." The mission statement, in both English and Spanish, is prominently posted in each of the Sea Mar clinics at which family medicine residents are based and trained—Everett, Lynnwood, and Marysville. An in-person visit to any of those clinics would advise the visitor of this mission. Attached to this declaration as Exhibit 1 is a true and correct image of Sea Mar FMRP's Mission Statement, which hangs in the Marysville clinic. The same statement hangs in the Everett and Lynnwood clinics.

5.      Sea Mar has expanded over the past four decades and now provides services and programs in thirteen counties in Washington State. Sea Mar currently consists of 33 medical clinics that offer primary care, obstetric and gynecological services, minor outpatient surgery, and occupational healthcare. Sea Mar also operates 28 outpatient behavioral health clinics and 4 inpatient substance-abuse treatment centers. In 2023, Sea Mar provided 1,840,337 individual services to 290,556 people across Washington. Approximately 41% of these patients are Latino, 96% had incomes below the federal poverty level, and 85% had either public insurance (Medicare or Medicaid) or were uninsured.

6.      Sea Mar has also become the ACGME Sponsoring Institution for the Sea Mar FMRP—its only physician residency program. As recently as January 2024, Sea Mar was found to be in substantial compliance with the ACGME Institutional

- 2 -

168037944

**Page 220**

SEAMAR_0000221

Requirements relative to Sea Mar FMRP. Attached to this declaration as Exhibit 2 is a true and correct copy of a letter from ACGME to Dr. Jimenez, dated January 23, 2024, stating Sea Mar's accreditation as a Sponsoring Institution was continued and "commend[ing] the institution for its demonstrated substantial compliance with the ACGME's Institutional Requirements without any new citations." Many of the Sponsoring Institution requirements for which Sea Mar earned ACGME's commendation either require joint Sponsoring Institution and residency program action or are substantially identical to those residency program requirements.

7.     The site visit took place on February 20, 2024. At that time, Sea Mar FMRP did not have a Rural Pathway component but was planning and taking steps to build such a component by, for example, expanding its roster of suitable clinical sites to include clinics in Mount Vernon and Concrete, and a hospital in Burlington, Skagit Valley Regional Hospital. Specifically, Skagit Valley Regional Hospital was to be added to support an inpatient rotation when the Concrete and Mount Vernon clinics were prepared and approved to allow residents to be assigned, which was projected to be effective either in 2025 or 2026. As of April 18, 2024, no residents were assigned to, or rotating at, any of these facilities, because no such Rural Pathway component existed or was approved. The Program identified them to ACGME as anticipated sites to provide ACGME with advance warning that Sea Mar would soon seek approval for them to be added to the Program.

8.     Sea Mar FMRP is dedicated to providing a rich, supportive learning environment to its residents and excellent care to its patients. It is also dedicated to continuously improving the Program and to transparency. As part of this continuous improvement, Sea Mar FMRP carefully reviews ACGME and internal resident survey findings and seeks to address any areas of concern through its Annual Program Evaluations, which are provided to both faculty and residents.

- 3 -

**Page 221**

Confidential                                                                                                          SEAMAR_0000222

a.  Attached to this declaration as Exhibit 3 is a true and correct copy of the Faculty Meeting Minutes for August 23, 2023, which, on page 6, reflects Sea Mar FMRP's plan to review residency feedback via focus groups and the 2023 ACGME Resident Survey, and make changes to the Program based on that feedback.

b.  Attached to this declaration as Exhibit 4 is a true and correct copy of Sea Mar FMRP's 2023–2024 Improvement Action Plan that the Program voluntarily submitted to ACGME prior to the site visit, which summarized Sea Mar FMRP's plan of action for the 2023–2024 academic year and initiatives to improve Program performance. For example, to increase residency satisfaction with faculty feedback, Sea Mar FMRP implemented the clinical "pearls" learning model, which is described more fully in Paragraphs 14 and 34 below. The sections focused on curriculum revisions can be found at pages 1 and 2 of the exhibit.

Both faculty and residents sit on the Program Evaluation Committee ("PEC"). The resident members of the PEC are selected as representatives by their peers and are to liaise with residents on program evaluation issues. Further, they are free to share any information they learn from their service on the PEC with their peers. Every year, the PEC is presented with survey results, either in narrative or pure data form, and charged with planning, developing, implementing, and evaluating the Program, reviewing the curriculum goals and objectives, and addressing any areas requiring improvement or remediation in an action plan. Indeed, after receiving continued accreditation for the Program in February 2023, along with ACGME's encouragement to review the Resident Survey results, the PEC, including the Program Director and I, reviewed the results and ensured the areas of concerns shown in the results were addressed, and remedial steps targeted those issues, most

- 4 -

168037944

**Page 222**

SEAMAR_0000223

prominently in the Program's annual Improvement Action Plan issued in November 2023.

