# EXHIBIT 3

## REDACTED
## ORIGINAL FILED UNDER SEAL

Dr. Josepha Cheong; May 11, 2026

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
Case No.:  2:24-CV-00896
The Honorable Jamal N. Whitehead

SEA MAR COMMUNITY HEALTH CENTERS,
     Plaintiffs,
vs.
ACCREDITATION COUNCIL FOR GRADUATE MEDICAL
EDUCATION,
     Defendants
_____/


DEPOSITION OF DR. JOSEPHA CHEONG
Via Zoom
Deposition Taken on Behalf of Plaintiffs

DATE:     Monday, May 11, 2026
TIME:     9:02 a.m. - 6:11 p.m.
PLACE:    Veritext
          201 Southeast 2nd Ave., Suite 207
          Gainesville, Florida 32601


     Examination of the witness taken before:

          Amanda E. Robinson, RPR, CRC,
          Notary Public, State of Florida

Page 1

A P P E A R A N C E S

DAVID B. ROBBINS, Esquire
CARA WALLACE, Esquire

     Perkins Coie, LLP
     1301 Second Avenue, Suite 4200
     Seattle, Washington 981013804
     drobbins@perkinscoie.com
     cwallace@perkinscoie.com

     appearing on behalf of the Plaintiff.


MAJID WAHEED, Esquire
PATRICK NUTTER, Esquire

     Covington & Burling, LLP
     415 Mission Street, Suite 5400
     San Francisco, California 94105
     mwaheed@cov.com
     pnutter@cov.com

     appearing on behalf of the Defendant.


Also Present:
Eric Carlson, Esquire

Dr. Josepha Cheong; May 11, 2026

I N D E X

WITNESS                                          PAGE

DR. JOSEPHA CHEONG

  Direct Examination by Mr. Robbins               8

  Cross-Examination by Mr. Waheed               338

  Redirect Examination by Mr. Robbins          343

Certificate of Oath                            356

Certificate of Reporter                        357

Veritext Legal Solutions
Calendar-PNW@veritext.com 800.831.6973

Dr. Josepha Cheong; May 11, 2026

```
                DEPOSITION EXHIBITS

EXHIBIT      DESCRIPTION                    PAGE

Exhibit 1    Bylaws                          26

Exhibit 2    Memo                            29

Exhibit 3    Appeal File                     40

Exhibit 4    Program Requirements            41

Exhibit 5    Decision                        45

Exhibit 6    Handbook                        54

Exhibit 7    Transcript                      59

Exhibit 8    Presentation                    62

Exhibit 9    Presentation                    66

Exhibit 10   Template Requirements           84

Exhibit 11   Excerpt of Docs Reviewed        90

Exhibit 12   Minutes                         90

Exhibit 13   Letter                          93

Exhibit 14   Email                          104

Exhibit 15   Email                          112

Exhibit 16   Email                          123

Exhibit 17   Presentation                   137

Exhibit 18   Presentation                   138

Exhibit 19   Presentation                   140

Exhibit 20   Minutes                        144

Exhibit 21   Minutes                        145

Exhibit 22   Minutes                        165

Exhibit 23   Site Visit Report              176
```

Page 4

Dr. Josepha Cheong; May 11, 2026

```
           DEPOSITION EXHIBITS CONTINUED

  EXHIBIT      DESCRIPTION                        PAGE

  Exhibit 24  Edje Presentation                    182

  Exhibit 25  Citation 7                           187

  Exhibit 26  Citation 13                          190

  Exhibit 27  Citation 18                          197

  Exhibit 28  Citation 25                          214

  Exhibit 29  Citation 32                          224

  Exhibit 30  Citation 3                           229

  Exhibit 31  Citation 6                           241

  Exhibit 32  Citation 8                           252

  Exhibit 33  Citation 11                          260

  Exhibit 34  Citation 12                          267

  Exhibit 35  Citation 16                          273

  Exhibit 36  Citation 17                          283

  Exhibit 37  Citation 21                          304

  Exhibit 38  Citation 22                          314

  Exhibit 39  Citation 27                          320

  Exhibit 40  Citation 20                          296

  Exhibit 41  Program Requirements                 308

  Exhibit 42  Citation 29                          326

  Exhibit 43  Email                                332
```

Veritext Legal Solutions
Calendar-PNW@veritext.com 800.831.6973



asking about.  And whether you understood that when you made your recommendation to the executive committee and the board.

A   I understand why the citations were upheld.

Q █████████████████████████████████

██████████████████████████████████

████████    ████████

MR. WAHEED:  Objection, form.

A   ████████████████████████

BY MR. ROBBINS:

Q █████████████████████████████████

██████████████

A   ████  █████████████████████████

██████████████████████████████████

Q █████████████████████████████████

A   ██████████████████

Q █████████████████████████████████

█████████

A   █████████████████████

Q ████████

A   ████████████████

Q █████████████████████████████████

██████████████████████████████████████

█████    ██████████████████

Page 73

Dr. Josepha Cheong; May 11, 2026

A     ████████████████████████████

Q     ██████████████████████████████

███

A     █████████████████████  ████████

██████████████████████

Q     ████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████

████████████████████████████████████

████████████████    ████████

　　　　　MR. WAHEED:  Objection, assumes facts.

A     ██████████████████████████

████████

　　　　　MR. ROBBINS:  Noted.

A     ██████████████████████████

BY MR. ROBBINS:

Q     ██████████████████████████████

██████████

A     ███████████████████████████████

visit report.

Q     So you didn't look at the presentation

by Sea Mar?

A     I did look at the presentation.

Q     Did you look at the transcript?

Page 74