# EXHIBIT 4

## REDACTED
## ORIGINAL FILED UNDER SEAL

Tanya Anim , M.D.; May 13, 2026

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
- - - - - - - - - - - - - - - - - - - -
SEA MAR COMMUNITY HEALTH
CENTERS,

      Plaintiff,

                    No. 2:24-CV-00896
vs.

ACCREDITATION COUNCIL FOR
GRADUATE MEDICAL EDUCATION,
     Defendant.
- - - - - - - - - - - - - - - - - - - - -/

     VIDEOTAPED DEPOSITION OF TANYA ANIM, M.D.
DATE:                MAY 13, 2026
TIME:               9:02 a.m. - 6:20 p.m.
PLACE:              Veritext
                      800 N. Magnolia Avenue
                      Suite 400
                      Orlando, Florida 32803

PURSUANT TO:       Notice by counsel for
                      Plaintiff
REPORTED BY:       Lee Ann Reid, Registered
                      Professional Reporter,
                      Notary Public, State of
                      Florida

                  Pages 1 - 319

Page 1

Tanya Anim , M.D.; May 13, 2026

```
APPEARANCES:
DAVID B. ROBBINS, ESQUIRE
and
CARA WALLACE, ESQUIRE
Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
   Counsel for the Plaintiff
PATRICK NUTTER, ESQUIRE
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, California 90067
and
MAJID WAHEED, ESQUIRE - (appearing via videoconference)
Covington & Burling LLP
415 Mission Street, Suite 5400
San Francisco, California 94105
   Counsel for ACGME


ALSO PRESENT:     Douglas Carlson, Esquire, Defendant
                  Representative
                  Alex Jacobs, Videographer


               I N D E X


DIRECT EXAMINATION BY MR. ROBBINS          Page 6

CROSS-EXAMINATION BY MR. NUTTER            Page 300

CERTIFICATE OF OATH                        Page 316

REPORTER'S CERTIFICATE                     Page 317

READ AND SIGN LETTER                       Page 318

ERRATA PAGE                                Page 319

ACKNOWLEDGEMENT OF DEPONENT                Page 320
```

Page 2

Tanya Anim , M.D.; May 13, 2026

E X H I B I T S

| Description | Page |
|---|---|
| Exhibit 1  Reviewer Book | 29 |
| Exhibit 2  appeal file for board of appeals hearing for Family Medicine Sea Mar Community Health Centers program August 2, 2024 | 40 |
| Exhibit 3  5-29-24 e-mail from Tanya Fowler to Dr. Anim | 48 |
| Exhibit 4  e-mail regarding memorandum regarding in-person appeal for the family medicine program | 49 |
| Exhibit 5  reference manual for the appeals panelists | 51 |
| Exhibit 6  minutes by ACGME for the Family Medicine Residency Review Committee for April 18th-19th | 58 |
| Exhibit 7  letter dated October 5th, 2023 | 67 |
| Exhibit 8  reference handbook for appeals panelists | 73 |
| Exhibit 9  excerpt of October 18th, 2023 policies and procedures | 74 |
| Exhibit 10  full document of October 18, 2023 policies and procedures | 75 |
| Exhibit 11  8-2-24 appeal hearing transcript | 79 |
| Exhibit 12  ACGME program requirements for graduate medical education and family medicine | 87 |
| Exhibit 13  Reviewer Notes-Continued Accreditation-Site Vitis-Family Medicine | 95 |
| Exhibit 14  6-6-24 e-mail to Dr. Quan | 100 |
| Exhibit 15  Appeal Hearing presentation | 102 |
| Exhibit 16  Citations 33-47 | 107 |
| Exhibit 17  Report templates from Lisa Davis | 108 |
| Exhibit 18  8-13-24 e-mail from Tami Walters | 112 |
| Exhibit 19  8-17-24 e-mail Anim notes on Report Template | 113 |
| Exhibit 20  8-17-24 e-mail Appeal Committee Report | 113 |
| Exhibit 21  8-22-24 e-mail Re: Final Draft | 115 |
| Exhibit 22  Dr. Quan attached suggested edits | 117 |
| Exhibit 23  8-22-24 e-mail Sea Mar Board of Appeals Report | 117 |
| Exhibit 24  final version of report | 119 |
| Exhibit 25  December 5th, 2023 letter by Linda Andrews setting forth the site visit date | 135 |

Veritext Legal Solutions
Calendar-PNW@veritext.com 800.831.6973

Tanya Anim , M.D.; May 13, 2026

Exhibit 26    Sea Mar presentation from        140
              August 2nd, 2024 hearing
Exhibit 27    presentation that the executive  140
              committee of the board of directors
              of ACGME made to the board of
              directors for ACGME
Exhibit 28    Citation 25                      143
Exhibit 29A   compilation of Citation 7        147
Exhibit 29B   slide deck presentation that     153
              Sea Mar made to the appeals board
Exhibit 30    Citation 37                      156
Exhibit 31    Citation 31                      171
Exhibit 32    Citation 9                       172
Exhibit 33    Citation 11                      180
Exhibit 34    Citation 11(duplicate exhibit)   182
Exhibit 35    Citation 15                      193
Exhibit 36    Citation 16                      198
Exhibit 37    Citation 19                      210
Exhibit 38    Citation 20                      217
Exhibit 39    Citation 21                      232
Exhibit 40    Citation 22                      244
Exhibit 41    Citation 26                      249
Exhibit 42    Citation 27                      257
Exhibit 43    Citation 28                      264
Exhibit 44    Citation 29                      271
Exhibit 45    Citation 30                      273
Exhibit 46    Citation 35                      278
Exhibit 47    Citation 36                      291

                    CERTIFIED QUESTIONS
        Page 114, Line 18-22

                                              Page 4

Tanya Anim , M.D.; May 13, 2026



Q.

09:42:58

A.    Correct.

Q.

09:43:15

MR. NUTTER:  Objection.  Vague.

THE WITNESS:  I don't know that I understand.

BY MR. ROBBINS:

Q.

09:43:28

A.    Yes.

Q.

09:43:45

09:44:09

Page 36

Tanya Anim , M.D.; May 13, 2026



A.   Yes.

MR. NUTTER:  Objection.  Vague.

BY MR. ROBBINS:

Q.   And what would that be?

A.                                                                    09:44:12

Q.

A.   Correct.                                                        09:44:35

Q.

A.   Correct.

Q.

                                                                     09:44:44

A.   Correct.

Q.

                                          Is there --   09:44:55

A.

Q.   -- anything on that?

MR. NUTTER:  Objection.

THE WITNESS:  Sorry, I didn't mean to                 09:45:03

Page 37

Tanya Anim , M.D.; May 13, 2026



interrupt you.

BY MR. ROBBINS:

Q.   It's okay.  I'm just trying to figure out what you got.

09:45:11

A.   Yes.

Q.

MR. NUTTER:  Objection.  Vague.          09:45:26

THE WITNESS:  Correct.

BY MR. ROBBINS:

Q.

09:45:47

MR. NUTTER:  Objection.  Vague.

THE WITNESS:  Not that I'm aware of.  I don't know.

BY MR. ROBBINS:

Q.                                         09:45:59

A.   I was not.

Q.

09:46:09

Page 38