# EXHIBIT 6

## REDACTED
## ORIGINAL FILED UNDER SEAL

Louito Edje , M.D.; May 22, 2026

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON


SEA MAR COMMUNITY HEALTH

CENTERS,

                    Plaintiff,

     vs.                          Case No. 2:24-cv-00896-JNW

ACCREDITATION COUNCIL FOR

GRADUATE MEDICAL EDUCATION,

                    Defendant.

_____


        The Deposition of LOUITO EDJE, M.D.,

        Taken at 400 Renaissance Center, Suite 2600,

        Detroit, Michigan,

        Commencing at 9:04 a.m.,

        Friday, May 22, 2026,

        Before Leisa M. Pastor, CSR-3500, RPR, CRR.

        Veritext Job #7972337

                                                    Page 1

Louito Edje , M.D.; May 22, 2026

APPEARANCES:


JAMES F. WILLIAMS

Perkins Coie LLP

1201 Third Avenue

Suite 4900

Seattle, Washington 98101

(206) 359-3543

jwilliams@perkinscoie.com

        Appearing on behalf of Plaintiff.


JENNA M. POLIGO

Stoel Rives LLP

600 University Street

Suite 3600

Seattle, Washington 98101

(206) 386-7517

jenna.poligo@stoel.com

        Appearing on behalf of Defendant.


ALSO PRESENT:

Douglas Carlson

Majid Waheed

Justin Dloski - Video Technician


Page 2

Louito Edje , M.D.; May 22, 2026

TABLE OF CONTENTS

WITNESS                                                    PAGE

LOUITO EDJE, M.D.

EXAMINATION BY MR. WILLIAMS                                  6

EXAMINATION BY MS. POLIGO                                  249

RE-EXAMINATION BY MR. WILLIAMS                             256


EXHIBITS


EXHIBIT                                                   PAGE

(Exhibits attached to transcript.)


EXHIBIT 1                                                   13

EXHIBIT 2                                                   47

EXHIBIT 3                                                   54

EXHIBIT 4                                                   73

EXHIBIT 5                                                   98

EXHIBIT 6                                                  105

EXHIBIT 7                                                  114

EXHIBIT 8                                                  119

EXHIBIT 9                                                  135

EXHIBIT 10                                                 149

EXHIBIT 11                                                 155

Page 3

Louito Edje , M.D.; May 22, 2026

| | | |
|---|---|---|
| EXHIBIT 12 | | 157 |
| EXHIBIT 13 | | 159 |
| EXHIBIT 14 | | 167 |
| EXHIBIT 15 | | 174 |
| EXHIBIT 16 | | 187 |
| EXHIBIT 17 | | 197 |
| EXHIBIT 18 | | 198 |
| EXHIBIT 19 | | 235 |
| EXHIBIT 20 | | 245 |

Veritext Legal Solutions
Calendar-PNW@veritext.com 800.831.6973

Louito Edje , M.D.; May 22, 2026

BY MR. WILLIAMS:                                                  13:33

Q.   I'm showing you what's been marked by the court             13:33
     reporter as Exhibit 13.  I'll represent that this is a      13:33
     February 20th, 2024 ACGME site visit report from           13:33
     ███████████████████████████████████                        13:33

              Do you see that?                                   13:33

A.   Yes.                                                        13:33

Q.   Do you know ████████████████                                13:33

A.   No.                                                         13:33

Q.   I'm sorry?                                                  13:33

A.   No.                                                         13:33

Q.   How about ██████████████                                    13:33

A.   No.                                                         13:34

Q.   ████████████████████████████████████████                   13:34
     █████████████████                                           13:34

A.   ██████████████████████                                      13:34

Q.   ██████████████████████████████████████                      13:34

A.   ███                                                         13:34

Q.   ████████████████████████████████████████████               13:34
     ███████████                                                 13:34

              MS. POLIGO:  Object to the form.                   13:34

A.   ██████████████████████████████████                          13:34
     ███████████████████████████████████████                     13:34
     ███████████████████████████████████████                     13:34
     ████████████████████████████████████████                    13:34

                                                    Page 160

Louito Edje , M.D.; May 22, 2026

BY MR. WILLIAMS:

Q.   When you received this report, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

A.   No.

Q.   Okay. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

A.   I have no idea.

Q.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

A.   No. ▮▮▮▮▮▮▮▮▮▮

Q.   ▮▮▮▮▮▮▮▮▮▮

A.   ▮▮▮▮▮▮▮▮

Q.   ▮▮▮▮▮▮▮▮

A.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Q.   ▮▮▮▮▮▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮▮▮▮

A.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Q.   I want to go back to Exhibit 1, which is your declaration.  In paragraph 21 of your declaration, you

Veritext Legal Solutions
Calendar-PNW@veritext.com 800.831.6973