UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SEA MAR COMMUNITY HEALTH CENTERS,<br><br>Plaintiff(s),<br><br>v.<br><br>ACCREDITATION COUNCIL FOR GRADUATE MEDICAL EDUCATION,<br><br>Defendant(s). | CASE NO. C24-896 JNW<br><br>PRAECIPE |

To the Clerk of the above-entitled court:
You will please:

Append the accompanying Exhibits 1, 2, and 3 to the previously filed Declaration of Conrad A. Sproul in Support of Sea Mar's Opposition to ACGME's Motion to Compel Production of Documents (Dkt. 108). These Exhibits are referenced in Mr. Sproul's Declaration but were inadvertently omitted from the filing.

7/13/2026
Dated

s/ David B. Robbins
Sign or use an "s/" and your name

David B. Robbins, WSBA No. 13628
ASHURST PERKINS COIE US LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone: +1.206.359.8000

Name, Address, and Phone number of Counsel or Pro Se