THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEA MAR COMMUNITY HEALTH CENTERS,

Plaintiff,

v.

ACCREDITATION COUNCIL FOR GRADUATE MEDICAL EDUCATION,

Defendant.

Case No. C24-896 JNW

**ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUED DEPOSITION OF KUSH DOSHI AND THE PARTIES STIPULATED MODE OF DEPOSITION**

This matter came before the Court on Plaintiff Sea Mar Community Health Centers' ("Sea Mar") motion to permit further questioning of third-party Kush Doshi. Having heard argument via telephonic conference on July 6, 2026, the Court finds that Sea Mar shall be permitted to continue Mr. Doshi's deposition. The Court hereby ORDERS as follows:

1. Sea Mar's motion is **GRANTED**.

2. Subject to Federal Rule of Civil Procedure 26, Sea Mar shall be permitted to question Mr. Doshi on any topic relevant to this litigation for a maximum of 2.5 hours.

3. Sea Mar shall not be required to provide separate notice of this deposition.

4. By agreement of the parties, the deposition shall take place at the office of Ashurst Perkins Coie US LLP, located at 1301 Second Avenue, Suite 4200, Seattle, Washington 98101, on July 24, 2026, at 4:00 PM Pacific Daylight Time. A remote link will be available

ORDER
(No. C24-896 JNW)

should counsel for Defendant wish to participate remotely. The parties may alter this timing or format by mutual agreement without involvement of the Court.

**SO ORDERED** this 20th day of July, 2026.

_____
United States District Judge

Presented by:

*s/ James F. Williams*_____
David B. Robbins, WSBA No. 13628
James F. Williams, WSBA No. 23613
Matthew P. Gordon, WSBA No. 41128
Cara V. Wallace, WSBA No. 50111
Jonathan P. Hawley, WSBA No. 56297
Juliana L. Bennington, WSBA No. 60357
Conrad A. Sproul, WSBA No. 62885
**ASHURST PERKINS COIE US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
David.Robbins@ashurstperkins.com
James.Williams@ashurstperkins.com
Matthew.Gordon@ashurstperkins.com
Cara.Wallace@ashurstperkins.com
Jonathan.Hawley@ashurstperkins.com
Juliana.Bennington@ashurstperkins.com
Conrad.Sproul@ashurstperkins.com

ORDER – 2
(No. C24-896 JNW)

COVINGTON & BURLING LLP

*s/ Majid Waheed*_____

Nathan E. Shafroth (*pro hac vice*)
nshafroth@cov.com
W. Douglas Sprague (*pro hac vice*)
dsprague@cov.com
Majid Waheed (*pro hac vice*)
mwaheed@cov.com
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: 415.591.6000

Patrick W. Nutter (*pro hac vice*)
pnutter@cov.com
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: 424.303.4643

STOEL RIVES LLP

Vanessa Soriano Power, WSBA No. 30777
vanessa.power@stoel.com
Jenna M. Poligo, WSBA No. 54466
jenna.poligo@stoel.com
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

*Attorneys for Defendant ACGME*

ORDER – 3
(No. C24-896 JNW)