# EXHIBIT 1

**REDACTED**

**ORIGINAL FILED UNDER SEAL**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SEA MAR COMMUNITY HEALTH CENTERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )No. 2:24-cv-00896 |
| | ) |
| ACCREDITATION COUNCIL FOR GRADUATE MEDICAL EDUCATION, | ) |
| | ) |
| Defendant. | ) |

Deposition Upon Oral Examination Of

TYLER LAWRENCE

9:01 a.m.

June 16, 2026

600 University Street

Seattle, Washington

REPORTED BY: Yvonne A. Gillette, RPR, CCR No. 2129.

A P P E A R A N C E S

For the Defendant:

NATHAN SHAFROTH
Covington & Burling
415 Mission Street
Suite 5400
San Francisco, California 94105
415.591.6000
nshafroth@cov.com

For the Plaintiff:

DAVID ROBBINS
CONRAD SPROUL
Perkins Coie
1201 Third Avenue
Suite 4900
Seattle, Washington 98101
206.359.8000
drobbins@perkinscoie.com

CHRISTOPHER HUCK
Sea Mar Community Health Centers

Videographer:

Lindsay Hitchcock

Tuesday, June 16, 2026

9:01 a.m.

******

09:00:03 THE VIDEOGRAPHER: We are on the record.
09:00:03 Today's date is June 16th, 2026, and the time is
09:00:09 approximately 9:01 a.m. This is the video-recorded
09:00:12 deposition of Tyler Lawrence in the matter of Sea Mar
09:00:16 Community Health Centers versus Accreditation Council
09:00:20 for Graduate Medical Health. This deposition is being
09:00:24 held at 600 University Street, Suite 3600 in Seattle,
09:00:30 Washington, 98101.
09:00:32 The reporter's name is Yvonne Gillette. My
09:00:35 name is Lindsay Hitchcock. I'm the legal
09:00:37 videographer. We are with Seattle Deposition
09:00:39 Reporters. Counsel, at this time, please identify
09:00:42 yourselves for the record, and then the witness may be
09:00:44 sworn in.
09:00:46 MR. SHAFROTH: Nate Shafroth, Covington &
09:00:49 Burling for defendant, ACGME.
09:00:53 MR. ROBBINS: Dave Robbins, Perkins Coie,
09:00:56 for the plaintiff and the witness.
09:01:00 MR. SPROUL: Conrad Sproul, Perkins Coie,
09:01:02 for the plaintiff and the witness.
09:01:03 MR. HUCK: Christopher Huck. I'm the senior
09:01:07 vice president of corporate legal affairs for Sea Mar

09:01:11 Community Health Centers.

09:01:12 TYLER LAWRENCE, called as a witness in the above-entitled cause, being first duly sworn, testified as follows:

EXAMINATION

09:01:12 BY MR. SHAFROTH:
09:01:22 Q Good morning.
09:01:26 A Good morning.
09:01:27 Q Could you state your name and business address for the record, please?
09:01:31 A Tyler Lawrence. My work address is 9710 State Avenue, Marysville Washington, 98270.
09:01:40 Q And who is your current employer?
09:01:42 A Sea Mar Community Health Centers.
09:01:44 Q How long have you been employed by Sea Mar?
09:01:48 A Since 2018, so coming up on eight years.
09:01:51 Q And what is your current title?
09:01:55 A So I wear a few different hats, but medical education officer is probably the one that's most pertinent here.
09:02:04 Q Is that still a title that you hold, even in the absence of a residency program?

10:41:15 [redacted]
10:41:20 [redacted]
10:41:22 [redacted]
10:41:23 [redacted]
10:41:25 [redacted]
10:41:28 [redacted]
10:41:36 [redacted]
10:41:40 [redacted]
10:41:48 [redacted]
10:41:52 [redacted]
10:41:52 [redacted]
10:41:56 [redacted]
10:42:00 [redacted]
10:42:00 [redacted]
10:42:08 [redacted]
10:42:13 [redacted]
10:42:19 [redacted]
10:42:26 [redacted]
10:42:31 [redacted]
10:42:33 [redacted]
10:42:36 [redacted]
10:42:41 [redacted]
10:42:44 [redacted]
10:42:47 [redacted]
10:42:48 [redacted]

10:42:50 [redacted]
10:42:54 [redacted]
10:42:59 [redacted]
10:43:01 [redacted]
10:43:01 [redacted]
10:43:02 [redacted]
10:43:05 [redacted]
10:43:09 [redacted]
10:43:13 [redacted]
10:43:18 [redacted]
10:43:22 [redacted]
10:43:27 [redacted]
10:43:30 [redacted]
10:43:34 [redacted]
10:43:36 [redacted]
10:43:40 [redacted]
10:43:42 [redacted]
10:43:45 [redacted]
10:43:49 [redacted]
10:43:53 [redacted]
10:43:59 [redacted]
10:44:02 [redacted]
10:44:05 [redacted]
10:44:09 [redacted]
10:44:12 [redacted]

10:44:16 [redacted]
10:44:18 [redacted]
10:44:24 [redacted]
10:44:27 [redacted]
10:44:31 [redacted]
10:44:34 [redacted]
10:44:39 [redacted]
10:44:40 [redacted]
10:44:42 [redacted]
10:44:47 [redacted]
10:44:48 [redacted]
10:44:48 [redacted]
10:44:50 [redacted]
10:44:51 [redacted]
10:44:52 [redacted]
10:44:54 [redacted]
10:44:57 [redacted]
10:44:58 [redacted]
10:45:01 [redacted]
10:45:01 [redacted]
10:45:01 [redacted]
10:45:07 [redacted]
10:45:10 [redacted]
10:45:11 [redacted]
10:45:13 [redacted]

10:45:19 [redacted]
10:45:23 [redacted]
10:45:27 [redacted]
10:45:34 [redacted]
10:45:40 [redacted]
10:45:43 [redacted]
10:45:47 [redacted]
10:45:50 [redacted]
10:45:53 [redacted]
10:45:55 [redacted]
10:45:56 [redacted]
10:46:00 [redacted]
10:46:03 [redacted]
10:46:14 [redacted]
10:46:14 [redacted]
10:46:14 [redacted]
10:46:17 [redacted]
10:46:19 [redacted]
10:46:25 [redacted]
10:46:29 [redacted]
10:46:32 [redacted]
10:46:35 [redacted]
10:46:39 [redacted]
10:46:42 [redacted]
10:46:45 [redacted]

10:46:48 [redacted]
10:46:53 [redacted]
10:46:55 [redacted]
10:46:58 [redacted]
10:47:01 [redacted]
10:47:03 [redacted]
10:47:05 [redacted]
10:47:07 [redacted]
10:47:11 [redacted]
10:47:13 [redacted]
10:47:16 [redacted]
10:47:19 [redacted]
10:47:21 [redacted]
10:47:24 [redacted]
10:47:28 [redacted]
10:47:30 [redacted]
10:47:33 [redacted]
10:47:34 [redacted]
10:47:37 [redacted]
10:47:40 [redacted]
10:47:47 [redacted]
10:47:49 [redacted]
10:47:52 [redacted]
10:47:55 [redacted]
10:47:59 [redacted]

