THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEA MAR COMMUNITY HEALTH CENTERS,<br><br>Plaintiff,<br><br>v.<br><br>ACCREDITATION COUNCIL FOR GRADUATE MEDICAL EDUCATION,<br><br>Defendant. | Case No. C24-896 JNW<br><br>**DECLARATION OF JONATHAN P. HAWLEY IN OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO EXTEND DEPOSITION TIME** |

I, Jonathan P. Hawley, hereby declare as follows:

1. I am over the age of eighteen and competent to make this declaration. I am an attorney with the law firm Ashurst Perkins Coie US LLP and counsel for Plaintiff Sea Mar Community Health Centers ("Sea Mar") in the above-captioned matter. I make this declaration based on personal knowledge about which I am competent to testify.

2. This declaration is submitted in opposition to the motion filed by Defendant Accreditation Council for Graduate Medical Education ("ACGME") to secure additional deposition time with Sea Mar witness Tyler Lawrence, PhD.

3. **Exhibit 1** is a true and correct copy of an email exchange between Jordan Morris (counsel for ACGME) and me dated July 1–4 and 6, 2026.



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

* * *

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 14th day of July, 2026, at Seattle, Washington.

*s/ Jonathan P. Hawley*
Jonathan P. Hawley



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

# EXHIBIT 1

**Hawley, Jonathan (SEA)**

---

**From:** Morris, Jordan <JMorris@cov.com>
**Sent:** Monday, July 6, 2026 2:20 PM
**To:** Hawley, Jonathan (SEA); Robbins, David B. (SEA); Wallace, Cara V. (SEA); Sproul, Conrad (SEA); Gordon, Matthew P. (SEA); Bennington, Juliana (SEA); Marino, Trisha (SEA); Williams, James F. (SEA)
**Cc:** Shafroth, Nathan; Power, Vanessa Soriano; Poligo, Jenna M.; Nutter, Patrick; Waheed, Majid
**Subject:** RE: Sea Mar v. ACGME - Motion for Leave to Extend Deposition Time of T. Lawrence

**Follow Up Flag:** Follow up
**Flag Status:** Completed

Apologies for the fast follow. Please see slight amendments in red.

**Jordan Morris**
Pronouns: She/Her/Hers

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5255 | jmorris@cov.com
www.cov.com

COVINGTON

---

**From:** Morris, Jordan
**Sent:** Monday, July 6, 2026 5:02 PM
**To:** 'Hawley, Jonathan' <jonathan.hawley@ashurstperkins.com>; Robbins, David <david.robbins@ashurstperkins.com>; Wallace, Cara <cara.wallace@ashurstperkins.com>; Sproul, Conrad <conrad.sproul@ashurstperkins.com>; Gordon, Matt <matt.gordon@ashurstperkins.com>; Bennington, Juliana <juliana.bennington@ashurstperkins.com>; Marino, Trish <trish.marino@ashurstperkins.com>; Williams, James <james.williams@ashurstperkins.com>
**Cc:** Shafroth, Nathan <nshafroth@cov.com>; Power, Vanessa Soriano <vanessa.power@stoel.com>; Poligo, Jenna M. <jenna.poligo@stoel.com>; Nutter, Patrick <PNutter@cov.com>; Waheed, Majid <MWaheed@cov.com>
**Subject:** RE: Sea Mar v. ACGME - Motion for Leave to Extend Deposition Time of T. Lawrence

Hi Jonathan,

Thank you for sending these over. We have since added the following pages to our motion (citing the rough transcript that I circulated in my July 2 email): 66, 106–107, 111, and 176.

Additionally, in light of receiving the final transcript today, we've translated all our citations to the final transcript. Below is a complete list of our cited pages (now citing to the final transcript) for ease of review:

- 55–59
- 66–68
- 94–95
- 98
- 110–112

- 116–126
- 130–133
- 138–139
- 143–146
- 149–151
- 171–176
- 179–181
- 183–184
- 188–190
- 199–200
- 209–210
- 217–219
- 269–270

We look forward to discussing this afternoon.

**Jordan Morris**
Pronouns: She/Her/Hers

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5255 | jmorris@cov.com
www.cov.com

COVINGTON

---

**From:** Hawley, Jonathan <jonathan.hawley@ashurstperkins.com>
**Sent:** Monday, July 6, 2026 3:28 PM
**To:** Morris, Jordan <JMorris@cov.com>; Robbins, David <david.robbins@ashurstperkins.com>; Wallace, Cara <cara.wallace@ashurstperkins.com>; Sproul, Conrad <conrad.sproul@ashurstperkins.com>; Gordon, Matt <matt.gordon@ashurstperkins.com>; Bennington, Juliana <juliana.bennington@ashurstperkins.com>; Marino, Trish <trish.marino@ashurstperkins.com>; Williams, James <james.williams@ashurstperkins.com>
**Cc:** Shafroth, Nathan <nshafroth@cov.com>; Power, Vanessa Soriano <vanessa.power@stoel.com>; Poligo, Jenna M. <jenna.poligo@stoel.com>; Nutter, Patrick <PNutter@cov.com>; Waheed, Majid <MWaheed@cov.com>
**Subject:** RE: Sea Mar v. ACGME - Motion for Leave to Extend Deposition Time of T. Lawrence

**[EXTERNAL]**
Hi Jordan, to help streamline this afternoon's conferral, Sea Mar requests that ACGME redact the following pages of the Lawrence rough transcript (as well as any discussion of these specific excerpts in the motion itself):

- 63-65
- 90-91
- 112-122
- 127-135
- 138-140
- 144-146
- 172-175
- 177-179
- 183-184
- 203-204

- 211-212

As before, Sea Mar will justify these redactions and the sealing of the unredacted materials in its response to ACGME's motion to seal.

