THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

SEA MAR COMMUNITY HEALTH CENTERS,

Plaintiff,

v.

THE ACCREDITATION COUNCIL FOR GRADUATE MEDICAL EDUCATION,

Defendant.

Case No. 2:24-CV-00896-JNW

**ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY DEADLINE**

Note on Motion Calendar:
July 24, 2026

As the parties have stipulated and agreed, it is hereby ORDERED AND ADJUDGED:

The Court **GRANTS** the parties' Stipulated Motion to Extend Discovery Deadline and extends the deadlines as set forth below:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Expert depositions completed by | August 10, 2026 | August 24, 2026 |
| Motions challenging expert witness testimony (i.e., *Daubert motions*) must be filed by | September 10, 2026 | September 24, 2026 |





STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

**IT IS SO ORDERED** this 31st day of July, 2026.

HONORABLE JAMAL N. WHITEHEAD





STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

Presented by:

STOEL RIVES LLP

*s/ Vanessa Soriano Power*
Vanessa Soriano Power, WSBA No. 30777
vanessa.power@stoel.com
Jenna M. Poligo, WSBA No. 54466
jenna.poligo@stoel.com
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

COVINGTON & BURLING LLP

*s/ Nathan E. Shafroth*
Nathan E. Shafroth (*pro hac vice*)
nshafroth@cov.com
W. Douglas Sprague (*pro hac vice*)
dsprague@cov.com
Majid Waheed (*pro hac vice*)
mwaheed@cov.com
415 Misson Street, Suite 5400
San Francisco, CA 94105
Telephone: 415.591.6000

Nicholas G. Miller (*pro hac vice*)
nmiller@cov.com
620 Eighth Ave.
New York, NY 10018
Telephone: 212.841.1000

*Attorneys for Defendant ACGME*