The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEA MAR COMMUNITY HEALTH CENTERS,<br><br>Plaintiff,<br><br>v.<br><br>ACCREDITATION COUNCIL FOR GRADUATE MEDICAL EDUCATION,<br><br>Defendant. | Case No. 2:24-CV-00896 JNW<br><br>**NOTICE OF SUBSEQUENT FACTS REGARDING THE ACGME'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS REGARDING PATIENT ENDANGERMENT DKT. NO. 101**<br><br>NOTE ON MOTION CALENDAR:<br>JULY 15, 2026 |



STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3400, Seattle, WA 98101
*Telephone 206.624.0900*

## STATEMENT OF SUBSEQUENT FACTS

The ACGME submits this notice of subsequent facts and respectfully requests that, if the Court were to grant the ACGME's motion to compel, the order also provide for production of the clawed-back Document with Bates Number SEAMAR_0042985 and grant the ACGME leave to conduct a further deposition restricted to the document's contents, and for no more than 25 minutes on the record for the ACGME.

The ACGME filed a motion to compel on June 24, 2026 regarding Sea Mar's withholding of an indeterminate number of documents relevant to this action that Sea Mar contends may be withheld under a "Quality Improvement" or "QI" privilege. *See* Dkt. No. 107. Briefing was complete as of July 15, 2026. *See* Dkt. No. 112.

After briefing had completed, the ACGME noticed the deposition for the former program director of Sea Mar's residency program, Dr. Ricardo Jimenez, to take place on July 31, 2026. In advance of the deposition, the ACGME reviewed documents from Dr. Jimenez's custodial file. One of the documents, Bates Number SEAMAR_0042985, was an email sent from Dr. Ricardo Jimenez to Dr. Mariel Bryden, a faculty member and physician with Sea Mar's Family Medicine Residency Program, on February 26, 2024. Sea Mar produced the -2985 Document in its unredacted form to the ACGME on June 2, 2026. The day before the deposition, on July 30, 2026, Sea Mar clawed back the -2985 Document on the purported ground that it contained information protected by the QI privilege and reproduced the document with redactions. The ACGME promptly deleted or destroyed all copies of the unredacted -2985 Document as required under the operated protective order. *See* Dkt. No. 82.

Accordingly, the ACGME was unable to question Dr. Jimenez fully as to the contents of the -2985 Document, as the ACGME had prepared to do.[1] Counsel for the ACGME has been unable to view, and has not viewed the -2985 Document in its unredacted form since Sea Mar's

[1] Counsel for the ACGME has been unable to view, and has not viewed the -2985 Document in its unredacted form since Sea Mar's clawback.



STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3400, Seattle, WA 98101
*Telephone 206.624.0900*

clawback. Based on counsel's reasonable recollection of the document's contents, the ACGME contends that the now-redacted portion of the document does not satisfy the necessary criteria for withholding under the QI privilege, for the reasons stated in the ACGME's motion to compel and reply thereto. In particular, as reflected in even the redacted version of the document, the content in question was provided in an email from former program director to a colleague, and was not "created specifically for" a quality improvement committee. RCW 43.70.510(1)(b)(4); *Branco v. Life Care Centers of Am., Inc.,* 2006 WL 4484727, at *1 (W.D. Wash. May 4, 2006).

Dated: August 3, 2026

By: s/ Nathan Shafroth
Nathan Shafroth

STOEL RIVES LLP

s/ Vanessa Soriano Power
Vanessa Soriano Power, WSBA No. 30777
vanessa.power@stoel.com
Jenna M. Poligo, WSBA No. 54466
jenna.poligo@stoel.com
600 University Street, Suite 3400
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

COVINGTON & BURLING LLP

Nathan E. Shafroth (*pro hac vice*)
nshafroth@cov.com
W. Douglas Sprague (*pro hac vice*)
dsprague@cov.com
Majid Waheed (*pro hac vice*)
mwaheed@cov.com
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: 415.591.6000

Patrick W. Nutter (*pro hac vice*)
pnutter@cov.com
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: 424.303.4643

Nicholas G. Miller (*pro hac vice*)
nmiller@cov.com
620 Eighth Ave.
New York, NY 10018
Telephone: 212.841.1000

*Attorneys for Defendant ACGME*