THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

SEA MAR COMMUNITY HEALTH CENTERS,

Plaintiff,

v.

ACCREDITATION COUNCIL FOR GRADUATE MEDICAL EDUCATION,

Defendant.

Case No. 2:24-CV-00896-JNW

**ORDER EXTENDING FACT DISCOVERY CUTOFF FOR 30(b)(6) DEPOSITIONS**

Before the Court is the Stipulated Motion to Extend the Fact Discovery Cutoff for 30(b)(6) Depositions (the “Motion”). The Court, having considered the Motion and finding good cause, extends the fact discovery cutoff from August 7 to August 14, 2026, for the exclusive purpose and effect of allowing the parties to take deposition testimony from the designated 30(b)(6) witnesses during the extended period.

SO ORDERED this 14th day of August, 2026.

The Honorable Jamal N. Whitehead
United States District Court Judge