THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SEA MAR COMMUNITY HEALTH CENTERS,<br>Plaintiff,<br>v.<br>ACCREDITATION COUNCIL FOR GRADUATE MEDICAL EDUCATION,<br>Defendant. | Case No. 2:24-CV-00896-JNW<br>**STIPULATED MOTION AND [PROPOSED] ORDER TO PROVISIONALLY SEAL SUMMARY JUDGMENT FILINGS**<br>NOTE ON MOTION CALENDAR:<br>August 24, 2026 |

Plaintiff Sea Mar Community Health Centers ("Sea Mar") and Defendant the Accreditation Council for Graduate Medical Education (the "ACGME") have met and conferred regarding the sealing of confidential material in connection with their anticipated summary judgment motions and subsequent briefing. Given the high volume of materials designated confidential that the Parties are likely to file, and to streamline the sealing process for the Court, the Parties jointly move the Court to (1) allow them to file their summary judgment motions, supporting materials, and subsequent oppositions and replies provisionally under seal and (2) extend the deadline for sealing motions under W.D. Wash. Local Rule 5(g) until seven days after the last summary judgment reply is filed. This extended time will allow the Parties to prepare proposed redactions and meet and confer regarding all summary judgment materials. By the seven-day deadline, each Party will then file (1) redacted versions of its summary judgment filings on the public docket and



**STOEL RIVES LLP**
ATTORNEYS
**600 University Street, Suite 3600, Seattle, WA 98101**
*Telephone 206.624.0900*

(2) a consolidated sealing motion under LCR 5(g)(3) addressing all summary judgment filings. (For clarity, the proponent of the sealing request, and not necessarily the author of the filing containing the confidential material, shall be responsible for defending the sealing).

*The parties certify that this memorandum contains 197 words, in compliance with the Local Civil Rules.*

DATED: August 24, 2026

STOEL RIVES LLP

*s/ Jenna M. Poligo*
Vanessa Soriano Power, WSBA No. 30777
vanessa.power@stoel.com
Jenna M. Poligo, WSBA No. 54466
jenna.poligo@stoel.com
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

COVINGTON & BURLING LLP

Nathan E. Shafroth (*pro hac vice*)
nshafroth@cov.com
W. Douglas Sprague (*pro hac vice*)
dsprague@cov.com
Majid Waheed (*pro hac vice*)
mwaheed@cov.com
415 Misson Street, Suite 5400
San Francisco, CA 94105
Telephone: 415.591.6000

Nicholas G. Miller (*pro hac vice*)
nmiller@cov.com
620 Eighth Ave.
New York, NY 10018
Telephone: 212.841.1000

*Attorneys for Defendant ACGME*

*s/ David B. Robbins*
David B. Robbins, WSBA No. 13628
James F. Williams, WSBA No. 23613
Matthew P. Gordon, WSBA No. 41128
Cara V. Wallace, WSBA No. 50111
Jonathan P. Hawley, WSBA No. 56297
Juliana L. Bennington, WSBA No. 60357
Conrad A. Sproul, WSBA No. 62885
**ASHURST PERKINS COIE US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
David.Robbins@ashurstperkins.com
James.Williams@ashurstperkins.com
Matthew.Gordon@ashurstperkins.com
Cara.Wallace@ashurstperkins.com
Jonathan.Hawley@ashurstperkins.com
Juliana.Bennington@ashurstperkins.com
Conrad.Sproul@ashurstperkins.com

**[PROPOSED] ORDER**

The Parties' stipulated motion to provisionally seal their summary judgment filings is **GRANTED**. Within seven days of the last-filed summary judgment reply, each Party will file (1) redacted versions of its summary judgment filings on the public docket and (2) a consolidated sealing motion under W.D. Wash. LCR 5(g)(3) addressing all summary judgment filings.

**IT IS SO ORDERED.**

Dated this ___ day of August, 2026.

_______________________________
The Honorable Jamal N. Whitehead
United States District Judge



STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*