THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEA MAR COMMUNITY HEALTH CENTERS,

Plaintiff,

v.

ACCREDITATION COUNCIL FOR GRADUATE MEDICAL EDUCATION,

Defendant.

Case No. C24-896 JNW

**STIPULATED MOTION AND ORDER TO EXTEND EXPERT-DISCOVERY CUTOFF AND DEADLINE FOR *DAUBERT* MOTIONS**

NOTE ON MOTION CALENDAR: AUGUST 21, 2026

Pursuant to Local Rules W.D. Wash. LCR 7(d)(1) and LCR 10(g), Plaintiff Sea Mar Community Health Centers ("Sea Mar") and Defendant Accreditation Council for Graduate Medical Education ("ACGME") stipulate and jointly move the Court for an order extending the expert-discovery cutoff from August 24 to September 4, 2026, for the exclusive purpose of affording the Parties additional time to take the depositions of two expert witnesses: Lynne Kirk, M.D., and John Potts, M.D. The Parties further stipulate and jointly move the Court for an order extending the deadline for filing *Daubert* motions from September 24 to October 5, 2026, to reflect the eleven-day requested extension for the expert-discovery cutoff.

The Court may amend the case schedule for good cause. Fed. R. Civ. P. 16(b)(4); LCR 16(b)(6); *Johnson v. Mammoth Recreations*, 975 F.2d 604, 609 (9th Cir. 1992). Good cause exists here because, though the Parties have been diligent in coordinating completion of expert



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

depositions, the Sea Mar attorney responsible for taking the deposition of Dr. Kirk (initially noticed for August 18) and defending the deposition of Dr. Potts (initially noticed for August 20) tested positive for COVID on August 15 and was unable to travel the week the depositions were scheduled. Sea Mar communicated this to ACGME, which agreed to a short extension of the expert-discovery deadline to accommodate both the attorney's sudden illness and Dr. Potts's preplanned travel.

The Parties have agreed to notice Dr. Kirk's deposition for August 25 and Dr. Potts's deposition for September 4 (after he returns from travel). To permit adequate time to prepare *Daubert* motions, the Parties request a commensurate eleven-day extension of that deadline as well. The Parties respectfully request these short extensions to facilitate this revised calendar, which does not impact the dispositive-motion deadline or trial date.

* * *

The undersigned certify that this stipulated motion contains 295 words, in compliance with the Local Civil Rules.



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Dated: August 21, 2026

By: *s/ David B. Robbins*

David B. Robbins, WSBA No. 13628
James F. Williams, WSBA No. 23613
Matthew P. Gordon, WSBA No. 41128
Cara V. Wallace, WSBA No. 50111
Jonathan P. Hawley, WSBA No. 56297
Juliana L. Bennington, WSBA No. 60357
Conrad A. Sproul, WSBA No. 62885
**ASHURST PERKINS COIE US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
David.Robbins@ashurstperkins.com
James.Williams@ashurstperkins.com
Matthew.Gordon@ashurstperkins.com
Cara.Wallace@ashurstperkins.com
Jonathan.Hawley@ashurstperkins.com
Juliana.Bennington@ashurstperkins.com
Conrad.Sproul@ashurstperkins.com

*Attorneys for Plaintiff*
*Sea Mar Community Health Centers*

STOEL RIVES LLP

s/ Vanessa Soriano Power
Vanessa Soriano Power, WSBA No. 30777
vanessa.power@stoel.com
Jenna M. Poligo, WSBA No. 54466
jenna.poligo@stoel.com
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

COVINGTON & BURLING LLP

Nathan E. Shafroth (*pro hac vice*)
nshafroth@cov.com
W. Douglas Sprague (*pro hac vice*)
dsprague@cov.com
Majid Waheed (*pro hac vice*)
mwaheed@cov.com
415 Misson Street, Suite 5400
San Francisco, CA 94105
Telephone: 415.591.6000

Nicholas G. Miller (*pro hac vice*)
nmiller@cov.com
620 Eighth Ave.
New York, NY 10018
Telephone: 212.841.1000

*Attorneys for Defendant ACGME*

**ORDER**

The Parties' stipulated motion to amend the case schedule is **GRANTED**. The deadline for completion of expert discovery is extended from August 24 to September 4, 2026, for the exclusive purpose and effect of allowing the Parties to take deposition testimony from Lynne Kirk, M.D., and John Potts, M.D., and the deadline for filing *Daubert* motions is extended from September 24 to October 5, 2026.

**IT IS SO ORDERED.**

Dated this 24th day of August, 2026.

United States District Judge



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000