THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEA MAR COMMUNITY HEALTH CENTERS,<br><br>Plaintiff,<br><br>v.<br><br>ACCREDITATION COUNCIL FOR GRADUATE MEDICAL EDUCATION,<br><br>Defendant. | Case No. C24-896 JNW<br><br>**DECLARATION OF CONRAD SPROUL IN SUPPORT OF SEA MAR'S MOTION TO COMPEL** |

I, Conrad Sproul, hereby declare as follows:

1. I am over the age of eighteen and competent to make this declaration. I am an attorney with the law firm Ashurst Perkins Coie US LLP and counsel for Plaintiff Sea Mar Community Health Centers ("Sea Mar") in the above-captioned matter. I make this declaration based on personal knowledge about which I am competent to testify.

2. This declaration is submitted in support of the motion filed by Sea Mar to compel Rule 30(b)(6) testimony on certain topics from Defendant Accreditation Council for Graduate Medical Education ("ACGME"). Attached as **Exhibit 1** are excerpts of a true and correct transcript of the Rule 30(b)(6) deposition of ACGME through its designee Mary Klingensmith, M.D. on August 14, 2026.



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

3. I hereby certify under Local Civil Rule 37 that I, in good faith, conferred with counsel for ACGME in an effort to resolve the dispute without court action. As described below, our conferrals took place via videoconference on August 26 and September 1, 2026. Attached as **Exhibit 2** is a true and correct copy of an email chain between the parties, starting on August 25, 2026, to schedule and memorialize the conferrals.

4. The first conferral, on August 26, 2026, was attended by ACGME's counsel Vanessa Power, Jenna Poligo, and Majid Waheed, and by Sea Mar's counsel Matt Gordon and me. In advance of the conferral, Sea Mar provided a list of specific deposition questions for which it intended to seek relief. Ex. 2 at 3–6.

5. At the August 26 conferral, Mr. Gordon and I explained Sea Mar's concerns with Mary Klingensmith, M.D.'s preparation for the ACGME Rule 30(b)(6) deposition, particularly for noticed Topics 23, 29, 30, 32, 37, 51, 54, 55, 56, and 60. The conferral proceeded as follows:

a. **Topic 23:** ACGME refused to provide any additional testimony. ACGME counsel stated that they had educated Dr. Klingensmith on the topic, so it was of no consequence that she did not personally review the Institutional Review Committee's minutes or speak to any Committee Members. The parties agreed to revisit the topic at the next conferral.

b. **Topic 29:** ACGME refused to provide any additional testimony. ACGME counsel asserted that Sea Mar's deposition questions were outside the scope of the topic as they had understood it, and that Dr. Klingensmith's testimony was adequate. ACGME counsel confirmed that the parties were at an impasse on this topic.

c. **Topic 30:** ACGME refused to provide any additional testimony. ACGME counsel claimed that Sea Mar's deposition questions on this topic were not reasonably foreseeable. ACGME counsel confirmed that the parties were at an impasse on this topic.



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

d. **Topic 32:** The parties reached an understanding on this topic, and Sea Mar decided not to seek judicial relief at this time.

e. **Topics 37 and 51:** ACGME refused to provide any additional testimony, and said that they would stick to the "status quo" of refusing to conduct discovery on the decisions and deliberations of the Appeal Panel. ACGME counsel confirmed that the parties were at an impasse on these topics.

f. **Topic 54–56:** ACGME counsel explained that they needed additional time to analyze the specific testimony Sea Mar identified as deficient. The parties agreed to revisit the topics at the next conferral.

g. **Topic 60:** The parties reached an understanding on this topic, and Sea Mar decided not to seek judicial relief at this time.

