THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

SEA MAR COMMUNITY HEALTH CENTERS,

Plaintiff,

v.

ACCREDITATION COUNCIL FOR GRADUATE MEDICAL EDUCATION,

Defendant.

Case No. 2:24-CV-00896-JNW

**DECLARATION OF VANESSA SORIANO POWER**

I, VANESSA SORIANO POWER, state and declare:

1. I am counsel of record for Defendant Accreditation Council for Graduate Medical Education (the "ACGME") have personal knowledge of the facts stated in this declaration, and can competently testify to their truth. I make this declaration in support of Defendant's Motion to Compel.

2. Attached as **Exhibit A** is a true and correct copy of Defendant's Notice of Videotaped Rule 30(b)(6) Deposition of Plaintiff Sea Mar Community Health Centers.

3. Attached as **Exhibit B** is a true and correct copy of Defendant's Amended Notice of Videotaped Rule 30(b)(6) Deposition of Plaintiff Sea Mar Community Health Centers.

4. Counsel for the ACGME and Sea Mar conferred multiple times in writing and on calls to discuss the scope of the topics, including calls on July 23 and 25, 2026, and letters and emails dated July 29, August 2, August 3, and August 4, 2026. Through the conferral process,

the parties came to agreement on an amended scope that narrowed and made more concrete the scope of testimony.

5. Attached as **Exhibit C** is a true and correct copy of Plaintiff's August 6, 2026 letter to Defendant regarding ACGME's 30(b)(6) Deposition Notice.

6. On August 14, 2026, Sea Mar presented Lawrence as its designated corporate representative witness on specific topics, including the "Agreed To" Topics 5 and 11. Lawrence testified that he had prepared for over 40 hours, spending half of his time reviewing documents and half of his time meeting with counsel.

7. Attached as **Exhibit D** is a true and correct copy of excerpts from August 14, 2026 the deposition of Sea Mar Community Health Centers corporate representative Tyler Lawrence. This exhibit is FILED UNDER SEAL.

8. Attached as **Exhibit E** is a true and correct copy of correspondence from Defendant's counsel with notice of the discovery dispute and a request to confer.

9. Attached as **Exhibit F** is a true and correct copy of correspondence between counsel regarding topics 5 and 11 in the deposition of Plaintiff Seae Mar's corporate witness.

10. Counsel conferred about the ACGME's potential motion to compel on August 21, 2026, and again on September 10, 2026. In response, the ACGME declined to pursue further relief with respect to Topic 1. With respect to Topics 5 and 11, the ACGME confirmed that Sea Mar's testimony was deficient and could only be remedied by further examination of a competent witness who would provide responsive testimony. Sea Mar refused.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED this 10th day of September, 2026 at Seattle, Washington.

*/s/ Vanessa Soriano Power*
Vanessa Soriano Power