THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEA MAR COMMUNITY HEALTH CENTERS,<br><br>Plaintiff,<br><br>v.<br><br>ACCREDITATION COUNCIL FOR GRADUATE MEDICAL EDUCATION,<br><br>Defendant. | Case No. C24-896 JNW<br><br>**SEA MAR'S MOTION TO SEAL CONFIDENTIAL MATERIALS FILED WITH MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE**<br><br>NOTE ON MOTION CALENDAR: OCTOBER 5, 2026 |

Plaintiff Sea Mar Community Health Centers ("Sea Mar") filed a motion under Federal Rule of Civil Procedure 37 for sanctions for Defendant Accreditation Council for Graduate Medical Education's ("ACGME") spoliation of evidence ("Motion for Sanctions"). The Motion for Sanctions cites to deposition transcripts and documents that ACGME asserts are confidential. These documents and deposition excerpts are listed below. Pursuant to LCR 5(g)(3)(B), Sea Mar moves to seal the Motion for Sanctions and the documents cited therein that were designated by ACGME as confidential.

On September 11, 2026, counsel for Sea Mar provided ACGME's counsel with a list of exhibits designated as confidential by ACGME that Sea Mar intended to cite in its Motion for



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Sanctions, and inquired whether ACGME would maintain its position that they were confidential pursuant to Section 5.2(b) of the Amended Stipulated Protective Order.

In compliance with LCR 5(g)(1)(A), counsel for Sea Mar and ACGME conferred via videoconference on September 14, 2026. Majid Waheed and Vanessa Power attended the conferral for ACGME and Conrad Sproul appeared for Sea Mar. At that conferral, ACGME identified the following exhibits, which it previously designated as confidential, as being documents it requested be filed under seal, with the caveat that ACGME may later decide to file redacted versions on the public docket:

- Exhibit 1: excerpts of the transcript of the deposition of Pamela Royston, Ph.D.
- Exhibit 2: excerpts of the transcript of the deposition of Steven M. Steinberg, M.D.
- Exhibit 3: ACGME's document retention schedule, dated April 19, 2021, Bates beginning SEAMAR-ACGME-0009406.
- Exhibit 4: excerpts of a document concerning ACGME's Family Medicine Review Committee meeting on April 18–19, 2024, Bates beginning SEAMAR-ACGME-0000368. The excerpt includes SEAMAR-ACGME-0000568-586 SEAMAR-ACGME-0000368
- Exhibit 5: excerpts of the transcript of the Federal Rule of Civil Procedure 30(b)(6) deposition of Mary Klingensmith, M.D., corporate designee of ACGME.
- Exhibit 6: excerpts of the transcript of the deposition of Louito Edje, M.D.
- Exhibit 7: excerpts of the transcript of the deposition of Tanya Anim, M.D.
- Exhibit 10: an email with attachment from Thomas Nasca, M.D. to various ACGME staff members, dated April 25, 2024, Bates beginning SEAMAR-ACGME-0018501
- Exhibit 15: excerpts of the transcript of the deposition of Tami Walters



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

- Exhibit 16: email correspondence, including attachments, between Tami Walters and Eileen Anthony, dated April 23–26, 2024, Bates beginning SEAMAR-ACGME-0017475
- Exhibit 17: email correspondence between Tami Walters and Eileen Anthony, dated July 19 and 29, 2024, Bates beginning SEAMAR-ACGME-0007790
- Exhibit 18: email correspondence between Mary Klingensmith, M.D. and Eileen Anthony, dated August 5, 2024
- Exhibit 19: email correspondence between Eileen Anthony and Tami Walters, dated August 2–5, 2024, Bates beginning SEAMAR-ACGME-0023499
- Exhibit 20: the final recommendation of the ACGME Appeals Panel regarding the Sea Mar Family Medicine Appeal, dated August 27, 2024, Bates beginning SEAMAR-ACGME-0001596
- Exhibit 21: a memorandum from Tami Walters to Josepha Cheong, M.D. and John Patrick Co, M.D., dated August 28, 2024, Bates beginning SEAMAR-ACGME-0001592
- Exhibit 22: excerpts of the transcript of the deposition of Josepha Cheong, M.D.
- Exhibit 24: a spreadsheet listing withdrawal of accreditation actions taken by ACGME review committees between 2016 and 2026, Bates beginning SEAMAR-ACGME-0024329

ACGME agreed to redact the following exhibit, which is previously designated as confidential, rather than have it filed under seal:

- Exhibit 12 to the Declaration of David B. Robbins: email correspondence between David Robbins, Tami Walters, and Eileen Anthony dated May 13–17, 2024, Bates beginning SEAMAR-ACGME-0002921.



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

On September 14, 2026, Sea Mar filed its Motion for Sanctions and supporting Declaration. The Motion for Sanctions, which extensively quotes and references from the confidential materials referenced above, was filed under seal. The accompanying Declaration was filed publicly with the above listed exhibits filed under seal or in redacted form, pursuant to LCR 5(g).

Sea Mar opposes ACGME's request to seal the materials described above, because the information is not "confidential" as defined by the Amended Stipulated Protective Order, nor is sealing in the public interest. The documents ACGME has designated as confidential are simply its own internal policies, guidance materials, records of its deliberations, and deposition testimony regarding the same. ACGME is a large organization with outsize influence on the education of American physicians—the public has a compelling interest in information about how it operates. ACGME's potential embarrassment at its own policies or deliberations, or what deponents had to say about them, does not override the general presumption of public access. *See* LCR 5(g).

Pursuant to LCR 5(g)(3)(B), Sea Mar will let ACGME attempt to justify sealing these materials in its Response to this Motion to Seal.

* * *

The undersigned certifies that this motion contains 750 words, in compliance with the Local Civil Rules. The undersigned further certifies, pursuant to LCR 5(g)(3)(A), that the parties met and conferred in good faith.



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Dated: September 14, 2026

By: *s/ Conrad A. Sproul*

David B. Robbins, WSBA No. 13628
James F. Williams, WSBA No. 23613
Matthew P. Gordon, WSBA No. 41128
Cara V. Wallace, WSBA No. 50111
Jonathan P. Hawley, WSBA No. 56297
Juliana L. Bennington, WSBA No. 60357
Conrad A. Sproul, WSBA No. 62885
**ASHURST PERKINS COIE US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
David.Robbins@ashurstperkins.com
James.Williams@ashurstperkins.com
Matthew.Gordon@ashurstperkins.com
Cara.Wallace@ashurstperkins.com
Jonathan.Hawley@ashurstperkins.com
Juliana.Bennington@ashurstperkins.com
Conrad.Sproul@ashurstperkins.com

David A. Perez (WSBA No. 43959)
DavidPerez@mofo.com
Adrianna Simonelli (WSBA No. 58472)
ASimonelli@mofo.com
**MORRISON & FOERSTER LLP**
925 Fourth Avenue, Floor 38
Seattle, WA 98104-1157
T: (206) 327-6500
F: (206) 260-8813

*Attorneys for Plaintiff*
*Sea Mar Community Health Centers*