THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEA MAR COMMUNITY HEALTH CENTERS,

Plaintiff,

v.

ACCREDITATION COUNCIL FOR GRADUATE MEDICAL EDUCATION,

Defendant.

Case No. C24-896 JNW

**DECLARATION OF RICARDO JIMENEZ, M.D., IN SUPPORT OF SEALING SEA MAR'S CONFIDENTIAL INFORMATION CONTAINED IN THE LAWRENCE 30(B)(6) DEPOSITION**

I, Ricardo Jimenez, M.D., declare as follows:

1. I am over the age of eighteen and competent to make this declaration. I make this declaration based on personal knowledge about which I am competent to testify.

2. I am submitting this declaration in support of the response of Plaintiff Sea Mar Community Health Centers ("Sea Mar") to the motion to seal filed by Defendant Accreditation Council for Graduate Medical Education ("ACGME") at Dkt. 155 and Sea Mar's to the motion to seal accompanying its response to ACGME's motion to compel.

3. I serve as Sea Mar's Senior Vice President and Chief Medical Officer. I have also served as Sea Mar's Designated Institutional Officer for purposes of ACGME accreditation and was the Program Director of Sea Mar's Family Medicine Residency Program headquartered in Marysville, Washington (the "Program"), between July 1, 2022 and June 30, 2024. ACGME's



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Family Medicine Review Committee approved my appointment to that position in or around July 2022. As Program Director, I supervised the Program, oversaw compliance with ACGME requirements, and served as a faculty member. I am familiar with Sea Mar's practices for creating, maintaining, and safeguarding the confidential information at issue.

4. I have reviewed portions of the transcript of the 30(b)(6) deposition of Tyler Lawrence, Ph.D., one of Sea Mar's corporate representatives, (the "Lawrence 30(b)(6) Deposition") that ACGME and Sea Mar have filed in relation to ACGME's Motion to Compel Further 30(b)(6) Testimony.

5. The Lawrence 30(b)(6) Deposition excerpts contain the names of individuals—including faculty and staff—who are not parties to this litigation and who have a privacy interest in their personal information.

6. The Lawrence 30(b)(6) Deposition excerpts also contain substantive responses to confidential surveys, focus groups, and inquiries about Sea Mar's graduate medical education family medicine residency program, the purpose of which is to gather feedback from faculty and/or residents to better understand their experiences and to strengthen the program.

7. Public disclosure of this sensitive, confidential information would harm non-parties and have chilling effects on graduate medical education residency program improvement efforts. Specifically, public disclosure of the information would cause particularized harm in the following respects:

a. Exposure of identifiable residents, faculty, and staff to potential retaliation, embarrassment, and oppression;

b. Chilling of resident and faculty participation in future accreditation surveys and reviews, undermining the effectiveness of graduate medical education oversight;

c. Exposure of non-party entities whose identity and confidential operating information appears in the materials to annoyance, embarrassment, and



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

oppression, while contributing nothing to the public's understanding of the discovery dispute.

8. Sea Mar maintains the confidentiality of the excerpted Lawrence 30(b)(6) Deposition information in the ordinary course of its operations and does not disclose them to the public. Sea Mar's residents, faculty, and staff, as well as the nonparties whose information appears in these materials, provided the information with an express or implied expectation that it would remain confidential.

* * *

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 25th day of September, 2026, at Seattle, Washington.

Signed by:
Dr Ricardo Jimenez, MD
112277EDB3C5413

Ricardo Jimenez, M.D.



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000