THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SEA MAR COMMUNITY HEALTH CENTERS,<br><br>Plaintiff,<br><br>v.<br><br>ACCREDITATION COUNCIL FOR GRADUATE MEDICAL EDUCATION,<br><br>Defendant. | Case No. 2:24-CV-00896-JNW<br><br>**DECLARATION OF MAJID A. WAHEED IN SUPPORT OF DEFENDANT ACGME'S MOTION TO EXCLUDE THE TESTIMONY OF ARIK VAN ZANDT** |

I, Majid A. Waheed, declare as follows:

1. I am an attorney with the law firm Covington & Burling LLP. I am admitted pro hac vice in the above-captioned matter and am counsel of record for defendant Accreditation Council of Graduate Medical Education ("ACGME"). I have personal knowledge of the following facts and could and would testify as to them if called to do so.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the expert report of Arik Van Zandt, February 23, 2026.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the final draft of the August 24, 2026 deposition of Arik Van Zandt.



STOEL RIVES LLP
ATTORNEY
600 University Street, Suite 3400, Seattle, WA 98101
Telephone 206.624.0900

4. Attached hereto as **Exhibit 3** is a true and correct copy of Exhibit 6 to the August 24, 2026 deposition of Arik Van Zandt, the *Reference Guide on Estimation of Economic Damages*.
5. Attached hereto as **Exhibit 4** is a true and correct copy of a document produced in this action by Sea Mar, identified by Bates number SEAMAR_0005054.
6. Attached hereto as **Exhibit 5** is a true and correct copy of Exhibit 7 to the August 24, 2026 deposition of deposition of Arik Van Zandt, identified by Bates number SEAMAR_0005058.
7. Attached hereto as **Exhibit 6** is a true and correct copy of Exhibit 8 to the August 24, 2026 deposition of deposition of Arik Van Zandt, identified by Bates number SEAMAR_0005060.
8. Attached hereto as **Exhibit 7** is a true and correct copy of Exhibit 9 to the August 24, 2026 deposition of deposition of Arik Van Zandt, identified by Bates number SEAMAR_0005118.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the below date in San Francisco, California.

Executed on October 5, 2026.

*s/ Majid A. Waheed*

Majid A. Waheed



**STOEL RIVES LLP**
ATTORNEY
600 University Street, Suite 3400, Seattle, WA 98101
Telephone 206.624.0900