THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEA MAR COMMUNITY HEALTH CENTERS,<br><br>Plaintiff,<br><br>v.<br><br>ACCREDITATION COUNCIL FOR GRADUATE MEDICAL EDUCATION,<br><br>Defendant. | Case No. 2:24-CV-00896-JNW<br><br>**DEFENDANT THE ACGME'S CONDITIONAL MOTION FOR ALTERNATIVE RELIEF UNDER FEDERAL RULE OF CIVIL PROCEDURE 37(c)(1) REGARDING SEA MAR'S MOTION TO EXCLUDE REPORT AND TESTIMONY OF LYNNE KIRK, M.D.**<br><br>NOTE ON MOTION CALENDAR:<br>**OCTOBER 26, 2026**<br><br>ORAL ARGUMENT REQUESTED |



STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3400, Seattle, WA 98101
*Telephone 206.624.0900*

**CONDITIONAL MOTION**

On October 3, 2026, plaintiff Sea Mar Community Health Centers ("Sea Mar") filed a Motion to Exclude Report and Testimony of Lynne Kirk, M.D. Dkt. 318 ("motion" or "Mot."). In the motion, Sea Mar seeks relief under Federal Rule of Civil Procedure 37(c)(1) to exclude the expert report and testimony of defendant the ACGME's retained expert Dr. Lynne Kirk. *See generally id.*

The ACGME opposes any such relief and files herewith its opposition to Sea Mar's motion. *See generally* The ACGME's Opposition to Sea Mar's Motion to Exclude Lynne Kirk, M.D. Nevertheless, the ACGME files this conditional motion to "formally request[]" a lesser sanction than total exclusion, as the Ninth Circuit has instructed a party opposing exclusion under Rule 37(c)(1) must do. *See Merch. v. Corizon Health, Inc.*, 993 F.3d 733, 741 (9th Cir. 2021). In relevant part, the Ninth Circuit explains:

> Rule 37(c)(1) authorizes district courts to impose a lesser sanction—one "[i]n addition to or instead of" exclusion—"on motion and after giving an opportunity to be heard." Fed. R. Civ. P. 37(c)(1). Accordingly, ***a noncompliant party must "avail himself of the opportunity to seek a lesser sanction" by formally requesting one from the district court.*** *Vanderberg v. Petco Animal Supplies Stores, Inc.*, 906 F.3d 698, 705 (8th Cir. 2018). Where a party does not move for a lesser sanction, however, "the party is not allowed to use that information or witness to supply evidence on a motion, at a hearing, or at a trial." Fed. R. Civ. P. 37(c)(1).

*Merch.*, 993 F.3d at 741 (emphasis added).

As discussed fully in the ACGME's opposition to Sea Mar's motion, the ACGME is ***not*** "noncompliant" under Rule 37(c)(1) and there is no basis for any sanction whatsoever. But in the unlikely event the Court is inclined to award Sea Mar anything in response to its motion, the ACGME hereby "formally request[s]" and moves, ***conditionally***, for the lesser sanction of an order: (1) compelling the ACGME to produce in unredacted form the 27 emails discussed in Sea Mar's motion and Dr. Kirk's employment contract, and (2) granting Sea Mar leave to conduct a



STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3400, Seattle, WA 98101
*Telephone 206.624.0900*

brief follow-up deposition of Dr. Kirk, limited only to the newly produced documents and limited to the remaining time on the record Sea Mar purported to preserve in Dr. Kirk's August 2026 deposition, 10 minutes. *See* The ACGME's Opposition to Sea Mar's Motion to Exclude Lynne Kirk, M.D., at 13-14.

*I certify that this memorandum contains 404 words, in compliance with the Local Civil Rules.*

DATED: October 20, 2026

STOEL RIVES LLP

*s/ Vanessa Soriano Power*
Vanessa Soriano Power, WSBA No. 30777
vanessa.power@stoel.com
Jenna M. Poligo, WSBA No. 54466
jenna.poligo@stoel.com
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

COVINGTON & BURLING LLP
*s/ Nathan E. Shafroth*
Nathan E. Shafroth (*pro hac vice*)
nshafroth@cov.com
W. Douglas Sprague (*pro hac vice*)
dsprague@cov.com
Majid Waheed (*pro hac vice*)
mwaheed@cov.com
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: 415.591.6000

Patrick Nutter (*pro hac vice*)
pnutter@cov.com
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94303-2112
Telephone: 650.632.4700

*Attorneys for Defendant ACGME*