9.    ACGME Field Representatives did not request information regarding the Annual Program Evaluation or Improvement Action Plan or its dissemination from Sea Mar FMRP prior to the site visit, nor did they ask Sea Mar FMRP for such information during or after the site visit. However, in the spirit of transparency, Sea Mar shared the Improvement Action Plan with ACGME prior to the site visit. Attached to this declaration as Exhibit 5 is a true and correct copy of a letter from ACGME to Dr. Jimenez dated December 5, 2023, listing the materials requested by ACGME before the site visit at pages 3 to 4. Had ACGME or the Field Representatives alerted Sea Mar FMRP to their concerns about, or the need for information related to, distribution of the Annual Program Evaluation, Sea Mar FMRP would have provided it. Sea Mar FMRP proactively shared the Improvement Action Plan in anticipation of the site visit. It is also notable that the Field Representatives met with about half the residents during the site visit, and the site visit schedule did not include either resident member of the PEC. Attached to this declaration as Exhibit 6 is a true and correct copy of the site visit schedule provided by ACGME that lists the scheduled interviewees during the site visit, which does not include Arika Boswell, M.D. and Aarzu Isa, D.O., the resident members of the PEC.

10.    The ACGME action expressed concern by name or relation about several longstanding members of our highly experienced physician faculty. These faculty members include Patrick Gemperline, M.D. and Ricardo Jimenez, M.D., each of whom had been with Sea Mar in clinical family medicine, teaching, and graduate medical education ("GME") roles for over 30 years before assuming their respective roles as interim Program Director (pending recruitment of a permanent replacement for his retired predecessor) and Program Director. Faculty members

- 5 -

168037944

**Page 223**

Confidential

SEAMAR_0000224

Julio Jimenez, M.D. and Miguel Jimenez, M.D., while both related to Dr. Ricardo Jimenez, were long-time Sea Mar physicians, with, respectively, 24 and 20 years of clinical family medicine, teaching, and GME experience. These faculty were actively involved in clinical supervision, teaching, and didactics, which, of course, occur routinely in the Sea Mar FMRP. Attached to this declaration as Exhibit 7 is a true and correct copy of the 2021–2022, 2022–2023, and 2023–2024 teaching and didactic schedules, which shows the above-mentioned faculty's involvement in didactic presentations.

11.     All Sea Mar FMRP faculty who supervise and teach inpatient services practice at affiliated hospitals, are credentialed and privileged by the hospitals' respective medical staff offices—most notably for the Sea Mar FMRP, Providence Regional Medical Center – Everett, a large hospital (571 licensed beds), that is operated by one of the largest and most sophisticated non-profit health systems in the country:

a. Attached to this declaration as Exhibit 8 is a true and correct copy of a letter verification of medical staff appointments and/or clinic privileges by Providence Regional Medical Center – Everett for Miguel Francisco Jimenez, M.D. dated October 17, 2023.

b. Attached to this declaration as Exhibit 9 is a true and correct copy of the Delineation of Privilege by Providence Swedish Medical Center (Seattle), which is Washington's largest hospital, on behalf of Providence Regional Medical Center – Everett (noted as "PEMC" therein),  for Julio Jimenez, M.D. dated October 11, 2023.

c. Attached to this declaration as Exhibit 10 is a true and correct copy of a letter verification of medical staff appointments and/or clinic privileges by Providence Regional Medical Center Everett for Christine E. Davenport-Welter, M.D. dated March 14, 2024.

- 6 -

168037944

**Page 224**

SEAMAR_0000225

d. Attached to this declaration as Exhibit 11 is a true and correct copy of a letter verification of medical staff appointments and/or clinic privileges by Providence Regional Medical Center – Everett for Mariel K. Bryden, M.D. dated July 14, 2023.

e. Attached to this declaration as Exhibit 12, behind slipsheet A is a true and correct copy of a letter verification of medical staff appointments and/or clinic privileges by Providence Regional Medical Center – Everett for Benjamin Bryden, M.D. dated May 17, 2023.

f. Attached to this declaration as Exhibit 12, behind slipsheet B is a true and correct copy of a letter verification of medical staff appointments and/or clinic privileges by Providence Regional Medical Center – Everett for Jessica Yi, D.O. dated May 17, 2023.

g. Attached to this declaration as Exhibit 12, behind slipsheet C is a true and correct copy of a letter verification of medical staff appointments and/or clinic privileges by Providence Regional Medical Center – Everett for Stuti Nagpal, M.D. dated April 3, 2024.

h. Attached to this declaration as Exhibit 12, behind slipsheet D is a true and correct copy of the Delineation of Privilege by Providence Swedish Medical Center (Seattle), on behalf of Providence Regional Medical Center – Everett (noted as "PEMC" therein), for Weston LaGrandeur, M.D. dated May 5, 2023.

12. Sea Mar FMRP ensures that there is appropriate supervision for its residents and that the supervision is provided by physicians in both inpatient and outpatient settings. Sea Mar's Resident Supervision Policy expressly provides that the Program will "provide appropriate supervision of residents in patient care activities," "supervision will be appropriate to the resident's educational and

- 7 -

168037944

**Page 225**

Confidential

SEAMAR_0000226

competency level and will evolve over the years of training," that resident clinical responsibilities are based upon "PGY-level, patient safety, resident education, severity and complexity of patient illness/condition and available support services" and that residents are required to "ask[] for help from a supervising physician or other appropriate licensed practitioner when they are uncertain of diagnosis, how to perform a diagnostic or therapeutic procedure, or how to implement an appropriate plan of care." Attached to this declaration as Exhibit 13 is a true and correct copy of Sea Mar's Resident Supervision Policy. Sea Mar FMRP provided the policy to ACGME prior to the site visit. The Resident Supervision Policy is also contained in the Residency Manual, which is provided to every resident. Attached to this declaration as Exhibit 14 is a true and correct copy of Sea Mar FMRP's Residency Manual, 2023–2024 edition, in which the Resident Supervision Policy is at pages 28–34 and 64–71. The Resident Supervision Policy is continuously implemented and describes Sea Mar FMRP's regular practice.