11:01:43 [redacted] [redacted]
11:01:47 [redacted]
11:01:51 [redacted]
11:01:52 [redacted] [redacted] [redacted]
11:01:54 [redacted] [redacted]
11:01:59 [redacted]
11:01:59 [redacted] [redacted]
11:02:01 [redacted] [redacted]
11:02:05 [redacted]
11:02:06 [redacted] [redacted] [redacted] [redacted]
11:02:11 [redacted]
11:02:13 [redacted] [redacted]
11:02:13 [redacted] [redacted]
11:02:16 [redacted] [redacted]
11:02:16 [redacted]
11:02:45 [redacted] [redacted]
11:02:50 [redacted]
11:04:04 [redacted]
11:04:05 [redacted] [redacted] [redacted]
11:04:08 [redacted]
11:04:11 [redacted]
11:04:16 [redacted] [redacted] [redacted]
11:04:17 [redacted] [redacted]
11:04:20 [redacted] [redacted]
11:04:58 [redacted]

11:05:03 [redacted]
11:05:05 [redacted]
11:05:08 [redacted]
11:05:08 [redacted]
11:05:10 [redacted]
11:05:13 [redacted]
11:05:15 [redacted]
11:05:16 [redacted]
11:05:17 [redacted]
11:05:23 [redacted]
11:05:25 [redacted]
11:05:28 [redacted]
11:05:32 [redacted]
11:05:34 [redacted]
11:05:34 [redacted]
11:05:35 [redacted]
11:05:37 [redacted]
11:05:40 [redacted]
11:05:42 [redacted]
11:05:48 [redacted]
11:05:50 [redacted]
11:05:53 [redacted]
11:05:55 [redacted]
11:05:59 [redacted]
11:06:03 [redacted]

11:06:06 [redacted]
11:06:09 [redacted]
11:06:12 [redacted]
11:06:14 [redacted]
11:06:18 [redacted]
11:06:18 [redacted]
11:06:18 [redacted]
11:06:19 [redacted]
11:06:23 [redacted]
11:06:27 [redacted]
11:06:29 [redacted]
11:06:32 [redacted]
11:06:34 [redacted]
11:06:37 [redacted]
11:06:40 [redacted]
11:06:43 [redacted]
11:06:47 [redacted]
11:06:47 [redacted]
11:06:50 [redacted]
11:06:53 [redacted]
11:06:55 [redacted]
11:06:58 [redacted]
11:07:00 [redacted]
11:07:01 [redacted]
11:07:05 [redacted]

12:02:25 [redacted]

12:02:28 A Let me read it to check.

12:03:29 MR. SHAFROTH: If the witness is going to read every single word of this document in order to answer that question, I will withdraw the question. I'll just send you an RFA.

12:03:44 Q (Mr. Shafroth continuing.) You see that the title of Exhibit 8 is ACGME Focus Groups?

12:03:56 A Just -- if you're going to ask questions, let me review the document.

12:04:01 Q No, no, no. I'm asking you about, do you see the title there that says, ACGME Focus Groups? Do you see that or not?

12:04:10 A You're asking me questions about the document. Please let me read the document.

12:04:14 Q You can't see the words at the top of the page underlined and in bold?

12:04:19 MR. ROBBINS: You're just asking him about reading the top line?

12:04:23 Q It's a very simple question. I'm surprised there's confusion. Do you not understand the question?

12:04:28 A That's not very nice. Give me just a moment.

12:04:34 Q Here's a new question. Is it impossible for

12:04:38 you to read the top of the page without reading every single other word on this document?
12:04:46 A I would like to read the document before I respond.
12:04:48 Q Okay. But I haven't asked you about anything else in the document. I'm asking you about the title.
12:04:53 MR. ROBBINS: Let me ask a question. Are you going to give him an opportunity to review the document before you ask about the substance?
12:04:59 MR. SHAFROTH: He can read what he needs in order to get context --
12:05:02 THE WITNESS: Thank you.
12:05:02 MR. SHAFROTH: -- for questions that I have not yet asked. But this question requires no context, so I would appreciate an answer to it now. And I'll note that the witness is refusing to answer the question.
12:05:33 MR. ROBBINS: Let me -- he's just asking you to read the first line of the document.
12:05:36 THE WITNESS: And that's it?
12:05:37 MR. ROBBINS: And you can do it.
12:05:39 A Okay. The title is ACGME Focus Groups.
12:05:41 Q Okay. And do you see that the R2s' facilitator is listed as Evan Teplow?

12:08:43 [redacted]
12:08:46 [redacted]
12:08:48 [redacted]
12:08:49 [redacted]
12:08:51 [redacted]
12:08:58 [redacted]
12:09:00 [redacted]
12:09:05 [redacted]
12:09:08 [redacted]
12:09:20 [redacted]
12:09:22 [redacted]
12:09:23 [redacted]
12:09:25 [redacted]
12:09:28 [redacted]
12:09:47 [redacted]
12:09:48 [redacted]
12:09:52 [redacted]
12:09:57 [redacted]
12:10:02 [redacted]
12:10:04 [redacted]
12:10:07 [redacted]
12:10:10 [redacted]
12:10:15 [redacted]
12:10:19 [redacted]
12:10:34 [redacted]

12:12:27 [redacted]
12:12:29 [redacted]
12:12:32 [redacted]
12:12:33 [redacted] [redacted] [redacted]
12:12:35 [redacted] [redacted]
12:12:37 [redacted]
12:12:38 [redacted] [redacted]
12:12:39 [redacted] [redacted] [redacted]
12:12:42 [redacted]
12:12:47 [redacted]
12:12:51 [redacted] [redacted] [redacted]
12:12:55 [redacted]
12:12:58 [redacted] [redacted] [redacted]
12:12:58 [redacted] [redacted] [redacted]
12:12:58 [redacted] [redacted]
12:13:00 [redacted] [redacted]
12:13:00 [redacted] [redacted]
12:13:05 [redacted]
12:13:07 [redacted] [redacted]
12:13:09 [redacted]
12:13:13 [redacted] [redacted]
12:13:18 [redacted]
12:13:24 [redacted]
12:13:28 [redacted] [redacted]
12:13:31 [redacted]

12:26:15 [redacted]
12:26:16 [redacted]
12:26:18 [redacted]
12:26:21 [redacted]
12:26:23 [redacted]
12:26:23 [redacted]
12:26:26 [redacted]
12:26:27 [redacted]
12:26:28 [redacted]
12:26:29 [redacted]
12:26:31 [redacted]
12:26:32 [redacted]
12:26:36 [redacted]
12:26:38 [redacted]
12:26:42 [redacted]
12:26:46 [redacted]
12:26:50 [redacted]
12:26:55 [redacted]
12:26:58 [redacted]
12:27:10 [redacted]
12:27:16 [redacted]
12:27:20 [redacted]
12:27:27 [redacted]
12:27:31 [redacted]
12:27:36 [redacted]