We look forward to further discussions this afternoon.

**Jonathan Hawley** (he/him)
Ashurst Perkins Coie

D: +1 206 359 6469
jonathan.hawley@ashurstperkins.com

---

**From:** Morris, Jordan <JMorris@cov.com>
**Sent:** Saturday, July 4, 2026 7:33 AM
**To:** Hawley, Jonathan (SEA) <jhawley@perkinscoie.com>; Robbins, David B. (SEA) <drobbins@perkinscoie.com>; Wallace, Cara V. (SEA) <cwallace@perkinscoie.com>; Sproul, Conrad (SEA) <csproul@perkinscoie.com>; Gordon, Matthew P. (SEA) <mgordon@perkinscoie.com>; Bennington, Juliana (SEA) <jbennington@perkinscoie.com>; Marino, Trisha (SEA) <tmarino@perkinscoie.com>; Williams, James F. (SEA) <jwilliams@perkinscoie.com>
**Cc:** Shafroth, Nathan <nshafroth@cov.com>; Power, Vanessa Soriano <vanessa.power@stoel.com>; Poligo, Jenna M. <jenna.poligo@stoel.com>; Nutter, Patrick <PNutter@cov.com>; Waheed, Majid <MWaheed@cov.com>
**Subject:** RE: Sea Mar v. ACGME - Motion for Leave to Extend Deposition Time of T. Lawrence

Hi Jonathan, thank you for your response. We'll circulate an invite shortly for that time to discuss both sealing and Sea Mar's June 26 correspondence. And a happy Fourth to you as well.

**Jordan Morris**
Pronouns: She/Her/Hers

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5255 | jmorris@cov.com
www.cov.com

COVINGTON

---

**From:** Hawley, Jonathan <jonathan.hawley@ashurstperkins.com>
**Sent:** Friday, July 3, 2026 2:10 PM
**To:** Morris, Jordan <JMorris@cov.com>; Robbins, David <david.robbins@ashurstperkins.com>; Wallace, Cara <cara.wallace@ashurstperkins.com>; Sproul, Conrad <conrad.sproul@ashurstperkins.com>; Gordon, Matt <matt.gordon@ashurstperkins.com>; Bennington, Juliana <juliana.bennington@ashurstperkins.com>; Marino, Trish <trish.marino@ashurstperkins.com>; Williams, James <james.williams@ashurstperkins.com>
**Cc:** Shafroth, Nathan <nshafroth@cov.com>; Power, Vanessa Soriano <vanessa.power@stoel.com>; Poligo, Jenna M. <jenna.poligo@stoel.com>; Nutter, Patrick <PNutter@cov.com>; Waheed, Majid <MWaheed@cov.com>
**Subject:** RE: Sea Mar v. ACGME - Motion for Leave to Extend Deposition Time of T. Lawrence

**[EXTERNAL]**
Hi Jordan, thanks for the clarification. We're available to meet and confer about sealing and Sea Mar's June 26 correspondence on Monday (07/06) at 3pm, if that still works on your end. Please let us know if you'd like us to circulate an invite. And have a happy Fourth in the meantime!

**Jonathan Hawley** (he/him)
Ashurst Perkins Coie

D: +1 206 359 6469
jonathan.hawley@ashurstperkins.com

---

**From:** Morris, Jordan <JMorris@cov.com>
**Sent:** Thursday, July 2, 2026 12:43 PM
**To:** Hawley, Jonathan (SEA) <jhawley@perkinscoie.com>; Robbins, David B. (SEA) <drobbins@perkinscoie.com>; Wallace, Cara V. (SEA) <cwallace@perkinscoie.com>; Sproul, Conrad (SEA) <csproul@perkinscoie.com>; Gordon, Matthew P. (SEA) <mgordon@perkinscoie.com>; Bennington, Juliana (SEA) <jbennington@perkinscoie.com>; Marino, Trisha (SEA) <tmarino@perkinscoie.com>; Williams, James F. (SEA) <jwilliams@perkinscoie.com>
**Cc:** Shafroth, Nathan <nshafroth@cov.com>; Power, Vanessa Soriano <vanessa.power@stoel.com>; Poligo, Jenna M. <jenna.poligo@stoel.com>; Nutter, Patrick <PNutter@cov.com>; Waheed, Majid <MWaheed@cov.com>
**Subject:** RE: Sea Mar v. ACGME - Motion for Leave to Extend Deposition Time of T. Lawrence

Hi Jonathan,

Below are the page ranges of the attached transcript that we presently expect to attach to a declaration in support of the motion. We remain available to meet and confer regarding these sections today after 3 pm PT and Monday 12-1pm PT or after 1:30 pm PT.