6. The second conferral occurred on September 1, 2026. Counsel Vanessa Power and Majid Waheed attended for ACGME, and counsel David Robbins and I attended for Sea Mar. In advance of the conferral, Sea Mar provided its updated positions on Topics 23, 32, and 60, and requested ACGME's positions on Topics 54–56, as well as on a potential sealing motion in compliance with Local Civil Rule 5(g). *See* Ex. 2 at 2–3. ACGME did not respond. *Id.* The conferral proceeded as follows:

a. **Topic 23:** ACGME counsel explained that ACGME would not agree to any compromise. They claimed that Dr. Klingensmith was prepared to answer substantive questions about the ACGME Institutional Review Committee's January 2024 meeting. ACGME counsel confirmed that the parties were at an impasse on these topics.

b. **Topics 54, 55, and 56:** ACGME counsel said that ACGME would not compromise on these topics, either. They claimed that Dr. Klingensmith's testimony was generally sufficient. They further asserted that ACGME has no knowledge as to whether ACGME Executive Committee or Board of Directors



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

meetings are recorded, whether Board members took notes of such meetings, and what happened to those recordings/notes if they exist. Mr. Robbins inquired whether ACGME counsel were themselves aware of the existence of Board notes in the platforms Director's Desk or BoardEffects, and whether such notes had been produced. ACGME counsel refused to answer, stating that the topic of the conferral was the present Motion to Compel, not document productions. ACGME counsel confirmed that the parties were at an impasse on these topics.

7. Attached as **Exhibit 3** are excerpts of a true and correct copy of the Third Amended Notice of Rule 30(b)(6) Deposition served by Sea Mar on ACGME on August 12, 2026, listing the specific topics on which Sea Mar sought testimony.

8. Attached as **Exhibit 4** is a true and correct copy of an email chain between ACGME and Sea Mar counsel beginning on July 6, 2026, regarding the Rule 30(b)(6) deposition of ACGME.

9. Attached as **Exhibit 5** is a true and correct copy of an email chain between ACGME and Sea Mar counsel beginning on July 9, 2026, regarding ACGME's request for an extension of fact discovery.

10. Attached as **Exhibit 6** are excerpts of a true and correct copy of ACGME's Responses and Objections to Sea Mar's Notice of Rule 30(b)(6) Deposition, dated July 13, 2026.

11. Attached as **Exhibit 7** are excerpts of a true and correct copy of a letter from ACGME counsel to Sea Mar dated July 27, 2026.

12. Attached as **Exhibit 8** is a true and correct copy of a letter from Sea Mar counsel to ACGME dated July 29, 2026.

13. Attached as **Exhibit 9** is a true and correct copy of a letter from ACGME counsel to Sea Mar dated August 2, 2026.

14. Attached as **Exhibit 10** is a true and correct copy of a letter from Sea Mar counsel to ACGME dated August 3, 2026.



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

15. Attached as **Exhibit 11** are excerpts of a true and correct copy of a document produced in this action by Sea Mar, identified by Bates number SEAMAR_0000002.

16. Attached as **Exhibit 12** are excerpts of a true and correct copy of a document produced in this action by ACGME, identified by Bates number SEAMAR-ACGME-0001629.

17. Attached as **Exhibit 13** are excerpts of a true and correct copy of a document produced in this action by ACGME, identified by Bates number SEAMAR-ACGME-0009406.

18. Attached as **Exhibit 14** are excerpts of a true and correct copy of a document produced in this action by ACGME, identified by Bates number SEAMAR-ACGME-0016428.

19. Attached as **Exhibit 15** is a true and correct copy of a document produced in this action by ACGME, identified by Bates number SEAMAR-ACGME-0001796.

20. Attached as **Exhibit 16** are excerpts of a true and correct copy of ACGME's Supplemental Responses and Objections to Sea Mar's First Set of Interrogatories, dated March 19, 2026.

21. Attached as **Exhibit 17** are excerpts of a true and correct transcript of the deposition of Tanya Anim, M.D. on May 13, 2026.

22. Attached as **Exhibit 18** are excerpts of a true and correct copy of a document produced in this action by ACGME, identified by Bates number SEAMAR-ACGME-0016052.

23. Attached as **Exhibit 19** is a true and correct copy of a document produced in this action by ACGME, identified by Bates number SEAMAR-ACGME-0015880.

* * *

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 10th day of September, 2026, at Seattle, Washington.

*s/ Conrad Sproul*
Conrad Sproul
Attorney for Sea Mar



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000