13.    Inpatient faculty round with residents on a daily basis to maximize communication and promote a safe interprofessional, team-based approach to care. Faculty notify Sea Mar FMRP if they are unable to attend their scheduled rounds and need someone to cover them, and such coverage is routinely provided. Beyond seeking the Resident Supervision Policy, ACGME did not request information regarding faculty round schedules from Sea Mar FMRP at any time prior to, during, or after the site visit. *See* Exhibit 5 at 3–4. Had ACGME or the Field Representatives alerted Sea Mar FMRP to their concerns or the need for additional information related to this requirement, Sea Mar FMRP would have provided it. Attached to this declaration as Exhibit 15 is a true and correct copy of Sea Mar FMRP's inpatient faculty round schedule for the 2023–2024 academic year.

14.    Program faculty are actively engaged with residents, providing consistent opportunities for questions to be asked and feedback to be provided. Sea

- 8 -

168037944

**Page 226**

SEAMAR_0000227

Mar FMRP's current process allows and requires that faculty provide feedback during each rotation and assignment. We believe feedback is provided with reasonable frequency. Even still, the Program is always attempting to improve the feedback process. For example, in response to the 2023 Resident Survey results showing how many residents were "satisfied with faculty members' feedback," Sea Mar FMRP recognized that such results should be improved. Although more than 80% of the respondents' answers were "very satisfied," "quite satisfied," or "moderately satisfied" before receiving the related citation, Sea Mar FMRP believed that those numbers should be improved and thus made concrete steps to make such improvements in its 2023–2024 Improvement Action Plan, *see* Exhibit 4 at 1. One example of such action was to improve faculty feedback by implementing a pre-clinic session on so-called clinical "pearls," which is dedicated time at the beginning of each clinic day wherein residents share recent clinical experiences and obtain faculty feedback. Efforts were also redoubled to ensure that faculty evaluations are regularly performed in accordance with ACGME requirements and are recorded in New Innovations, Sea Mar FMRP's residency management program. Attached to this declaration as Exhibit 16 is a true and correct copy of a New Innovations report showing evaluations per resident and the number of incomplete evaluations for June 26, 2023 to April 18, 2024. That report shows, as of April 18, 2024, for the 2023–2024 academic year, Sea Mar FMRP faculty completed 355 evaluations for its residents.

15. Residents receive faculty and Program feedback on numerous occasions throughout each academic year including, at least, (i) after each rotation, (ii) on a quarterly basis for longitudinal experiences, and (iii) on a semi-annual basis with specific emphasis on Milestone performance. Residents also receive a final evaluation upon completion of the Program. These various forms of evaluation and feedback are representative of the Program's evaluation practices that existed before

- 9 -

168037944

**Page 227**

Confidential

SEAMAR_0000228

the site visit took place, which are described in summary fashion in the Residency Manual, *see* Exhibit 14 at 34–36.

16.     Prior to the site visit, Sea Mar FMRP submitted the following evaluations for a single resident, which were completed after three different rotations:

  a.  Attached to this declaration as Exhibit 17 is a true and correct copy of a Family Medicine Residency Evaluation of Resident Attending w/pass scale, completed on December 10, 2021 by Audrey Gray, M.D.

  b.  Attached to this declaration as Exhibit 18 is a true and correct copy of a Family Medicine Residency Evaluation of Resident Attending w/pass scale, completed on May 9, 2023 by Weston LaGrandeur, M.D.

  c.  Attached to this declaration as Exhibit 19 is a true and correct copy of a Family Medicine Residency Evaluation of Resident Attending w/pass scale, completed on November 13, 2023 by Mariel Bryden, M.D.

17.     ACGME did not ask Sea Mar FMRP to provide samples of completed longitudinal experience evaluations before, during, or after the site visit. *See* Exhibit 4 at 3–4. Had ACMGE or the Field Representatives alerted Sea Mar FMRP to their concerns or the need for information related to longitudinal evaluations, the Program would have provided it. Sea Mar FMRP faculty evaluate residents' continuity clinic experiences on a quarterly basis. The process is as follows: Each resident is assigned a faculty advisor, and the advisor-advisee pairs meet every three months to provide another source of evaluation and guidance. For example, in this past academic year, advisor-advisee pairs met in July 2023, October 2023, January 2024, and April 2024. Attached to this declaration as Exhibit 20 is a true and correct copy of the designated

- 10 -

168037944

**Page 228**

Confidential

SEAMAR_0000229

advisor-advisee pairs for the 2023–2024 academic year. Prior to the advisor-advisee meetings, a pre-advising check list is completed for each resident, which requires both the resident and faculty advisor to gather relevant information and data to aid the evaluation process. During the meetings, the advisor-advisee pairs discuss a range of specified topics such as the resident's self-assessment, the resident's individualized learning plan, and the completion of the resident's quarterly continuity clinic evaluation. After the meeting, the faculty advisors electronically sign an evaluation via DocuSign, and residents are notified when the evaluation is completed and available for resident viewing. Attached to this declaration as Exhibit 21 is a true and correct completed example of a Quarterly Continuity Clinic Evaluation by Advisor for a resident, which includes the resident's pre-advising checklist, dated August 14, 2023, metrics about performance over the past year, and the resident's Quarterly Continuity Clinic Evaluation. It should be noted that if residents wish to change their faculty advisors, Sea Mar FMRP has a process for them to do so by request and approval. As of April 18, 2024, only one resident had asked to formally change faculty advisors, and that was to change to an advisor in the same clinic as the one to which the resident was assigned. That request was granted.