12:27:42 [redacted]
12:27:46 [redacted]
12:27:50 [redacted] [redacted]
12:27:53 [redacted]
12:27:55 [redacted] [redacted]
12:27:57 [redacted] [redacted]
12:27:58 [redacted] [redacted]
12:28:00 [redacted] [redacted] [redacted]
12:28:02 [redacted]
12:28:04 [redacted] [redacted]
12:28:06 [redacted] [redacted]
12:29:10 [redacted] [redacted]
12:29:12 [redacted] [redacted]
12:29:14 [redacted]
12:29:17 [redacted] [redacted]
12:29:19 [redacted] [redacted]
12:29:20 [redacted] [redacted] [redacted]
12:29:22 [redacted]
12:29:25 [redacted] [redacted]
12:29:26 [redacted] [redacted]
12:29:27 [redacted] [redacted] [redacted]
12:29:30 [redacted]
12:29:32 [redacted] [redacted]
12:29:34 [redacted]
12:29:35 [redacted] [redacted]

12:29:36 [redacted]
12:29:39 [redacted]
12:29:39 [redacted]
12:29:41 [redacted]
12:29:44 [redacted]
12:29:47 [redacted]
12:29:48 [redacted]
12:29:48 [redacted]
12:29:50 [redacted]
12:29:54 [redacted]
12:29:56 [redacted]
12:29:58 [redacted]
12:30:00 [redacted]
12:30:02 [redacted]
12:30:05 [redacted]
12:30:07 [redacted]
12:30:08 [redacted]
12:30:13 [redacted]
12:30:22 [redacted]
12:30:26 [redacted]
12:30:32 [redacted]
12:30:36 [redacted]
12:30:39 [redacted]
12:30:43 [redacted]
12:30:47 [redacted]

12:35:59 [redacted]
12:36:05 [redacted]
12:36:09 [redacted]
12:36:10 [redacted]
12:36:12 [redacted]
12:36:16 [redacted]
12:36:20 [redacted]
12:36:23 [redacted]
12:36:26 [redacted]
12:36:30 [redacted]
12:36:32 [redacted]
12:36:35 [redacted]
12:36:38 [redacted]
12:36:41 [redacted]
12:36:43 [redacted]
12:36:45 [redacted]
12:36:48 [redacted]
12:36:55 [redacted]
12:36:59 [redacted]
12:37:03 [redacted]
12:37:06 [redacted]
12:37:11 [redacted]
12:37:17 [redacted]
12:37:21 [redacted]
12:37:22 [redacted]

12:37:25 [redacted]
12:37:30 [redacted]
12:37:31 [redacted]
12:37:34 [redacted]
12:37:36 [redacted]
12:37:39 [redacted]
12:37:41 [redacted]
12:37:44 [redacted]
12:37:47 [redacted]
12:37:49 [redacted]
12:37:54 [redacted]
12:37:56 [redacted]
12:37:59 [redacted]
12:38:02 [redacted]
12:38:03 [redacted]
12:38:08 [redacted]
12:38:10 [redacted]
12:38:15 [redacted]
12:38:20 [redacted]
12:38:23 [redacted]
12:38:25 [redacted]
12:38:30 [redacted]
12:38:33 [redacted]
12:38:36 [redacted]
12:38:40 [redacted]

12:38:45 [redacted]
12:38:48 [redacted]
12:38:51 [redacted]
12:38:53 [redacted]
12:38:58 [redacted]
12:39:00 [redacted]
12:39:04 [redacted]
12:39:10 [redacted]
12:39:12 [redacted]
12:39:15 [redacted]
12:39:18 [redacted]
12:39:23 [redacted]
12:39:26 [redacted]
12:39:28 [redacted]
12:39:30 [redacted]
12:39:34 [redacted]
12:39:38 [redacted]
12:39:45 [redacted]
12:39:49 [redacted]
12:39:53 [redacted]
12:39:55 [redacted]
12:39:59 [redacted]
12:40:01 [redacted]
12:40:06 [redacted]
12:40:09 [redacted]

12:40:18 [redacted]
12:40:22 [redacted]
12:40:26 [redacted]
12:40:27 [redacted]
12:40:29 [redacted]
12:40:31 [redacted]
12:40:34 [redacted]
12:40:36 [redacted]
12:40:38 [redacted]
12:40:40 [redacted]
12:40:42 [redacted]
12:40:44 [redacted]
12:40:44 [redacted]
12:40:46 [redacted]
12:40:47 [redacted]
12:40:48 [redacted]
12:40:52 [redacted]
12:40:53 [redacted]
12:40:54 [redacted]
12:40:56 [redacted]
12:40:57 [redacted]
12:41:00 [redacted]
12:41:01 [redacted]
12:41:03 [redacted]
12:41:06 [redacted]

[redacted]

[redacted]

12:43:55 [redacted]
12:43:57 [redacted]
12:43:59 [redacted]
12:44:02 [redacted]
12:44:03 [redacted]
12:44:25 [redacted]
12:44:29 [redacted]
12:44:31 [redacted]
12:45:01 [redacted]
12:45:04 [redacted]
12:45:07 [redacted]
12:45:11 [redacted]
12:45:13 [redacted]
12:45:16 [redacted]
12:45:20 [redacted]
12:45:21 [redacted]
12:45:24 [redacted]
12:45:27 [redacted]
12:45:29 [redacted]
12:45:36 [redacted]
12:45:38 [redacted]
12:45:43 [redacted]
12:45:48 [redacted]
12:45:58 [redacted]
12:46:02 [redacted]

12:46:06 [redacted] [redacted]
12:46:08 [redacted]
12:46:13 [redacted] [redacted]
12:46:28 [redacted] [redacted]
12:46:51 [redacted]
12:46:57 [redacted]
12:47:02 [redacted] [redacted] [redacted]
12:47:05 [redacted]
12:47:05 [redacted] [redacted]
12:47:08 [redacted]
12:47:11 [redacted] [redacted]
12:49:22 [redacted]
12:49:25 [redacted]
12:49:28 [redacted] [redacted]
12:49:30 [redacted] [redacted]
12:49:36 [redacted] [redacted]
12:49:37 [redacted] [redacted]
12:49:38 [redacted] [redacted]
12:49:40 [redacted]
12:49:42 [redacted] [redacted] [redacted]
12:49:44 [redacted]
12:49:47 [redacted]
12:49:48 [redacted] [redacted] [redacted]
12:49:52 [redacted]
12:49:53 [redacted] [redacted]

12:49:56 [redacted]
12:50:31 [redacted]
12:50:34 [redacted]
12:50:39 [redacted]
12:50:45 [redacted]
12:50:50 [redacted]
12:50:53 [redacted]
12:50:56 [redacted]
12:51:06 [redacted]
12:51:09 [redacted]
12:51:14 [redacted]
12:51:15 [redacted]
12:51:17 [redacted]
12:51:18 [redacted]
12:51:20 [redacted]
12:51:23 [redacted]
12:51:26 [redacted]
12:51:26 [redacted]
12:51:32 [redacted]
12:51:34 [redacted]
12:51:34 [redacted]
12:51:38 [redacted]
12:51:42 [redacted]
12:51:42 [redacted]
12:51:44 [redacted]