Please let us know when you are available to confer.

Page Ranges:

- 52-56
- 63-65
- 90-91
- 112-122
- 127-135
- 138-140
- 144-146
- 172-175
- 177-179
- 183-184
- 203-204
- 211-212
- 262-263

Regards,
Jordan

**Jordan Morris**
Pronouns: She/Her/Hers

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5255 | jmorris@cov.com
www.cov.com

COVINGTON

**From:** Hawley, Jonathan <jonathan.hawley@ashurstperkins.com>
**Sent:** Thursday, July 2, 2026 12:48 PM
**To:** Morris, Jordan <JMorris@cov.com>; Robbins, David <david.robbins@ashurstperkins.com>; Wallace, Cara <cara.wallace@ashurstperkins.com>; Sproul, Conrad <conrad.sproul@ashurstperkins.com>; Gordon, Matt <matt.gordon@ashurstperkins.com>; Bennington, Juliana <juliana.bennington@ashurstperkins.com>; Marino, Trish <trish.marino@ashurstperkins.com>; Williams, James <james.williams@ashurstperkins.com>
**Cc:** Shafroth, Nathan <nshafroth@cov.com>; Power, Vanessa Soriano <vanessa.power@stoel.com>; Poligo, Jenna M. <jenna.poligo@stoel.com>; Nutter, Patrick <PNutter@cov.com>; Waheed, Majid <MWaheed@cov.com>
**Subject:** RE: Sea Mar v. ACGME - Motion for Leave to Extend Deposition Time of T. Lawrence

**[EXTERNAL]**
Hi Jordan, thanks for the ping. We strongly disagree with your characterization of Dr. Lawrence's deposition, as reflected on page 261 of the rough transcript. And we further object to the untimeliness of this motion, given that last Wednesday was the deadline for "[a]ll motions related to discovery." Dkt. 87 at 1. Sea Mar will oppose any request from ACGME for relief from this deadline, not least of all because Dr. Lawrence's deposition occurred more than a week before the discovery-motion deadline, allowing for a motion to be filed in advance.

As for potential redactions and sealing, we cannot speak to Sea Mar's position until we see the materials you intend to file. We will be happy to review the materials and schedule a conferral once we receive the proposed submission.

**Jonathan Hawley** (he/him)
**Ashurst Perkins Coie**

D: +1 206 359 6469
jonathan.hawley@ashurstperkins.com

**From:** Morris, Jordan <JMorris@cov.com>
**Sent:** Wednesday, July 1, 2026 12:38 PM
**To:** Hawley, Jonathan (SEA) <JHawley@perkinscoie.com>; Robbins, David B. (SEA) <DRobbins@perkinscoie.com>; Wallace, Cara V. (SEA) <CWallace@perkinscoie.com>; Sproul, Conrad (SEA) <CSproul@perkinscoie.com>; Gordon, Matthew P. (SEA) <MGordon@perkinscoie.com>; Bennington, Juliana (SEA) <JBennington@perkinscoie.com>; Marino, Trisha (SEA) <TMarino@perkinscoie.com>; Williams, James F. (SEA) <JWilliams@perkinscoie.com>
**Cc:** Shafroth, Nathan <nshafroth@cov.com>; Power, Vanessa Soriano <vanessa.power@stoel.com>; Poligo, Jenna M. <jenna.poligo@stoel.com>; Nutter, Patrick <PNutter@cov.com>; Waheed, Majid <MWaheed@cov.com>
**Subject:** Sea Mar v. ACGME - Motion for Leave to Extend Deposition Time of T. Lawrence

Counsel,

After the deposition of Dr. Tyler Lawrence on July 16, 2026, counsel for the ACGME and counsel for Sea Mar conferred on the record regarding the ACGME's intent to depose Dr. Lawrence for additional time due to Dr. Lawrence's repeated non-responsive answers and time-wasting behavior. On the record, Counsel for Sea Mar agreed that the parties were at an impasse and that the issue was ripe for the Court to decide.

In light of this, the ACGME is preparing a motion for leave to extend the deposition time of Mr. Lawrence . The ACGME seeks to meet and confer with Sea Mar regarding any redactions or sealing needed for this motion and related exhibits, as consistent with Section 4.3 of our Stipulated Amended Protective Order and Local Civil Rule 5(g)(3)(A).

Please provide your availability for a meet and confer on Thursday, July 2 and Monday, July 6 to discuss redaction and/or sealing of these materials. We can be available from 12:30 to 1:30 tomorrow to discuss redaction and/or sealing as well as your June 26 correspondence.

Regards,
Jordan

**Jordan Morris**
Pronouns: She/Her/Hers

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5255 | jmorris@cov.com
www.cov.com

COVINGTON

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in

the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.