18.    In addition to rotation and Quarterly Continuity Clinic evaluations, along with other regular feedback, each resident also receives a global evaluation twice annually—mid-year and at year-end—to provide cumulative feedback on their development in the Program and in attaining its educational goals. This process has long employed ACGME's Family Medicine Milestones. This semi-annual evaluation also determines whether the resident will be promoted to the next year of academic training (or graduation, as applicable) and if additional progressive authority and responsibility should be granted, as provided under Sea Mar FMRP's Resident Supervision Policy. The criteria for evaluation and promotion are

- 11 -

168037944

**Page 229**

Confidential

SEAMAR_0000230

memorialized in the Residency Manual, which provides the measures applied including Milestones and/or equivalent criteria, *see* Exhibit 14 at 16–18, 22–23. The semi-annual evaluation process is as follows: The evaluation is completed by the resident's faculty advisor, who makes recommendations to Sea Mar FMRP's Clinical Competency Committee ("CCC") and the Program Director regarding the resident's promotion (or graduation). The results are communicated to the resident by their advisor and next steps are discussed, *see* Exhibit 14 at 11–12. Attached to this declaration as Exhibit 22 is a true and correct copy of a completed semi-annual evaluation for a resident, which was submitted to ACGME prior to the site visit, showing the resident's scores as compared to the Milestone benchmarks and providing an evaluation summary based on the CCC's evaluation of the resident's development and progress. Additionally, the residents, if they wish, may meet with the Program Director to discuss their progress. *See* Exhibit 14 at 36. These meetings typically occur toward the end of the academic year.

19.    Residents also receive a Final Summative Evaluation at the end of their residency. Sea Mar FMRP provided ACGME examples of this evaluation for recent graduates. Those evaluations substantively confirmed, consistent with ACGME requirements, that the graduating resident demonstrated the knowledge, skills, and behaviors necessary for autonomous practice:

  a. Attached to this declaration as Exhibit 23 is a true and correct copy of a 2020–2021 graduate's Final Summative Evaluation, which uses ACGME's recommended language related to the graduate's "knowledge, skills, and behaviors necessary for autonomous practice."

  b. Attached to this declaration as Exhibit 24 is a true and correct copy of a Final Summative Evaluation, dated July 2, 2023, which confirms the graduate is "ready to practice as a fully independent

- 12 -

168037944

**Page 230**

Confidential

SEAMAR_0000231

and competent family medicine physician in an unsupervised setting" and that the graduate "mastered the six ACGME skills . . . ."

While only one of the Final Summative Evaluations provided to ACGME contained the ACGME preferred or "recommended" language, the other used synonymous language confirming that the resident was prepared for independent (i.e. autonomous) practice. Near the conclusion of the 2022–2023 academic year, Sea Mar FMRP determined that it would update its template Final Summative Evaluation using the exact language in ACGME's Family Medicine Program Requirements to verify that the resident "demonstrated the knowledge, skills, and behaviors necessary to enter autonomous practice." FM Program Requirements § V.A.2.a).(2).(b). In May 2023, Sea Mar FMRP started updating its final evaluation template to reflect that language, which was finalized in January 2024. Attached to this declaration as Exhibit 25 is a true and correct copy of the template Final Summative Evaluation, finalized in January 2024, that was used for 2024 graduates. As of April 18, 2024, the 2023–2024 academic year was still in progress and graduating PGY-3s had not yet received their Final Summative Evaluation.

20.    Citation #28 addresses that the Program Director reportedly met with only one PGY-1 for Milestone-evaluation purposes. This is reasonable as the Program Director serves as faculty advisor for three residents—one resident from each PGY—and so the Program Director was the faculty advisor for only one PGY-1. Also, because residents, aside from those for whom the Program Director is an assigned faculty advisor, tend to meet with the Program Director towards the end of the academic year, few residents had scheduled their annual meeting with Program Director at the time of the site visit and no other PGY-1s scheduled such meetings at that point in the year.

- 13 -

168037944

**Page 231**

Confidential

SEAMAR_0000232

21. Resident evaluations of faculty are done anonymously and confidentially to ensure candor. The software through which resident evaluations of faculty are completed identifies the author as "The Evaluator," a setting that cannot be changed by the resident. It does not identify the author by name, code, or other unique identifier. The following is an example of a completed evaluation that was provided to ACGME prior to the site visit, and a screenshot from the evaluation software showing the signature block settings for resident evaluations of faculty:

a. Attached to this declaration as Exhibit 26 is a true and correct copy of an example of a completed Attending/Supervisor Evaluation by Resident for Benjamin Bryden, M.D., showing that the evaluation is anonymous.

b. Attached to this declaration as Exhibit 27 is a true and correct copy of a screenshot of the signature block settings for the Attending/Supervisor Evaluation by Resident showing that the forms are set to hide the evaluator's identity from the faculty member being evaluated.