12:51:48 [redacted] [redacted] [redacted]
12:51:51 [redacted] [redacted]
12:51:56 [redacted]
12:51:56 [redacted] [redacted]
12:51:57 [redacted] [redacted] [redacted]
12:52:00 [redacted]
12:52:02 [redacted] [redacted]
12:52:07 [redacted]
12:52:12 [redacted] [redacted]
12:52:16 [redacted]
12:52:18 [redacted]
12:52:22 [redacted] [redacted]
12:52:25 [redacted]
12:52:28 [redacted] [redacted] [redacted]
12:52:32 [redacted]
12:52:33 [redacted]
12:52:36 [redacted] [redacted]
12:52:38 [redacted] [redacted]
12:52:42 [redacted]
12:52:45 [redacted] [redacted]
12:52:48 [redacted]
12:52:51 [redacted] [redacted]
12:52:54 [redacted] [redacted]
12:52:56 [redacted] [redacted] [redacted]
12:53:02 [redacted]

12:53:04 [redacted]
12:53:07 [redacted]
12:53:09 [redacted]
12:53:13 [redacted]
12:53:17 [redacted]
12:53:19 [redacted]
12:53:23 [redacted]
12:53:26 [redacted]
12:53:32 [redacted]
12:53:35 [redacted]
12:53:41 [redacted]
12:53:44 [redacted]
12:53:47 [redacted]
12:53:51 [redacted]
12:53:55 [redacted]
12:53:59 [redacted]
12:54:03 [redacted]
12:54:05 [redacted]
12:54:11 [redacted]
12:54:13 [redacted]
12:54:16 [redacted]
12:54:19 [redacted]
12:54:25 [redacted]
12:54:27 [redacted]
12:54:30 [redacted]

nonresponsive.
MR. ROBBINS: You can simply say, motion to strike.
Q Do you understand that this deposition is my opportunity to ask you the questions that I choose to ask and get answers to those today?
A I'm giving you answers so that you can understand the program.
Q Do you understand that this is not your opportunity to argue with me or make Sea Mar's case? You will have an opportunity to present whatever testimony your lawyers want you to present at trial. I'm not asking these questions, and you're not answering my questions.
A You're asking me what I think about things.
Q I'm going to ask you the question that I asked before, and I want you to actually answer it this time. Don't give me a speech about board passage rates, gold standard, or make arguments about how no one could objectively disagree with you. Okay? Just answer the question.
It's correct, isn't it, that residents are supposed to get feedback from faculty?
A Yes. Residents got feedback from faculty.
Q Okay. You have answered the question.

Thank you. Residents are supposed to get a whole lot more feedback than six feedbacks over a two-year period, aren't they?

MR. ROBBINS: Object to the form of the question. Vague. No foundation.

A Yeah. Because -- because --

Q Listen, I'm not asking whether you -- I'm not asking you to vouch for whether what this person said is true or accurate, which is what you keep trying to do. I'm just asking the question. Residents are supposed to get a lot more than six feedbacks over a two-year period, aren't they?

MR. ROBBINS: Object to the form of the question. Vague. And just so we're clear, I think you're missing from the witness as he's testifying as to the question is what is feedback in this context.

MR. SHAFROTH: I didn't ask that question.

MR. ROBBINS: I understand that.

MR. SHAFROTH: I appreciate --

MR. ROBBINS: That's where there's a disconnect.

MR. SHAFROTH: -- no coaching of the witness.

MR. ROBBINS: I'm not trying to coach the witness. I'm trying to get you to understand what the

witness is saying.
MR. SHAFROTH: I hope you will have a discussion with your witness over lunch break about answering questions because he's going to be back here for a full day again.
Q (Mr. Shafroth continuing.) Residents are supposed to get a lot more than six feedbacks over a two-year period, aren't they?
MR. ROBBINS: Asked and answered.
A Supposed to according to whom? Even the ACGME doesn't have even a benchmark. If they want to say six feedbacks is the gold standard, great, fantastic. Again, I think it's good they give resident feedback. There's a difference between what residents perceive as feedback and they -- they might not think something's feedback, but it is. They're shades -- I know you have a very pointed question, but the -- it doesn't quite -- I'm trying to give you good answer to what you're trying to ask.
Q I don't want you to analyze what you think I'm actually trying to get to. I just want you to answer the actual questions. Okay? If there's something else you want to talk about, your lawyers can elicit that testimony from you at trial.
MR. ROBBINS: Why don't we -- it's three

12:58:04 [redacted] [redacted]
12:58:06 [redacted]
12:58:11 [redacted]
12:58:13 [redacted] [redacted]
12:58:15 [redacted] [redacted]
12:58:17 [redacted]
12:58:18 [redacted]
01:54:45
01:58:44 [redacted] [redacted]
01:58:46 [redacted]
01:58:48 [redacted] [redacted] [redacted]
01:58:55 [redacted]
01:58:58 [redacted] [redacted]
01:58:59 [redacted] [redacted] [redacted]
01:59:03 [redacted] [redacted]
01:59:08 [redacted]
01:59:12 [redacted]
01:59:13 [redacted] [redacted] [redacted]
01:59:13 [redacted]
01:59:15 [redacted] [redacted]
01:59:26 [redacted] [redacted]
01:59:28 [redacted]
01:59:30 [redacted] [redacted]
01:59:32 [redacted]
01:59:35 [redacted] [redacted]

01:59:37 [redacted]
01:59:39 [redacted]
01:59:42 [redacted] [redacted] [redacted]
01:59:44 [redacted]
01:59:45 [redacted] [redacted] [redacted]
01:59:49 [redacted]
01:59:52 [redacted]
01:59:54 [redacted] [redacted]
01:59:55 [redacted] [redacted]
01:59:58 [redacted] [redacted]
02:00:02 [redacted]
02:00:03 [redacted] [redacted]
02:00:06 [redacted]
02:00:09 [redacted]
02:00:10 [redacted] [redacted]
02:00:15 [redacted] [redacted] [redacted]
02:00:17 [redacted]
02:00:19 [redacted] [redacted]
02:00:21 [redacted]
02:00:25 [redacted] [redacted]
02:00:27 [redacted] [redacted]
02:00:27 [redacted] [redacted] [redacted]
02:00:29 [redacted]
02:00:33 [redacted]
02:00:35 [redacted] [redacted] [redacted]

02:00:36 [redacted]
02:00:38 [redacted]
02:00:43 [redacted]
02:00:46 [redacted]
02:00:50 [redacted]
02:00:56 [redacted]
02:00:59 [redacted]
02:01:02 [redacted]
02:01:06 [redacted]
02:01:06 [redacted]
02:01:10 [redacted]
02:01:14 [redacted]
02:01:18 [redacted]
02:01:22 [redacted]
02:01:24 [redacted]
02:01:29 [redacted]
02:01:32 [redacted]
02:01:34 [redacted]
02:01:38 [redacted]
02:01:40 [redacted]
02:01:45 [redacted]
02:01:47 [redacted]
02:01:49 [redacted]
02:01:49 [redacted]
02:01:51 [redacted]

02:01:55 [redacted]
02:01:59 [redacted]
02:02:00 [redacted]
02:02:01 [redacted]
02:02:03 [redacted]
02:02:07 [redacted]
02:02:10 [redacted]
02:02:12 [redacted]
02:02:13 [redacted]
02:02:14 [redacted]
02:02:17 [redacted]
02:02:17 [redacted]
02:02:21 [redacted]
02:02:26 [redacted]
02:02:34 [redacted]
02:02:38 [redacted]
02:02:44 [redacted]
02:02:49 [redacted]
02:02:53 [redacted]
02:02:57 [redacted]
02:03:01 [redacted]
02:03:04 [redacted]
02:03:07 [redacted]
02:03:10 [redacted]
02:03:15 [redacted]