The anonymity of the evaluation process has been made clear to the residents who fill them out. No questions about the anonymity of the evaluations were posed by the ACGME Field Representatives during the site visit and thus Sea Mar FMRP personnel were not given the opportunity to correct the Field Representatives' misapprehension about the confidentiality and anonymity of the evaluations reflected in the Site Visit Report and in the Review Committee's citation #32.

22. The Sea Mar FMRP is supported by program management staff that includes, among others, a program coordinator, a program manager, and two full-time employees supporting them. Attached to this declaration as Exhibit 28 is a true and correct copy of the description of responsibilities for the program management roles.

- 14 -

168037944

**Page 232**

Confidential

SEAMAR_0000233

23.    The faculty and staff are led by the Program Director, Ricardo Jimenez, M.D. The ACGME Site Visit Report indicates that individuals in the Program feared Dr. Jimenez and possible reprisal or retribution for speaking against his positions or otherwise acting against his interests. Such reprisal or retribution against residents or other staff would be against Sea Mar compliance and human resources policies and would not be tolerated, *see* Exhibit 14 at 30, 67, 101. I, as the Associate Program Director, have worked closely with Dr. Jimenez for several years, and I have never witnessed him act in any such fashion towards any person with whom he interacts in the Program, and I strongly believe that such allegations present a picture of Dr. Jimenez that is at complete odds with Dr. Jimenez's character, temperament, and mode of operation. He is welcoming of input, whether or not consistent with his viewpoint or position. Also, Sea Mar has well-established and confidential human resources and compliance reporting mechanisms and requirements, including anonymous hotlines, that aggrieved residents and other staff may use. To further address this accusation in the ACGME Site Visit Report, we asked for Sea Mar's human resources and compliance department to review historic reports for any record of complaints about Dr. Jimenez that involved any form of reprisal or retribution. After the search, both departments reported that there has never been such a complaint or concern expressed by residents, staff, or anybody else. Again, the ACGME Field Representatives never asked for such information to determine if there was a factual basis for the fears expressed.

24.    Sea Mar FMRP is committed to having a rigorous curriculum that helps our residents learn and grow into the providers that can serve the types of communities we serve. Sea Mar FMRP has specific, articulated program aims. However, ACGME did not request information regarding our program aims prior to the site visit, *see* Exhibit 5 at 3–4. Nor did the Field Representatives ask Sea Mar FMRP for such information during or after the site visit. Had ACGME or the Field

- 15 -

168037944

**Page 233**

SEAMAR_0000234

Representatives made such a request or sought a response from Sea Mar FMRP as to the inclusion of program aims in our curriculum, Sea Mar FMRP would have provided it. Attached are our two most recent Annual Program Evaluations, both of which include the program aims (and mission statements) for those respective years:

    a. Attached to this declaration as Exhibit 29 is a true and correct copy of Sea Mar FMRP's Annual Program Evaluation, which includes the Improvement Action Plan, for Academic Year 2022–2023. Program aims are found at page 3.

    b. Attached to this declaration as Exhibit 30 is a true and correct copy of Sea Mar FMRP's Annual Program Evaluation, which includes the Improvement Action Plan, for Academic Year 2023–2024. Program aims are found at page 5.

25. Sea Mar FMRP provides all its residents with protected time to attend didactic activities by blocking time in the residents' rotation schedules for such. It also tracks attendance at didactics, with excused absences being permitted for various reasons, such as when they are sick, have outside rotations, have medical or similar appointments, or where their attendance would disrupt patient care or lead to adverse safety events (e.g., working with a patient in active labor). As an example, attached to this declaration as Exhibit 31 is a true and correct copy of a didactic attendance report for a didactic held on October 25, 2023. Residents are expected to attend at least 80% of tracked didactics to progress to the following residency year or graduate, *see* Exhibit 14 at 16–17. ACGME never asked Sea Mar FMRP for didactic attendance data in connection with the site visit, *see* Exhibit 5 at 3–4. Had ACGME or the Field Representatives sought this information from Sea Mar FMRP or offered us an opportunity to provide the information once they identified a corresponding concern, Sea Mar FMRP would have done so. Attached to this

- 16 -

168037944

**Page 234**

SEAMAR_0000235

declaration as Exhibit 32 is a true and correct copy of the June 26, 2023 to April 18, 2024 didactic attendance report.

26. Didactic topics include, among other things, health system management and end-of-life care. The Quality Improvement ("QI") Director, a physician with a master's degree in health administration, presents QI didactic training and instruction for residents at least annually. His presentations provide guidance for residents on needs assessment, planning, monitoring, regulatory compliance, best practices in collaboration, and other health system management issues. Recent topics covered include population management approaches with emphasis on Clinical Quality Metrics, closing care gaps, and addressing Social Determinants of Health for residents' specific patient panels. Also, during near-monthly "QI Site Team" presentations, Sea Mar's program administrative employees provide training to residents in health system management using data derived from Sea Mar's Epic Navigation module. Residents are trained to review daily clinical performance data before their patient clinics, to compare their performance against resident peers and organizational providers, and to use corresponding data to identify and manage chronic diseases on their rotations, such as diabetes, hypertension, asthma, and more. Below are examples of "QI Site Team" presentations from the 2023–2024 academic year covering health management issues:

    a. Attached to this declaration as Exhibit 33 is a true and correct copy of a September 2023 Clinical Quality Measures presentation used in a Sea Mar FMRP didactic.

    b. Attached to this declaration as Exhibit 34 is a true and correct copy of an October 2023 Clinical Quality Measures presentation used in a Sea Mar FMRP didactic.