02:08:16 under number 8 is multiple third-year residents expressing concern about a lack of feedback that they're getting, right?
02:08:27 MR. ROBBINS: Object to the form. No foundation.
02:08:48 A Their comments are varied. Preceptors are helpful in this aspect, giving feedback. They want more feedback in -- specialty feedback, we get into, like, exactly what they're looking at. Looks like there's not enough time to do evaluations. Responses are varied. Again, are we trying to take this -- take this as a whole to figure out how we can make the program better? Yes. And we absolutely did that.
02:09:21 Q More than one of these responses is expressing concern about a lack of perceived feedback; isn't that accurate?
02:09:29 A I'm not sure if this was one resident or multiple residents.
02:09:34 Q It's multiple responses in any event, correct?
02:09:39 A Looks like multiple responses. Who they're from -- again, we made it anonymous. I'm not sure. Again, the wholehearted thing that we took from this is -- this is -- this was in a sense a quality improvement project for the program. I know it's

different than patient care, but we're asking these questions to figure out how we can do better, and we did. We implemented the plan based on this.
Q Okay. I'll move to strike all of that answer after "looks like multiple responses".
[redacted]

02:11:43 [redacted]
02:11:45 [redacted]
02:11:49 [redacted]
02:11:50 [redacted]
02:11:52 [redacted]
02:11:52 [redacted]
02:11:54 [redacted]
02:11:56 [redacted]
02:12:00 [redacted]
02:12:02 [redacted]
02:12:06 [redacted]
02:12:10 [redacted]
02:12:12 [redacted]
02:12:12 [redacted]
02:12:14 [redacted]
02:12:18 [redacted]
02:12:21 [redacted]
02:12:24 [redacted]
02:12:26 [redacted]
02:12:29 [redacted]
02:12:32 [redacted]
02:12:37 [redacted]
02:12:41 [redacted]
02:12:46 [redacted]
02:12:48 [redacted]

02:17:27 [redacted]
02:17:32 [redacted]
02:17:35 [redacted]
02:17:39 [redacted]
02:17:41 [redacted]
02:17:44 [redacted]
02:17:48 [redacted]
02:17:52 [redacted]
02:17:52 [redacted]
02:17:53 [redacted]
02:17:57 [redacted]
02:18:00 [redacted]
02:18:06 [redacted]
02:18:10 [redacted]
02:18:10 [redacted]
02:18:17 [redacted]
02:18:19 [redacted]
02:18:24 [redacted]
02:18:28 [redacted]
02:18:30 [redacted]
02:18:33 [redacted]
02:18:39 [redacted]
02:18:44 [redacted]
02:18:47 [redacted]
02:18:52 [redacted]

02:18:56 [redacted]
02:18:58 [redacted]
02:19:00 [redacted]
02:19:01 [redacted]
02:19:04 [redacted]
02:19:11 [redacted]
02:19:12 [redacted]
02:19:13 [redacted]
02:19:17 [redacted]
02:19:20 [redacted]
02:19:26 [redacted]
02:19:29 [redacted]
02:19:54 [redacted]
02:19:57 [redacted]
02:19:59 [redacted]
02:20:03 [redacted]
02:20:05 [redacted]
02:20:07 [redacted]
02:20:12 [redacted]
02:20:14 [redacted]
02:20:16 [redacted]
02:20:17 [redacted]
02:20:28 [redacted]
02:20:30 [redacted]
02:20:33 [redacted]

02:20:38 [redacted]
02:20:41 [redacted]
02:20:48 [redacted]
02:20:55 [redacted]
02:21:01 [redacted]
02:21:09 [redacted]
02:21:12 [redacted]
02:21:22 [redacted]
02:21:25 [redacted]
02:21:26 [redacted]
02:21:31 [redacted]
02:21:35 [redacted]
02:21:38 [redacted]
02:21:40 [redacted]
02:21:42 [redacted]
02:21:49 [redacted]
02:21:52 [redacted]
02:22:01 [redacted]
02:22:10 [redacted]
02:22:12 [redacted]
02:22:14 [redacted]
02:22:18 [redacted]
02:22:22 [redacted]
02:22:26 [redacted]
02:22:28 [redacted]

02:22:32 [redacted]
02:22:37 [redacted]
02:22:39 [redacted]
02:22:43 [redacted]
02:22:46 [redacted]
02:22:49 [redacted]
02:22:53 [redacted]
02:22:56 [redacted]
02:23:00 [redacted]
02:23:03 [redacted]
02:23:04 [redacted]
02:23:05 [redacted]
02:23:06 [redacted]
02:23:07 [redacted]
02:23:11 [redacted]
02:23:17 [redacted]
02:23:21 [redacted]
02:23:24 [redacted]
02:23:32 [redacted]
02:23:35 [redacted]
02:23:38 [redacted]
02:23:41 [redacted]
02:23:46 [redacted]
02:23:46 [redacted]
02:23:54 [redacted]

02:26:53 [redacted]
02:26:56 [redacted]
02:26:57 [redacted]
02:27:01 [redacted]
02:27:03 [redacted]
02:27:07 [redacted]
02:27:10 [redacted]
02:27:14 [redacted]
02:27:17 [redacted]
02:27:19 [redacted]
02:27:22 [redacted]
02:27:23 [redacted]
02:27:26 [redacted]
02:27:31 [redacted]
02:27:34 [redacted]
02:27:41 [redacted]
02:27:45 [redacted]
02:27:48 [redacted]
02:27:51 [redacted]
02:27:55 [redacted]
02:27:58 [redacted]
02:28:02 [redacted]
02:28:04 [redacted]
02:28:07 [redacted]
02:28:09 [redacted]

02:28:12 [redacted]
02:28:14 [redacted]
02:28:17 [redacted]
02:28:19 [redacted] [redacted]
02:28:20 [redacted]
02:28:23 [redacted]
02:28:27 [redacted] [redacted]
02:28:30 [redacted]
02:28:34 [redacted]
02:28:37 [redacted] [redacted]
02:28:39 [redacted] [redacted]
02:28:40 [redacted] [redacted]
02:28:42 [redacted] [redacted]
02:28:43 [redacted] [redacted]
02:28:55 [redacted] [redacted]
02:28:57 [redacted]
02:29:01 [redacted] [redacted]
02:29:03 [redacted] [redacted] [redacted]
02:29:23 [redacted]
02:29:28 [redacted]
02:29:34 [redacted]
02:29:38 [redacted]
02:29:39 [redacted] [redacted] [redacted]
02:29:40 [redacted] [redacted]
02:29:43 [redacted] [redacted] [redacted]

02:29:45 [redacted]
02:29:48 [redacted]
02:29:52 [redacted]
02:29:55 [redacted]
02:29:58 [redacted]
02:30:01 [redacted]
02:30:04 [redacted]
02:30:07 [redacted]
02:30:11 [redacted]
02:30:13 [redacted]
02:30:14 [redacted]
02:30:21 [redacted]
02:30:23 [redacted]
02:30:28 [redacted]
02:30:30 [redacted]
02:30:33 [redacted]
02:30:36 [redacted]
02:30:38 [redacted]
02:30:40 [redacted]
02:30:44 [redacted]
02:30:48 [redacted]
02:30:50 [redacted]
02:30:51 [redacted]
02:30:53 [redacted]
02:30:56 [redacted]