Sea Mar's senior residents also attend the Sea Mar All-Provider Meeting, which is a semi-annual eight-hour educational experience dedicated to health system

- 17 -

168037944

**Page 235**

SEAMAR_0000236

management. Attached to this declaration as Exhibit 35 is a true and correct copy of the agenda for a 2023 All-Provider Meeting.

27.    In addition, as part of their geriatric rotation, residents attend special didactics dedicated to advanced directives and hospice care. During the geriatric rotation, residents visit patients in long-term care facilities and hospices in which they are trained to address end-of-life care.

   a.    Attached to this declaration as Exhibit 36 is a true and correct copy of a recent didactics presentation (by a PGY-3 in this case) to residents on advanced directives.

   b.    Attached to this declaration as Exhibit 37 is a true and correct copy of the geriatrics rotation schedule depicting time for didactics as well as providing care to outpatient hospice patients.

The Field Representatives did not inquire about training regarding end-of-life care before, during, or after the site visit. Had they inquired, additional information would have been provided by Sea Mar FMRP.

28.    Resident hourly requirements issues were raised in the ACGME Site Visit Report. The report noted that some recent graduating residents saw fewer patients than expected, i.e. less than 1,650 patients. Our best understanding of this outlier result is that it reflects decreases in patient visits due to the COVID-19 pandemic that occurred during those residents' years in the Program. We are aware of no evidence that these anomalous results derived from an impediment to patient access (other than pandemic-related issues) or that it disrupted continuity of care. To ensure that this does not recur, regardless of the circumstance, and before the site visit, Sea Mar FMRP initiated action in its 2023–2024 Improvement Action Plan to provide residents with more time in the clinic as well as other steps to diminish the possibility of violation of the 80-hour and 4-day in 28 requirements, *see* Exhibit 4 at 1–2.

- 18 -

168037944

**Page 236**

29.     As is obvious, fluctuations in panel size and composition will affect the number of patient encounters a resident has over the course of their residency. A relatively small panel might generate a large number of encounters and a large panel may generate fewer encounters, depending on the patient mix and condition. Sea Mar FMRP does not believe, and is unaware of any evidence, that our residents had insufficiently sized or diverse panels, or that our residents' education was adversely affected by panel size and composition. Indeed, the graduates all passed their board certification examinations on their first attempt, in keeping with past years' successes. Sea Mar FMRP assesses the panel size and composition for each resident on a semi-annual basis to ensure the panels are comparable across the resident class. To assess panel size and composition for each resident, practice administrators semi-annually review various metrics about Sea Mar's patients using a "PCP Report" and "Slicer/Dicer" tools available in the Epic health records system used by Sea Mar. The practice administrators then review the panels, looking at gender, age, diagnosis, and other similar criteria. If the metrics warrant it (e.g., too many elderly patients assigned to one resident and another resident has fewer elderly patients), and the patients agree, practice administrators will reassign patients to balance the panels. ACGME did not request information regarding panel size and composition from Sea Mar FMRP prior to the site visit, nor did the Field Representatives request such information during or after the site visit, *see* Exhibit 5 at 3–4. Had ACGME or the Field Representatives alerted Sea Mar FMRP to a potential concern about monitoring and balancing patient panels or the need for related information, Sea Mar FMRP would have provided it.

30.     Sea Mar FMRP has made every effort to comply with the requirement that graduates complete a minimum of 1,000 hours dedicated to caring for FMP patients, a requirement that ACGME imposed in July 2023, less than eight months before the site visit. At the time of the site visit, there was neither a current complete

- 19 -

168037944

**Page 237**

Confidential

SEAMAR_0000238

academic year nor a full three-year residency by which to measure Sea Mar FMRP's compliance with the new requirement. Sea Mar provides trend estimates as of April 18, 2024 to project compliance based upon the data recorded in its New Innovations software, as Exhibit 38, which reflects the hours Program residents spent providing care in various rotations as recorded in New Innovations. The data shows that all Sea Mar FMRP residents were on track to comply with the 1000-hours requirement from the residency's continuity clinic and other services rendered. The Field Representatives did not express concern with this requirement or ask for the tracking data (from the Site Visit Report it appears that they were convinced of the Program's compliance without it), which the Program would have provided if asked.

31.     Sea Mar uses its Epic health records system scheduling module for scheduling patient appointments. That module defaults to 15-minute increments for scheduling primary care patients. That said, the appointment duration may be modified and is routinely so modified for patients whose care is forecast to require more time. Depending on the complexity of the patient's needs and as communicated to the scheduler, patient appointments are scheduled for 30 minutes or longer. Moreover, even if that information is not incorporated into scheduling, residents are not expected to see patients for just 15 minutes if more time is required or appropriate. Attached to this declaration as Exhibit 39 is a true and correct copy of Sea Mar's Appointment Scheduling Timeframes guidance, which has been in effect since 2008.