03:02:26 [redacted]
03:02:29 [redacted]
03:02:32 [redacted]
03:02:34 [redacted]
03:02:39 [redacted]
03:02:41 [redacted]
03:02:51 [redacted]
03:02:59 [redacted]
03:03:05 [redacted]
03:03:07 [redacted]
03:03:10 [redacted]
03:03:12 [redacted]
03:03:19 [redacted]
03:03:21 [redacted]
03:03:23 [redacted]
03:03:26 [redacted]
03:03:26 [redacted]
03:03:31 [redacted]
03:03:35 [redacted]
03:03:38 [redacted]
03:03:41 [redacted]
03:03:43 [redacted]
03:03:46 [redacted]
03:03:49 [redacted]
03:03:50 [redacted]

03:03:54 [redacted]
03:04:00 [redacted]
03:04:03 [redacted] [redacted]
03:04:04 [redacted]
03:04:12 [redacted] [redacted] [redacted]
03:04:14 [redacted] [redacted]
03:04:20 [redacted]
03:04:22 [redacted] [redacted]
03:04:28 [redacted] [redacted] [redacted]
03:04:30 [redacted]
03:04:32 [redacted] [redacted] [redacted]
03:04:38 [redacted] [redacted] [redacted]
03:04:44 [redacted]
03:04:49 [redacted]
03:04:55 [redacted]
03:04:58 [redacted]
03:05:01 [redacted] [redacted]
03:05:06 [redacted]
03:05:11 [redacted] [redacted]
03:05:14 [redacted]
03:05:20 [redacted]
03:05:22 [redacted] [redacted] [redacted]
03:05:29 [redacted] [redacted]
03:05:32 [redacted]
03:05:36 [redacted] [redacted]

03:05:39 [redacted]
03:05:42 [redacted]
03:05:45 [redacted]
03:05:45 [redacted]
03:05:48 [redacted]
03:05:52 [redacted]
03:05:55 [redacted]
03:06:00 [redacted]
03:06:07 [redacted]
03:06:12 [redacted]
03:06:17 [redacted]
03:06:21 [redacted]
03:06:24 [redacted]
03:06:27 [redacted]
03:06:30 [redacted]
03:06:35 [redacted]
03:06:39 [redacted]
03:06:43 [redacted]
03:06:44 [redacted]
03:06:50 [redacted]
03:06:51 [redacted]
03:06:54 [redacted]
03:07:05 [redacted]
03:07:06 [redacted]
03:07:07 [redacted]

03:07:13 [redacted]
03:07:14 [redacted]
03:07:17 [redacted]
03:07:27 [redacted]
03:07:28 [redacted]
03:07:30 [redacted]
03:07:32 [redacted]
03:07:49 [redacted]
03:07:50 [redacted]
03:07:52 [redacted]
03:07:53 [redacted]
03:07:55 [redacted]
03:07:57 [redacted]
03:08:01 [redacted]
03:08:02 [redacted]
03:08:05 [redacted]
03:08:12 [redacted]
03:08:13 [redacted]
03:08:15 [redacted]
03:08:18 [redacted]
03:08:21 [redacted]
03:08:28 [redacted]
03:08:35 [redacted]
03:08:36 [redacted]
03:08:42 [redacted]

03:08:44 [redacted]
03:08:46 [redacted]
03:08:49 [redacted]
03:08:52 [redacted]
03:08:55 [redacted]
03:08:57 [redacted]
03:09:02 [redacted]
03:09:03 [redacted]
03:09:07 [redacted]
03:09:12 [redacted]
03:09:14 [redacted]
03:09:17 [redacted]
03:09:21 [redacted]
03:09:25 [redacted]
03:09:28 [redacted]
03:09:29 [redacted]
03:09:29 [redacted]
03:09:32 [redacted]
03:09:34 [redacted]
03:09:36 [redacted]
03:09:38 [redacted]
03:09:42 [redacted]
03:09:48 [redacted]
03:09:51 [redacted]
03:09:55 [redacted]

03:09:58 [redacted]
03:10:01 [redacted]
03:10:12 [redacted]
03:10:17 [redacted]
03:10:19 [redacted]
03:10:25 [redacted]
03:10:30 [redacted]
03:10:33 [redacted]
03:10:36 [redacted]
03:10:40 [redacted]
03:10:45 [redacted]
03:10:48 [redacted]
03:10:50 [redacted]
03:10:51 [redacted]
03:10:53 [redacted]
03:10:55 [redacted]
03:11:00 [redacted]
03:11:03 [redacted]
03:11:04 [redacted]
03:11:05 [redacted]
03:11:06 [redacted]
03:11:09 [redacted]
03:11:10 [redacted]
03:29:08 [redacted]
03:29:10 [redacted]

03:34:16 [redacted] [redacted] [redacted]
03:34:20 [redacted]
03:34:23 [redacted]
03:34:26 [redacted]
03:34:30 [redacted] [redacted]
03:34:32 [redacted] [redacted]
03:34:37 [redacted] [redacted]
03:34:40 [redacted] [redacted]
03:34:42 [redacted]
03:34:46 [redacted]
03:34:50 [redacted]
03:34:50 [redacted] [redacted] [redacted]
03:34:52 [redacted]
03:34:59 [redacted] [redacted] [redacted] [redacted]
03:35:05 [redacted] [redacted]
03:35:08 [redacted] [redacted]
03:35:11 [redacted]
03:35:15 [redacted]
03:35:19 [redacted] [redacted]
03:35:21 [redacted] [redacted] [redacted]
03:35:23 [redacted]
03:35:27 [redacted] [redacted]
03:35:30 [redacted]
03:35:37 [redacted]
03:35:38 [redacted] [redacted]

03:35:41 [redacted]
03:35:45 [redacted]
03:35:48 [redacted]
03:35:51 [redacted]
03:35:54 [redacted]
03:35:57 [redacted]
03:36:01 [redacted]
03:36:04 [redacted]
03:36:09 [redacted]
03:36:10 [redacted]
03:36:11 [redacted]
03:36:12 [redacted]
03:36:16 [redacted]
03:36:21 [redacted]
03:36:24 [redacted]
03:36:34 [redacted]
03:36:36 [redacted]
03:36:39 [redacted]
03:36:44 [redacted]
03:36:47 [redacted]
03:36:51 [redacted]
03:36:59 [redacted]
03:37:02 [redacted]
03:37:03 [redacted]
03:37:30 [redacted]

03:37:39 [redacted]
03:37:43 [redacted]
03:37:51 [redacted]
03:37:54 [redacted]
03:38:00 [redacted]
03:38:03 [redacted]
03:38:04 [redacted]
03:38:06 [redacted]
03:38:07 [redacted]
03:38:09 [redacted]
03:38:13 [redacted]
03:38:17 [redacted]
03:38:21 [redacted]
03:38:25 [redacted]
03:38:29 [redacted]
03:38:32 [redacted]
03:38:35 [redacted]
03:38:39 [redacted]
03:38:42 [redacted]
03:38:45 [redacted]
03:38:47 [redacted]
03:38:55 [redacted]
03:38:56 [redacted]
03:39:03 [redacted]
03:39:06 [redacted]