32.     Resident clinic schedules also account for Sea Mar's typical 13%–17% patient no-show rate based upon Sea Mar tracking data. Attached to this declaration as Exhibit 40 is a true and correct copy of a Epic health records system dashboard depicting average annual no-show rates for Sea Mar's Everett, Lynnwood, and Marysville clinics. Even though some of those no-show slots may be filled by walk-

- 20 -

168037944

**Page 238**

SEAMAR_0000239

in patients, the residents (and faculty) can extend care of scheduled patients at will, using that time to do so without having to attend to walk-ins.

33.    Sea Mar FMRP's patient goals by resident year show residents are not expected to see patients every 15 minutes: PGY-1s are expected to see three patients per half day by the middle of the academic year and increase to seeing five patients per half day by the end of the academic year, PGY-2s are expected to see five patients per half day by the middle of the academic year and increase to seeing seven patients per half day by the end of the academic year, and PGY-3s see eight patients per half day throughout the academic year. Attached to this declaration as Exhibit 41 is a true and correct copy of the 2023–2024 resident patient goals by year and by block. In all, the Program's residents were just meeting their targeted goals for patients to be seen per half day.

34.    In addition to limited patient goals, residents are allotted time at the beginning of each clinical day for educational activities and charting. The educational activities include clinical "pearl" presentations, which are five- to seven-minute presentations highlighting recent clinical experiences wherein residents and faculty discuss those experiences and residents can obtain faculty input. The remainder of the time allocated, which is at least 23 minutes, is used for charting.

35.    Sea Mar FMRP ensures telehealth modalities are readily available to residents and that residents are competent to use such technology. The Program keeps records of telemedicine visits and consults in the ordinary course. These records were provided to the Field Representatives. Further, had the Field Representatives asked for more data on telemedicine training and access to the modalities, Sea Mar FMRP would have provided it. Those additional records would have included an emailed training announcement made on May 19, 2023 to all faculty and residents about using video patient visits within Epic, Sea Mar's health records system, and a "tip sheet" as to how the modality is to be used. Attached to

- 21 -

168037944

**Page 239**

Confidential
SEAMAR_0000240

this declaration as Exhibit 42 is a true and correct copy of the email sent to Sea Mar FMRP faculty and residents about the new video patient visit option in Epic. We do not understand how this data was disregarded by the Field Representatives (see citation #18) in favor of off-hand, anecdotal reports suggesting that some residents did not use the telehealth facilities available to them.

36.    As part of Sea Mar FMRP's commitment to creating a supportive learning and working environment, from the introductory welcoming presentation to the end of the residency, Sea Mar FMRP emphasizes to residents that it has and abides by an open-door policy and encourages residents to express any concerns via the avenue with which they are most comfortable. Residents can reach out to the leadership of the residency program, faculty, any of the Sponsoring Institution's leadership, human resources, the Corporate Compliance Officer, or through the anonymous Corporate Compliance Hotline. Mistreatment of residents and retaliation for reporting concerns is not permitted or accepted by Sea Mar FMRP. If any such concerns are raised within Sea Mar FMRP, they would be handled appropriately and in compliance with Sea Mar's non-retaliation, grievance, human resources, and corporate compliance policies.

37.    Sea Mar understands that the 2023 Resident Survey contains results indicating that some residents perceived that there may be reprisal for reporting concerns or positions not held by Program administration or faculty, and there is a lack of confidentiality for those who report concerns. These were troubling to Sea Mar because mistreatment in any form, including through retribution, is antithetical to Sea Mar's obligations, policies, and values. After reviewing the survey data, Sea Mar sought to address these perceptions in its Improvement Action Plan for the 2023–2024 academic year. Exhibit 4 at 3. Since before its residency program began, Sea Mar has had an Institutional Non-Retaliation Policy, appended at Appendix D to Sea Mar's FMRP Residency Manual, that permits neither mistreatment nor

- 22 -

168037944

**Page 240**

                                                    SEAMAR_0000241

retaliation for reporting issues or concerns. *See* Exhibit 14 at 101. Every resident is provided a copy of the manual and signs an acknowledgement that they received and reviewed it. Attached to this declaration as Exhibit 43 is a true and correct copy of an example of a Sea Mar Community Health Centers Family Medicine Residency Resident Agreement, in which residents acknowledge that they have received and read the Residency Manual and will abide by its terms on page 3. Non-retaliation is also built into Sea Mar's Corporate Compliance Program, which prohibits retaliation for reporting regulatory non-compliance. Attached to this declaration as Exhibit 44 is a true and correct copy of a presentation summarizing Sea Mar's Corporate Compliance Program. Should residents have concerns, the Resident Manual provides multiple avenues to report these concerns, including through a faculty advisor or a chief resident.

38.    As part of Citation #10, there is reference to a resident's personal matter. Sea Mar has not been given the actual complaint or the circumstances. Therefore, I cannot meaningfully address the reported concern but, given its alleged personal nature, our response typically could not be addressed to a broader audience even if specific information was provided. Further, Citation #10 mentions rumors regarding a prior employee's departure from the program. Sea Mar's administration was neither asked about these rumors nor given an opportunity to provide responsive information during the site visit or afterwards.