03:40:32 [redacted]
03:40:36 [redacted]
03:40:39 [redacted]
03:40:42 [redacted]
03:40:43 [redacted]
03:40:45 [redacted]
03:40:45 [redacted]
03:40:46 [redacted]
03:40:48 [redacted]
03:40:51 [redacted]
03:40:52 [redacted]
03:40:52 [redacted]
03:40:55 [redacted]
03:40:58 [redacted]
03:41:01 [redacted]
03:41:05 [redacted]
03:41:08 [redacted]
03:41:09 [redacted]
03:41:11 [redacted]
03:41:14 [redacted]
03:41:26 [redacted]
03:41:29 [redacted]
03:41:31 [redacted]
03:41:33 [redacted]
03:41:36 [redacted]

03:41:40 [redacted]
03:41:46 [redacted]
03:41:48 [redacted]
03:41:51 [redacted]
03:41:54 [redacted]
03:41:57 [redacted]
03:42:02 [redacted]
03:42:05 [redacted]
03:42:07 [redacted]
03:42:09 [redacted]
03:42:11 [redacted]
03:42:12 [redacted]
03:42:14 [redacted]
03:42:16 [redacted]
03:42:18 [redacted]
03:42:21 [redacted]
03:42:24 [redacted]
03:42:28 [redacted]
03:42:30 [redacted]
03:42:31 [redacted]
03:42:32 [redacted]
03:42:35 [redacted]
03:42:39 [redacted]
03:42:41 [redacted]
03:42:44 [redacted]

03:42:46 A If you're saying the entire program -- the
03:42:48 entire Sea Mar program is encompassed in one survey,
03:42:52 response from one resident, that's not --
03:42:53 Q I don't know what you're talking about. I'm
03:42:55 asking about a particular response. This is the
03:42:57 discussion we had before the break. Right? Your job
03:43:00 is not to try and decipher why it is that I'm asking
03:43:03 the questions that I'm asking and provide some
03:43:05 argument about why I shouldn't be asking them or what
03:43:08 I have wrong. Your job is to answer the questions,
03:43:10 and you're under oath to do that. So I want you to
03:43:13 focus on my actual question. Don't give a speech that
03:43:17 your lawyers want you to give or that your boss wants
03:43:20 you to give. Just answer the question. Can you do
03:43:22 that?
03:43:23 MR. ROBBINS: Counsel, that's -- don't
03:43:25 berate the witness, A. Second, counsel, if you look
03:43:28 at the document carefully, I believe you're
03:43:31 misunderstanding what the witness is saying. And I'm
03:43:35 not going to give his testimony for him, but read the
03:43:39 document again.
03:43:43 Q Can you point me to anything anywhere in
03:43:45 this response where this resident, respondent number
03:43:48 5, said that they had protected didactic time?
03:43:59 MR. ROBBINS: Counsel -- withdraw the

[redacted]

03:48:01 [redacted]
03:48:03 [redacted]
03:48:07 [redacted]
03:48:11 [redacted]
03:48:14 [redacted]
03:48:17 [redacted]
03:48:18 [redacted]
03:48:19 [redacted]
03:48:20 [redacted]
03:48:22 [redacted]
03:48:25 [redacted]
03:48:28 [redacted]
03:48:29 [redacted]
03:48:30 [redacted]
03:48:32 [redacted]
03:48:34 [redacted]
03:48:37 [redacted]
03:48:41 [redacted]
03:48:44 [redacted]
03:48:48 [redacted]
03:48:52 [redacted]
03:48:57 [redacted]
03:48:58 [redacted]
03:49:02 [redacted]
03:49:06 [redacted]

03:49:09 [redacted]
03:49:13 [redacted]
03:49:15 [redacted]
03:49:20 [redacted]
03:49:22 [redacted]
03:49:25 [redacted]
03:49:29 [redacted]
03:49:34 [redacted]
03:49:35 [redacted]
03:49:38 [redacted]
03:49:43 [redacted]
03:49:46 [redacted]
03:49:51 [redacted]
03:50:01 [redacted]
03:50:05 [redacted]
03:50:09 [redacted]
03:50:11 [redacted]
03:50:14 [redacted]
03:50:15 [redacted]
03:50:16 [redacted]
03:50:16 [redacted]
03:50:19 [redacted]
03:50:21 [redacted]
03:50:23 [redacted]
03:50:29 [redacted]

03:52:00 Q Did I read the words correctly?
03:52:01 A -- that apparently somebody spread a rumor that faculty aren't comfortable running the -- the -- our inpatient medicine service. I think they have decades of experience doing that, or other ones are new grads that were just trained in the residency program to perform that service. You read that there's a rumor that -- we were getting this feedback from residents to try to -- to try to correct. Our faculty were fully credentialed by Providence. Providence, enormous health system. They know what they're doing. So you're picking up on rumors that, yeah, were running around. Sure.
03:52:43 Q Move to strike as nonresponsive. I read that correctly, didn't I? That was my question.
03:52:49 A Am I allowed to give a full answer?
03:52:51 Q The full answer is yes or no. Give one of those answers, please.
03:52:55 MR. ROBBINS: He's entitled to give the answer to the question as he understands it. And the suggestion that somehow -- he's speaking specifically to the language --
03:53:05 MR. SHAFROTH: I don't need your testimony, Mr. Robbins.
03:53:07 MR. ROBBINS: What I'm saying --

03:53:10 MR. SHAFROTH: I'm sure you would be a much better witness than the one we have here. But the question is just, did I read that correctly?

03:53:15 MR. ROBBINS: Counsel, be respectful to the witness.

03:53:18 MR. SHAFROTH: The witness is not being respectful of the process and has not been respectful of the process all day.

03:53:24 MR. ROBBINS: I'm going to --

03:53:24 MR. SHAFROTH: I've done this for over 20 years. I never had a less cooperative witness than the one who's sitting here today. This is absurd.

03:53:42 MR. ROBBINS: What is your -- is there a question pending?

03:53:44 Q (Mr. Shafroth continuing.) Do you need the question again?

03:53:47 A After that back and forth, yes, please.

03:53:48 Q Yeah. The question is, did I read that paragraph correctly?

03:53:55 MR. ROBBINS: If you remember.

03:53:58 A You read the paragraph.

03:54:02 Q Okay. What's MHT?