39.    In citations #42 and #43, reference is made to human resource issues and Sea Mar FMRP's leave policy. Sea Mar has a vacation and leave policy, which it follows. Attached to this declaration as Exhibit 45 is a true and correct copy of Sea Mar's Vacation and Leave of Absence Policy. This Policy, which was provided to ACMGE before the site visit, provides for 21 days off per academic year, which can be used for vacation; sick time; to attend medical, mental health and dental care appointments; or for personal leave. Granting leave or counting personal time off is

- 23 -

168037944

**Page 241**

Confidential

SEAMAR_0000242

a policy, legal, and ethical obligation, and is an issue of equity among the residents. Any time off requested by a resident is evaluated for compliance with this Policy. As far as Sea Mar is aware, leave requests for dental, medical, and mental health appointments are never denied if reasonable advance notice is given or, even if such notice is not given, when the request can be accommodated without complications or if the issue is urgent or emergent.

40.    In addition to ensuring residents are able to attend to their own medical and personal needs, Sea Mar FMRP's policies contemplate, and the Program provides, help to residents in the event he or she is fatigued after a shift. Attached to this declaration as Exhibit 46 is a true and correct copy of Sea Mar's Fatigue Mitigation Guidelines. The Guidelines, which were given to ACGME prior to the site visit, provide at page 1 that if there is no available call room for the resident to sleep in, "the residency will reimburse residents for a rideshare (i.e., Uber) home[.]" As some of Sea Mar FMRP's participating sites, such as site #11 (Sea Mar White Center clinic), do not have call rooms, this policy ensures residents have safe transportation options after their shifts. Sea Mar also restricts duty hours to 80 per week as part of its Resident Duty Hours, Fatigue Mitigation and Work Environment Policy. Attached to this declaration as Exhibit 47 is a true and correct copy of Sea Mar's Resident Duty Hours, Fatigue Mitigation and Work Environment Policy. Sea Mar FMRP tracks compliance with the 80-hour cap requirement, and the data demonstrate full compliance, including for the OB rotations.

   a. Attached to this declaration as Exhibit 48 is a true and correct copy of a report showing full compliance with the 80-hour limit on duty hours for those in OB rotations.

   b. Attached to this declaration as Exhibit 49 is a true and correct copy of a report that Sea Mar FMRP provided to ACGME prior to the site visit showing full compliance with the 80-hour limit on duty hours.

- 24 -

168037944

**Page 242**

SEAMAR_0000243

Sea Mar also ensures residents have the requisite free days, as verified by contemporaneous data. In 2022, Sea Mar FMRP recognized a potential compliance issue with the one-in-seven-day ACGME requirement, and in its 2022–2023 Improvement Action Plan, sought to determine the root cause of reported or suspected violation of that policy. Sea Mar also tracked the logged duty hours for the residents in 2023–2024 and found one violation of the requirement, *see* Exhibit 49. Had the Field Representatives indicated that they had concerns about Sea Mar FMRP's adherence to the one-in-seven-day requirement or requested the underlying data, Sea Mar FMRP would have provided them.

41.    Sea Mar FMRP was never given an opportunity to respond to the allegation that residents were not given time or accommodations for lactation. Since 2015, Sea Mar's policies "recognize[] that breastfeeding is of utmost importance for individual and community health and that breastfeeding employees need ongoing support in the worksite to be able to provide breast milk for their children." Attached to this declaration as Exhibit 50 is a true and correct copy of Sea Mar's Breastfeeding Support for Staff Policy. Had we been given an opportunity, Sea Mar FMRP would have provided documentation to demonstrate that residents are given both time outside of normal breaks and mealtimes (30-minute blocks) and appropriate, clean and private accommodations to express milk. For example, attached to this declaration as Exhibit 51 is a true and correct copy of a clinical schedule for a breast feeding resident, which clearly includes pump breaks. The Program once inadvertently neglected to schedule a resident's lactation break on her first day back from parental leave, but corrected the oversight immediately, and appropriate breaks were included in that resident's schedule thereafter. Otherwise, we are at a loss to understand the citation on this topic.

42.    Sea Mar FMRP acknowledges that it inadvertently noted an inaccurate resident headcount for its Lynnwood clinic (site #3), having inadvertently identified

- 25 -

168037944

**Page 243**

SEAMAR_0000244

the 2022–2023 headcount for Sea Mar's newest resident-based clinic rather than the 2023–2024 headcount. In 2022–2023, Lynnwood clinic had no R3 residents assigned, as Lynnwood was then a relatively new clinic in the Program. The headcounts for the other clinics were correct. Sea Mar's Marysville clinic had 12 residents (4 R3s, 4 R2s and 4 R1s), the Everett clinic had 10 residents (3 R3s, 3 R2s and 4 R1s) and the Lynnwood clinic had 10 medical residents (3 R3s, 3 R2s and 4 R1s). Our program coordinator advised the Field Representatives of the error and its cause during the site visit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this ___July 17, 2024___ at ___Lynnwood, WA___.

DocuSigned by:

*Tyler Lawrence*
732410F2B27D407...

Tyler Lawrence, Ph.D.

- 26 -

168037944

**Page 244**

Confidential                                        SEAMAR_0000245