03:54:09 A I don't remember exactly what the acronym is, but it was a, I recall, inpatient medicine service at Providence. I don't remember who runs it exactly

[redacted]

04:01:22 [redacted]
04:01:26 [redacted]
04:01:29 [redacted]
04:01:31 [redacted]
04:01:35 [redacted]
04:01:37 [redacted]
04:01:39 [redacted]
04:01:41 [redacted]
04:01:43 [redacted]
04:01:46 [redacted]
04:01:51 [redacted]
04:01:53 [redacted]
04:01:56 [redacted]
04:01:58 [redacted]
04:01:59 [redacted]
04:02:02 [redacted]
04:02:04 [redacted]
04:02:07 [redacted]
04:02:07 [redacted]
04:02:08 [redacted]
04:02:12 [redacted]
04:02:13 [redacted]
04:02:19 [redacted]
04:02:24 [redacted]
04:02:26 [redacted]

04:13:51 [redacted]
04:13:52 [redacted]
04:13:54 [redacted]
04:13:56 [redacted]
04:13:57 [redacted]
04:14:00 [redacted]
04:14:01 [redacted]
04:14:05 [redacted]
04:14:07 [redacted]
04:14:16 [redacted]
04:14:20 [redacted]
04:14:24 [redacted]
04:14:29 [redacted]
04:14:30 [redacted]
04:14:34 [redacted]
04:14:38 [redacted]
04:14:38 [redacted]
04:14:42 [redacted]
04:14:42 [redacted]
04:15:34 [redacted]
04:15:34 [redacted]
04:15:36 [redacted]
04:15:39 [redacted]
04:15:43 [redacted]
04:15:45 [redacted]

04:15:50 [redacted]
04:15:56 [redacted]
04:15:58 [redacted]
04:16:00 [redacted]
04:16:01 [redacted]
04:16:04 [redacted]
04:16:08 [redacted]
04:16:11 [redacted]
04:16:16 [redacted]
04:16:19 [redacted]
04:16:22 [redacted]
04:16:25 [redacted]
04:16:27 [redacted]
04:16:29 [redacted]
04:16:32 [redacted]
04:16:34 [redacted]
04:16:37 [redacted]
04:16:40 [redacted]
04:16:43 [redacted]
04:16:44 [redacted]
04:16:52 [redacted]
04:16:55 [redacted]
04:16:59 [redacted]
04:17:02 [redacted]
04:17:05 [redacted]

04:26:08 [redacted]
04:26:12 [redacted]
04:26:15 [redacted]
04:26:28 [redacted]
04:26:32 [redacted]
04:26:34 [redacted]
04:26:38 [redacted]
04:26:39 [redacted]
04:26:42 [redacted]
04:26:48 [redacted]
04:26:51 [redacted]
04:26:57 [redacted]
04:26:58 [redacted]
04:27:05 [redacted]
04:27:14 [redacted]
04:27:19 [redacted]
04:27:27 [redacted]
04:27:31 [redacted]
04:27:32 [redacted]
04:27:35 [redacted]
04:27:37 [redacted]
04:27:41 [redacted]
04:27:44 [redacted]
04:27:46 [redacted]
04:27:51 [redacted]

04:28:03 [redacted]
04:28:05 [redacted]
04:28:09 [redacted]
04:28:12 [redacted]
04:28:15 [redacted]
04:28:17 [redacted]
04:28:20 [redacted]
04:28:25 [redacted]
04:28:30 [redacted]
04:28:32 [redacted]
04:28:36 [redacted]
04:28:40 [redacted]
04:28:44 [redacted]
04:28:48 [redacted]
04:28:51 [redacted]
04:28:55 [redacted]
04:28:59 [redacted]
04:29:02 [redacted]
04:29:06 [redacted]
04:29:08 [redacted]
04:29:10 [redacted]
04:29:13 [redacted]
04:29:19 [redacted]
04:29:22 [redacted]
04:29:25 [redacted]

04:29:30 [redacted]
04:29:32 [redacted]
04:29:35 [redacted]
04:29:38 [redacted]
04:29:41 [redacted]
04:29:46 [redacted]
04:29:49 [redacted]
04:29:56 [redacted]
04:29:59 [redacted]
04:30:02 [redacted]
04:30:03 [redacted]
04:30:05 [redacted]
04:30:08 [redacted]
04:30:11 [redacted]
04:30:16 [redacted]
04:30:17 [redacted]
04:30:20 [redacted]
04:30:25 [redacted]
04:30:28 [redacted]
04:30:29 [redacted]
04:30:32 [redacted]
04:30:35 [redacted]
04:30:38 [redacted]
04:30:39 [redacted]
04:30:39 [redacted]

06:12:04 stop right now?

06:12:06 MR. ROBBINS: Again, you know, yes. That is my position. And I will just explain for the record that, when I asked -- I gave your counsel -- graciously gave your counsel additional time to cross-examine your witnesses. And then I asked to -- if I was -- if I was afforded the opportunity to give essentially redirect of your witnesses, I was told no.

06:12:36 So, you know, this is a "what's good for the goose is good for the gander" type of arrangement. We talked about -- the rules stipulate seven hours. We've given you seven hours. And certainly if you want to address your concerns to the Court, we are happy to respond to them. So I don't see a reason, unless you have some compelling reason at this juncture why you need to go further, which I haven't heard thus far why we should extend beyond this time. We have a tired court reporter, tired videographer, tired witness, tired counsel probably on both sides of this, and tired clients. So I suggest we adjourn.

06:13:21 MR. SHAFROTH: Okay. So we can adjourn for the day. My position is the deposition remains open. We will be seeking relief from the Court. And I think I've made my reasoning clear, and the record stands for itself. But just to be clear, there's a

06:13:40 combination of the witness reading every word of
06:13:44 documents in order to answer questions about one
06:13:48 portion of them, and the thing that took up even more
06:13:52 time was a series of nonresponsive speeches that were
06:13:56 given in response to simple yes/no questions. But we
06:13:59 have a transcript. We'll submit the relevant
06:14:02 portions, and we will each present our positions to
06:14:05 the Court and --
06:14:07 MR. ROBBINS: I completely disagree with
06:14:08 that.
06:14:08 MR. SHAFROTH: -- the Court will decide.
06:14:11 MR. ROBBINS: I agree with that, and -- I
06:14:13 agree with your letting the Court decide, not agreeing
06:14:15 with your characterization of my client's activity
06:14:17 here. And just for the record, you know, again, much
06:14:20 of this deposition was spent trying to get this
06:14:23 witness to speak to documents that appear to be
06:14:27 hearsay upon hearsay upon hearsay upon hearsay and
06:14:30 getting then that witness to actually just read what
06:14:34 was written in the documents. It didn't seem like a
06:14:38 particularly productive use of deposition time.
06:14:41 Thank you for your kind consideration,
06:14:43 videographer, court reporter, counsel. Appreciate it.
06:14:49 THE VIDEOGRAPHER: This adjourns today's
06:14:51 deposition of Tyler Lawrence. Going off the record at

C E R T I F I C A T E

State of Washington )
) ss.
County of King )

I, the undersigned Registered Professional Reporter and Washington Certified Court Reporter, hereby certify that the foregoing deposition upon Oral examination of TYLER LAWRENCE was taken before me on June 16, 2026 and transcribed under my direction;

That the witness was duly sworn by me pursuant to RCW 5.28.010 to testify truthfully; that the transcript of the deposition is a full, true, and correct transcript to the best of my ability; that I am neither attorney for, nor a relative or employee of, any of the parties to the action or any attorney or counsel employed by the parties hereto, nor financially interested in its outcome.

I further certify that in accordance with CR 30(e), the witness was given the opportunity to examine, read, and sign the deposition, within 30 days, upon its completion and submission, unless waiver of signature was indicated in the record.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this date, July 3, 2026:

/S/Yvonne A. Gillette

Yvonne A. Gillette
Washington Certified Court Reporter
License No. 2129